IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **LOYALTY CONVERSION SYSTEMS CORPORATION,** | § § § | |
| *Plaintiff*, | § § | |
| | § | Civil Action No. 2:13-cv-00655 |
| v. | § § | |
| **AMERICAN AIRLINES, INC.,** | § § | |
| | § | **Jury Trial Demanded** |
| *Defendant*. | § | |

## PLAINTIFF'S JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff Loyalty Conversion Systems Corporation ("Loyalty Conversion"), by and through its attorneys, demands a trial by jury on all issues triable as such.

Respectfully submitted,

Dated:  August 20, 2013

By: /s/ *Andrew G. DiNovo*
  Andrew G. DiNovo
  Texas State Bar No. 00790594
  Jay D. Ellwanger
  Texas State Bar No. 24036522
  Adam G. Price
  Texas State Bar No. 24027750
  **DiNovo Price Ellwanger & Hardy LLP**
  7000 N. MoPac Expressway, Suite 350
  Austin, Texas  78731
  Telephone:  (512) 539-2626
  Telecopier:  (512) 539-2627