IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN AIRLINES, INC., <br><br> Defendant. | § <br> § <br> § <br> § <br> § Civil Action No. 2:13-cv-00655 <br> § <br> § <br> § <br> § Jury Trial Demanded <br> § |

## NOTICE OF APPEARANCE

Loyalty Conversion Systems Corporation ("Loyalty Conversion"), Plaintiff in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

    Jay D. Ellwanger
    Texas State Bar No. 24036522
    DiNovo Price Ellwanger& Hardy LLP
    7000 N. MoPac Expressway, Suite 350
    Austin, Texas 78731
    Telephone: (512) 539-2626
    Telecopier: (512) 539-2627
    Email: jellwanger@dpelaw.com

Dated:  August 21, 2013        By: /s/ Jay D. Ellwanger
                                           Andrew G. DiNovo
                                           Texas State Bar No. 00790594
                                           Jay D. Ellwanger
                                           Texas State Bar No. 24036522
                                           Adam G. Price
                                           Texas State Bar No. 24027750
                                           **DiNovo Price Ellwanger & Hardy LLP**
                                           7000 N. MoPac Expressway, Suite 350
                                           Austin, Texas  78731
                                           Telephone:  (512) 539-2626
                                           Telecopier:  (512) 539-2627