IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **LOYALTY CONVERSION SYSTEMS CORPORATION,** § § § | |
| **Plaintiff,** § | |
| § | Civil Action No. 2:13-cv-00655 |
| v. § § | |
| **AMERICAN AIRLINES, INC.,** § § | **Jury Trial Demanded** |
| Defendant. § | |

## NOTICE OF APPEARANCE

Loyalty Conversion Systems Corporation ("Loyalty Conversion"), Plaintiff in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

        Adam G. Price
        Texas State Bar No. 24027750
        **DiNovo Price Ellwanger& Hardy LLP**
        7000 N. MoPac Expressway, Suite 350
        Austin, Texas  78731
        Telephone:  (512) 539-2626
        Telecopier:  (512) 539-2627
        Email: aprice@dpelaw.com

Dated:  August 22, 2013        By: /s/ Adam G. Price
                                    Andrew G. DiNovo
                                      Texas State Bar No. 00790594
                                      Jay D. Ellwanger
                                      Texas State Bar No. 24036522
                                      Adam G. Price
                                      Texas State Bar No. 24027750
                                      **DiNovo Price Ellwanger & Hardy LLP**
                                      7000 N.  MoPac Expressway, Suite 350
                                      Austin, Texas  78731
                                      Telephone:  (512) 539-2626
                                      Telecopier:  (512) 539-2627