UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:13-CV-655
Name of party requesting extension: American Airlines, Inc.
Is this the first application for extension of time in this case?  ☑ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 9/17/2013
Number of days requested:  ☑ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 10/17/2013   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Mike McKool, Jr.
State Bar No.: 13732100
Firm Name: McKool Smith, P.C.
Address: 300 Crescent Court
Suite 1500
Dallas, TX 75201
Phone: (214) 978-4002
Fax:  (214) 978-4044
Email: mmckool@mckoolsmith.com

A certificate of conference does not need to be filed with this unopposed application.