IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **LOYALTY CONVERSION SYSTEMS CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**AMERICAN AIRLINES, INC.,**<br><br>Defendant. | §§§§§§§§§§§§§<br><br>CIVIL ACTION NO. 2:13-cv-655<br><br><br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF APPEARANCE OF PHILLIP AURENTZ
### AS COUNSEL FOR DEFENDANT AMERICAN AIRLINES, INC.

Please take notice that the following attorney is entering an appearance for Defendant, American Airlines, Inc., in the above numbered and entitled cause:

Phillip Aurentz
Email:  paurentz@mckoolsmith.com
Texas State Bar No. 24059404
McKool Smith P.C.
300 Crescent Court, Suite 1500
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Mr. Aurentz is currently admitted to practice in the Eastern, Northern, Western and Southern Districts of Texas as well as the U.S. Court of Appeals for the Fifth Circuit and U.S. Court of Appeals for the Federal Circuit.  Mike McKool of McKool Smith, P.C. will remain Lead Attorney.

DATED:  September 9, 2013.	Respectfully submitted,

/s/_Phillip Aurentz
Mike McKool
Texas Bar No. 13732100
Lead Attorney
Phillip Aurentz
Texas State Bar No. 24059404
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044
mmckool@mckoolsmith.com
paurentz@mckoolsmith.com

John B. Campbell
Texas Bar No. 24036314
**MCKOOL SMITH, P.C.**
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8714
jcampbell@mckoolsmith.com

**ATTORNEYS FOR DEFENDANT
AMERICAN AIRLINES, INC.**

**CERTIFICATE OF SERVICE**

The foregoing document was served upon counsel for all parties who have consented to service via the Court's ECF System on this 9th day of September, 2013

/s/ Phillip Aurentz
Phillip Aurentz