AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas
Marshall Division

LOYALTY CONVERSION SYSTEMS CORPORATION,

*Plaintiff(s)*

v.

AMERICAN AIRLINES, INC.

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  2:13-cv-00655

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AMERICAN AIRLINES, INC.
CT Corp System
350 N. Paul Street, Suite 2900
Dallas, Texas 75201-423

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Andrew G. DiNovo
DiNovo Price Ellwanger & Hardy LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  8/21/13



*Signature of Clerk or Deputy Clerk*

COURT: _____

Case #: 213CV00655

LOYALTY CONVERSION SYSTEMS CORPORATION

Plaintiff
vs
AMERICAN AIRLINE, INC.,

Defendant

## RETURN OF SERVICE

I, Norrisa A Abram, make statement to the fact;
That I am a competent person more than 18 years of age and not a party to this action, nor interested in the outcome of the suit. That I received the documents stated below on 08/26/13 17:03 pm, instructing for same to be delivered upon American Airlines, Inc. By Delivering To It's Registered Agent CT Corporation System.

That I delivered to        : American Airlines, Inc. By Delivering To It's Registered Agent CT Corporation System. By Delivering to Marie Garcia, Corp Ops Specilist.

the following              : **SUMMONS; ORIGINAL COMPLAINT; EXHIBITS**

at this address            : 350 N. St. Paul St., Ste 2900
                             Dallas, Dallas County, TX 75201

Manner of Delivery         : **by PERSONALLY delivering the document(s) to the person above.**

Date and time              : **AUG 27, 2013 11:35 am**

My name is Norrisa A Abram, my date of birth is SEP 9th, 1990, and my address is Professional Civil Process Dallas, Inc., 2300 Valley View Lane,, Suite 550, Irving TX 75062, and U.S.A. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas County, State of Texas, on the 27 day of Aug , 20 13 .

_____
Norrisa A Abram                        Declarant

Texas Certification#: SCH-10067 Exp. 12/31/2015

Private Process Server
Professional Civil Process Dallas, Inc.        PCP Inv. #D13802444
2300 Valley View Lane, Suite 550 Irving TX 7506
(214) 748-8866

AX02D13802444                + Service Fee:   65.00
                               Witness Fee:    .00
                               Mileage Fee:    .00
tomcat                                         DiNovo, Andrew G.                @