IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **LOYALTY CONVERSION SYSTEMS CORPORATION,** § § § | |
| **Plaintiff,** § § | Civil Action No. 2:13-cv-00655-JRG |
| v. § § | |
| **AMERICAN AIRLINES, INC.,** § § | **Jury Trial Demanded** |
| **Defendant.** § | |

## NOTICE OF APPEARANCE

Loyalty Conversion Systems Corporation ("Loyalty Conversion"), Plaintiff in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

        Stefanie T. Scott
        Texas State Bar No. 24061617
        **DiNovo Price Ellwanger& Hardy LLP**
        7000 N. MoPac Expressway, Suite 350
        Austin, Texas 78731
        Telephone: (512) 539-2626
        Telecopier: (512) 539-2627
        sscott@dpelaw.com

Dated: November 12, 2013      By: /s/ Stefanie T. Scott
                                              Stefanie T. Scott
                                              Texas State Bar No. 24061617
                                              Andrew G. DiNovo
                                              Texas State Bar No. 00790594
                                              Jay D. Ellwanger
                                              Texas State Bar No. 24036522
                                              Adam G. Price
                                              Texas State Bar No. 24027750
                                              **DiNovo Price Ellwanger & Hardy LLP**
                                              7000 N. MoPac Expressway, Suite 350
                                              Austin, Texas 78731
                                              Telephone: (512) 539-2626
                                              Telecopier: (512) 539-2627

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to FED. R. CIV. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 12th day of November, 2013.

               /s/ Stefanie T. Scott
                Stefanie T. Scott