IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LOYALTY CONVERSION SYSTEMS CORP., | § § § | |
| Plaintiff, | § | |
| v. | § § | |
| AMERICAN AIRLINES INC. | § § | CASE NO. 2:13-CV-655 |
| DELTA AIR LINES INC. | § | CASE NO. 2:13-CV-659 |
| FRONTIER AIRLINES, INC. | § | CASE NO. 2:13-CV-660 |
| HAWAIIAN AIRLINES, INC. | § | CASE NO. 2:13-CV-661 |
| JETBLUE AIRWAYS CORP. | § § | CASE NO. 2:13-CV-662 |
| SOUTHWEST AIRLINES CO. | § | CASE NO. 2:13-CV-663 |
| SPIRIT AIRLINES, INC. | § | CASE NO. 2:13-CV-664 |
| UNITED AIRLINES, INC. | § | CASE NO. 2:13-CV-665 |
| US AIRWAYS INC. | § | CASE NO. 2:13-CV-666 |

### ORDER

The above-captioned cases are hereby **ORDERED** to be **CONSOLIDATED** for all pretrial issues (except venue) with the first-filed action, Cause No. 2:13-cv-655. All parties are instructed to file any future filings (except relating to venue) in the first-filed case. Individual cases remain active for venue determinations and trial. The Court will enter one docket control order, one protective order, and one discovery order that will govern the entire consolidated case. The local rules' page limitations for *Markman* briefs and other motions will apply to the consolidated case. To further promote judicial economy and to conserve the parties' resources, the Court encourages the parties to file a notice with the Court in the event that there are other related cases currently pending on the Court's docket that may also be appropriate for consolidation with this case.

So Ordered and Signed on this

**Dec 18, 2013**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE