IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN AIRLINES INC. | Case No: 2:13-cv-655-JRG (Lead Case) |
| JETBLUE AIRWAYS CORPORATION, <br><br> Defendants. | Case No. 2:13-cv-662-JRG |

### DEFENDANT JETBLUE AIRWAYS CORPORATION'S UNOPPOSED MOTION TO WITHDRAW KELSEY WEIR JOHNSON AS COUNSEL FOR JETBLUE AIRWAYS CORPORATION

Defendant JetBlue Airways Corporation ("JetBlue") hereby moves to withdraw Kelsey Weir Johnson as attorney of record for JetBlue. Plaintiff does not oppose this motion. Casey L. Griffith and Austin S. Champion of Klemchuk Kubasta LLP will continue to represent JetBlue. This withdrawal of counsel is not intended to delay these proceedings.

Dated: January 9, 2014   Respectfully submitted,

/s/ *Casey L. Griffith*
Casey L. Griffith
State Bar No. 24036687
Austin S. Champion
State Bar No. 24065030
KLEMCHUK KUBASTA LLP
8150 N. Central Expressway, 10th Floor
Dallas, Texas 75206
214.367.6000 (telephone)
214.367.6001 (facsimile)
casey.griffith@kk-llp.com
austin.champion@kk-llp.com
docketing_kkllp@me.com

**COUNSEL FOR DEFENDANT
JETBLUE AIRWAYS CORPORATION**

### CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2014, the foregoing was electronically filed, in compliance with Local Rule CV-5(a) with the Clerk of the court using the CM/ECF system. As such, this document has been electronically served on all counsel of record via the CM/ECF system.

/s/ *Casey L. Griffith*
Casey L. Griffith

### CERTIFICATE OF CONFERENCE

Counsel for JetBlue Airways Corporation hereby certifies that: (1) Counsel has complied with the meet and confer requirement in Local Rule CV-7(h); and (2) Counsel for Plaintiff Loyalty Conversion Systems Corporation does not oppose this motion.

/s/ *Casey L. Griffith*
Casey L. Griffith