**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **LOYALTY CONVERSION SYSTEMS CORPORATION,** | |
| **Plaintiff,** | |
| **v.** | |
| **AMERICAN AIRLINES INC.** | **Case No: 2:13-cv-655-JRG (Lead Case)** |
| **JETBLUE AIRWAYS CORPORATION,** | **Case No. 2:13-cv-662-JRG** |
| **Defendants.** | |

**ORDER GRANTING DEFENDANT JETBLUE AIRWAYS CORPORATION'S
UNOPPOSED MOTION TO WITHDRAW KELSEY WEIR JOHNSON AS
COUNSEL FOR JETBLUE AIRWAYS CORPORATION**

On this day, the Court considered Defendant JetBlue Airways Corporation's Unopposed Motion to Withdraw Kelsey Weir Johnson as counsel for Defendant JetBlue Airways Corporation.  The Court is of the opinion that it should be granted.

IT IS HEREBY ORDERED that Kelsey Weir Johnson is withdrawn as counsel for JetBlue Airways Corporation.