**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **LOYALTY CONVERSION SYSTEMS CORPORATION,** | |
| **Plaintiff,** | |
| **v.** | |
| **AMERICAN AIRLINES INC.** | **Case No: 2:13-cv-655-JRG (Lead Case)** |
| **JETBLUE AIRWAYS CORPORATION,** | **Case No. 2:13-cv-662-JRG** |
| **Defendants.** | |

**DEFENDANT JETBLUE AIRWAYS CORPORATION'S UNOPPOSED**
**MOTION TO WITHDRAW KELSEY WEIR JOHNSON AS**
**COUNSEL FOR JETBLUE AIRWAYS CORPORATION**

Defendant JetBlue Airways Corporation ("JetBlue") hereby moves to withdraw Kelsey Weir Johnson as attorney of record for JetBlue. Plaintiff does not oppose this motion.  Casey L. Griffith and Austin S. Champion of Klemchuk Kubasta LLP will continue to represent JetBlue.  This withdrawal of counsel is not intended to delay these proceedings.

**So Ordered and Signed on this**

## Jan 13, 2014

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE

Dated: January 9, 2014

Respectfully submitted,

/s/ *Casey L. Griffith*
Casey L. Griffith
State Bar No. 24036687
Austin S. Champion
State Bar No. 24065030
KLEMCHUK KUBASTA LLP
8150 N. Central Expressway, 10th Floor
Dallas, Texas 75206
214.367.6000 (telephone)
214.367.6001 (facsimile)
casey.griffith@kk-llp.com
austin.champion@kk-llp.com
docketing_kkllp@me.com

**COUNSEL FOR DEFENDANT
JETBLUE AIRWAYS CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2014, the foregoing was electronically filed, in compliance with Local Rule CV-5(a) with the Clerk of the court using the CM/ECF system. As such, this document has been electronically served on all counsel of record via the CM/ECF system.

/s/ *Casey L. Griffith*
Casey L. Griffith

## CERTIFICATE OF CONFERENCE

Counsel for JetBlue Airways Corporation hereby certifies that: (1) Counsel has complied with the meet and confer requirement in Local Rule CV-7(h); and (2) Counsel for Plaintiff Loyalty Conversion Systems Corporation does not oppose this motion.

/s/ *Casey L. Griffith*
Casey L. Griffith

**DEFENDANT JETBLUE AIRWAYS CORPORATION'S UNOPPOSED
MOTION TO WITHDRAW KELSEY WEIR JOHNSON AS
COUNSEL FOR JETBLUE AIRWAYS CORPORATION**

**Page 2**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **LOYALTY CONVERSION SYSTEMS CORPORATION,** | |
| **Plaintiff,** | |
| **v.** | |
| **AMERICAN AIRLINES INC.** | **Case No: 2:13-cv-655-JRG (Lead Case)** |
| **JETBLUE AIRWAYS CORPORATION,** | **Case No. 2:13-cv-662-JRG** |
| **Defendants.** | |

**ORDER GRANTING DEFENDANT JETBLUE AIRWAYS CORPORATION'S UNOPPOSED MOTION TO WITHDRAW KELSEY WEIR JOHNSON AS COUNSEL FOR JETBLUE AIRWAYS CORPORATION**

On this day, the Court considered Defendant JetBlue Airways Corporation's Unopposed Motion to Withdraw Kelsey Weir Johnson as counsel for Defendant JetBlue Airways Corporation (Dkt. No. 19).  Defendant will continue to be represented by other counsel. The Court is of the opinion that the Motion should be GRANTED.

IT IS HEREBY ORDERED that Kelsey Weir Johnson is withdrawn as counsel for JetBlue Airways Corporation.