IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br>Plaintiff,<br>v.<br>AMERICAN AIRLINES INC. | |
| | Case No: 2:13-cv-655-JRG (Lead Case) |
| JETBLUE AIRWAYS CORPORATION,<br>Defendants. | Case No. 2:13-cv-662-JRG |

### ORDER ON AGREED MOTION TO EXTEND DEADLINES

On this day, the Court considered the Agreed Motion to Extend Deadlines (Dkt. No. 20) of Plaintiff, Loyalty Conversion Systems Corporation ("Plaintiff" or "Loyalty Conversion") and Defendant, JetBlue Airways Corporation ("JetBlue"). After considering the Motion, the Court is of the opinion that the Motion should be granted.

It is therefore Ordered that:

1. The deposition of Defendant JetBlue's corporate representative(s) shall take place at the offices of Cohen & Gresser LLP, 800 Third Avenue, New York, New York, 10022 on February 5, 2014 and shall be limited to four (4) hours.

2. Plaintiff's deadline to respond to Defendant JetBlue's Rule 12(b)(3) Motion to Dismiss be extended to and including February 19, 2014.

**So Ordered and Signed on this**

**Jan 15, 2014**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE