# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

LOYALTY CONVERSION SYSTEMS
CORPORATION

     v.

AMERICAN AIRLINES, INC., ET AL.

Case No. 2:13-CV-655-JRG

## JOINT NOTICE OF AGREED MEDIATOR

Plaintiff Loyalty Conversion Systems Corporation ("Plaintiff") and Defendants American

Airlines, Inc., Delta Air Lines Inc., Frontier Airlines, Inc., Hawaiian Airlines, Inc., JetBlue

Airways Corp., Southwest Airlines Co., Spirit Airlines, Inc., United Airlines, Inc., and US

Airways, Inc. (collectively, "Defendants"), having met and conferred, hereby notify the Court

that all parties have agreed to Jim Knowles, to serve as mediator in the above-captioned action.

Dated:  January 17, 2014

Respectfully submitted,

/s/_____  
Andrew G.  DiNovo  
Texas State Bar No. 00790594  
Jay D. Ellwanger  
Texas State Bar No. 24036522  
Adam G. Price  
Texas State Bar No. 24027750  
Stefanie T. Scott  
Texas State Bar No. 24061617  
**DiNovo Price Ellwanger & Hardy LLP**  
7000 N.  MoPac Expressway, Suite 350  
Austin, Texas  78731  
Telephone:  (512) 539-2626  
Telecopier:  (512) 539-2627  

**Attorneys for Plaintiff Loyalty Conversion
Systems**

/s/Stephen E. Baskin_____  
Stephen E. Baskin  
Virginia Bar No. 47567  
sbaskin@mayerbrown.com  
Ann Marie Duffy  
aduffy@mayerbrown.com  
Dara M. Kurlancheek  
dkurlancheek@mayerbrown.com  
MAYER BROWN LLP  
1999 K Street, N.W.  
Washington, DC 20006  
Telephone: (202) 263-3000  
Facsimile: (202) 263-3300  

Jennifer Parker Ainsworth  
Texas Bar No. 00784720  
jainsworth@wilsonlawfirm.com  
909 ESE Loop 323, Suite 400  
P. O. Box 7339 [75711]

Tyler, Texas 75701
Telephone:  (903) 509-5000
Facsimile:  (903) 509-5092

**ATTORNEYS FOR DEFENDANT/
COUNTER-PLAINTIFF DELTA
AIR LINES, INC.**


*/s/Stephen E. Baskin*
Stephen E. Baskin
Virginia Bar No. 47567
sbaskin@mayerbrown.com
Ann Marie Duffy
aduffy@mayerbrown.com
Dara M. Kurlancheek
dkurlancheek@mayerbrown.com
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

Jennifer Parker Ainsworth
Texas Bar No. 00784720
jainsworth@wilsonlawfirm.com
909 ESE Loop 323, Suite 400
P. O. Box 7339 [75711]
Tyler, Texas 75701
Telephone:  (903) 509-5000
Facsimile:  (903) 509-5092

**ATTORNEYS FOR DEFENDANT/
COUNTER-PLAINTIFF
FRONTIER AIRLINES, INC.**


*/s/Stephen E. Baskin*
Stephen E. Baskin
Virginia Bar No. 47567
sbaskin@mayerbrown.com
Ann Marie Duffy
aduffy@mayerbrown.com
Dara M. Kurlancheek
dkurlancheek@mayerbrown.com
MAYER BROWN LLP

1999 K Street, N.W.
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

Jennifer Parker Ainsworth
Texas Bar No. 00784720
jainsworth@wilsonlawfirm.com
909 ESE Loop 323, Suite 400
P. O. Box 7339 [75711]
Tyler, Texas 75701
Telephone:  (903) 509-5000
Facsimile:  (903) 509-5092

**ATTORNEYS FOR DEFENDANT/
COUNTER-PLAINTIFF UNITED
AIRLINES, INC.**


*/s/Stephen E. Baskin*
Stephen E. Baskin
Virginia Bar No. 47567
sbaskin@mayerbrown.com
Ann Marie Duffy
aduffy@mayerbrown.com
Dara M. Kurlancheek
dkurlancheek@mayerbrown.com
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

Jennifer Parker Ainsworth
Texas Bar No. 00784720
jainsworth@wilsonlawfirm.com
909 ESE Loop 323, Suite 400
P. O. Box 7339 [75711]
Tyler, Texas 75701
Telephone:  (903) 509-5000
Facsimile:  (903) 509-5092

**ATTORNEYS FOR DEFENDANT/
COUNTER-PLAINTIFF US
AIRWAYS, INC.**

- 4 -

*/s/ Thomas C. Wright*
Ross Cunningham
Texas Bar No. 24007062
Thomas C. Wright
Texas Bar No. 24028146
Alex J. Whitman
Texas Bar No. 24081210
ROSE·WALKER, L.L.P.
3500 Maple Avenue, Suite 900
Dallas, Texas 75219
Phone:  214.752.8600
Facsimile 214.752.8700
rcunningham@rosewalker.com
twright@rosewalker.com
awhitman@rosewalker.com

Michael C. Smith
State Bar No. 18650410
Seibman, Burg, Phillips & Smith, LLP
113 E. Austin Street
P.O. Box 1556
Marshall, TX 75671
Phone: 903-938-8900
Fax: 903-767-4620
michaelsmith@seibman.com

**ATTORNEYS FOR DEFENDANT
SPIRIT AIRLINES, INC.**


*/s/ Casey L. Griffith*
 Casey L. Griffith
 State Bar No. 24036687
 Austin S. Champion
 State Bar No. 24065030
 KLEMCHUK KUBASTA LLP
 8150 N. Central Expressway, 10th
Floor
 Dallas, Texas 75206
 214.367.6000 (telephone)
 214.367.6001 (facsimile)
 casey.griffith@kk-llp.com
 austin.champion@kk-llp.com
 docketing_kkllp@me.com

**COUNSEL FOR DEFENDANT
 JETBLUE AIRWAYS
CORPORATION**


 /s/ *Max Ciccarelli*
Max Ciccarelli
State Bar No. 00787242
Max.ciccarelli@tklaw.com
Daniel Murray
State Bar No. 24086422
Daniel.Murray@tklaw.com
Thompson & Knight LLP
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, Texas 75201
Tel: 214.969.1700

**ATTORNEYS FOR DEFENDANT
SOUTHWEST AIRLINES CO.**


*/s/  John B. Campbell*

Mike McKool
Texas Bar No. 13732100
Lead Attorney
Phillip Aurentz
Texas State Bar No. 24059404
Ivan Wang
Texas State Bar No. 24042679
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044
mmckool@mckoolsmith.com
paurentz@mckoolsmith.com
iwang@mckoolsmith.com

John B. Campbell
Texas Bar No. 24036314
MCKOOL SMITH, P.C.
300 W. 6th Street, Suite 1700

- 6 -

Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8714
jcampbell@mckoolsmith.com

**ATTORNEYS FOR DEFENDANT
AMERICAN AIRLINES, INC.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Ruel CV-5(a)(3) on January 17, 2014.


/s/_____
Stefanie T. Scott