**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

LOYALTY CONVERSION SYSTEMS
CORPORATION

       v.

AMERICAN AIRLINES, INC., ET AL.

Case No. 2:13-CV-655-JRG

**NOTICE OF SUBMISSION OF COMPETING
DOCKET CONTROL ORDERS**

Plaintiff Loyalty Conversion Systems Corporation ("Plaintiff" or "Loyalty Conversion")

and Defendants American Airlines, Inc., Delta Air Lines Inc., Frontier Airlines, Inc., Hawaiian

Airlines, Inc., JetBlue Airways Corp., Southwest Airlines Co., Spirit Airlines, Inc., United

Airlines, Inc., and US Airways, Inc. (collectively, "Defendants") hereby submit competing

Docket Control Orders, attached hereto as **Exhibit A** and **Exhibit B**, respectively.  Furthermore,

the parties state as follows:

**PLAINTIFF'S POSITION:**

Plaintiff proposes the following additional deadlines be incorporated into the Court's

standard Docket Control Order:  (1) deadline to amend pleadings to add additional patents; (2)

deadline to comply with P.R. 3-1 & 3-2 (Infringement Contentions) with respect to any

additional patents, and (3) deadline to comply with P.R. 3-3 & 3-4 (Invalidity Contentions) with

respect to any additional patents.

Since this lawsuit was filed on August 20, 2013, three patents related to the patents-in-

suit have been issued, and Notices of Allowances have been issued for two additional patents

expected to issue in February 2014.  Plaintiff's proposal (attached hereto as **Exhibit A**) reflects

its desire to proceed with Loyalty Conversion's existing claims efficiently, in a single lawsuit. No prejudice should result to any party as a result of the proposed schedule.

**DEFENDANTS' POSITION:**

Defendants propose that the Court's standard Docket Control Order is entered without modification (**attached hereto as Exhibit B**). The standard Order contemplates that good cause must be shown before any party can amend the pleadings to add additional patents.  Requiring a party to show good cause before adding patents to a case is necessary, especially when a party seeks to nearly triple the number of asserted patents in the case. The addition of five (5) new patents to this suit would transform this case from a two (2) patent case to a seven (7) patent case.  However, the key dates of the Docket Control Order were set by the Court based on the fact that this is a two (2) patent case.  Allowing the addition of five (5) more patents after Defendants have gathered and reviewed documents for production and produced invalidity contentions is burdensome and prejudicial to Defendants and will impact the ability of the parties to effectively engage in discovery during the discovery period.

Respectfully submitted,

/s/_____                          /s/Stephen E. Baskin_____
Andrew G.  DiNovo                               Stephen E. Baskin
Texas State Bar No. 00790594                    Virginia Bar No. 47567
Jay D. Ellwanger                                sbaskin@mayerbrown.com
Texas State Bar No. 24036522                    Ann Marie Duffy
Adam G. Price                                   aduffy@mayerbrown.com
Texas State Bar No. 24027750                    Dara M. Kurlancheek
Stefanie T. Scott                               dkurlancheek@mayerbrown.com
Texas State Bar No. 24061617                    MAYER BROWN LLP
**DiNovo Price Ellwanger & Hardy LLP**          1999 K Street, N.W.
7000 N.  MoPac Expressway, Suite 350            Washington, DC 20006
Austin, Texas  78731                            Telephone: (202) 263-3000
Telephone:  (512) 539-2626                      Facsimile: (202) 263-3300
Telecopier:  (512) 539-2627

- 2 -

**Attorneys for Plaintiff Loyalty Conversion Systems**

Jennifer Parker Ainsworth
Texas Bar No. 00784720
jainsworth@wilsonlawfirm.com
909 ESE Loop 323, Suite 400
P. O. Box 7339 [75711]
Tyler, Texas 75701
Telephone:  (903) 509-5000
Facsimile:  (903) 509-5092

**ATTORNEYS FOR DEFENDANT/
COUNTER-PLAINTIFF DELTA
AIR LINES, INC.**

*/s/Stephen E. Baskin*
Stephen E. Baskin
Virginia Bar No. 47567
sbaskin@mayerbrown.com
Ann Marie Duffy
aduffy@mayerbrown.com
Dara M. Kurlancheek
dkurlancheek@mayerbrown.com
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

Jennifer Parker Ainsworth
Texas Bar No. 00784720
jainsworth@wilsonlawfirm.com
909 ESE Loop 323, Suite 400
P. O. Box 7339 [75711]
Tyler, Texas 75701
Telephone:  (903) 509-5000
Facsimile:  (903) 509-5092

**ATTORNEYS FOR DEFENDANT/
COUNTER-PLAINTIFF
FRONTIER AIRLINES, INC.**

*/s/Stephen E. Baskin*
Stephen E. Baskin
Virginia Bar No. 47567
sbaskin@mayerbrown.com

Ann Marie Duffy
aduffy@mayerbrown.com
Dara M. Kurlancheek
dkurlancheek@mayerbrown.com
MAYER BROWN LLP
 1999 K Street, N.W.
 Washington, DC 20006
 Telephone: (202) 263-3000
 Facsimile: (202) 263-3300

Jennifer Parker Ainsworth
Texas Bar No. 00784720
jainsworth@wilsonlawfirm.com
909 ESE Loop 323, Suite 400
P. O. Box 7339 [75711]
Tyler, Texas 75701
Telephone:  (903) 509-5000
Facsimile:  (903) 509-5092

**ATTORNEYS FOR DEFENDANT/
COUNTER-PLAINTIFF UNITED
AIRLINES, INC.**

*/s/Stephen E. Baskin*
 Stephen E. Baskin
 Virginia Bar No. 47567
 sbaskin@mayerbrown.com
 Ann Marie Duffy
 aduffy@mayerbrown.com
 Dara M. Kurlancheek
 dkurlancheek@mayerbrown.com
 MAYER BROWN LLP
 1999 K Street, N.W.
 Washington, DC 20006
 Telephone: (202) 263-3000
 Facsimile: (202) 263-3300

Jennifer Parker Ainsworth
Texas Bar No. 00784720
jainsworth@wilsonlawfirm.com
909 ESE Loop 323, Suite 400
P. O. Box 7339 [75711]
Tyler, Texas 75701
Telephone:  (903) 509-5000
Facsimile:  (903) 509-5092

**ATTORNEYS FOR DEFENDANT/
COUNTER-PLAINTIFF US
AIRWAYS, INC.**


*/s/ Thomas C. Wright*
Ross Cunningham
Texas Bar No. 24007062
Thomas C. Wright
Texas Bar No. 24028146
Alex J. Whitman
Texas Bar No. 24081210
ROSE·WALKER, L.L.P.
3500 Maple Avenue, Suite 900
Dallas, Texas 75219
Phone:  214.752.8600
Facsimile 214.752.8700
rcunningham@rosewalker.com
twright@rosewalker.com
awhitman@rosewalker.com

Michael C. Smith
State Bar No. 18650410
Seibman, Burg, Phillips & Smith, LLP
113 E. Austin Street
P.O. Box 1556
Marshall, TX 75671
Phone: 903-938-8900
Fax: 903-767-4620
michaelsmith@seibman.com

**ATTORNEYS FOR DEFENDANT
SPIRIT AIRLINES, INC.**


*/s/ Casey L. Griffith*
 Casey L. Griffith
 State Bar No. 24036687
 Austin S. Champion
 State Bar No. 24065030
 KLEMCHUK KUBASTA LLP
 8150 N. Central Expressway, 10th
Floor
 Dallas, Texas 75206
 214.367.6000 (telephone)

214.367.6001 (facsimile)
casey.griffith@kk-llp.com
austin.champion@kk-llp.com
docketing_kkllp@me.com

**COUNSEL FOR DEFENDANT
JETBLUE AIRWAYS
CORPORATION**


_/s/ Max Ciccarelli_
Max Ciccarelli
State Bar No. 00787242
Max.ciccarelli@tklaw.com
Daniel Murray
State Bar No. 24086422
Daniel.Murray@tklaw.com
Thompson & Knight LLP
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, Texas 75201
Tel: 214.969.1700

**ATTORNEYS FOR DEFENDANT
SOUTHWEST AIRLINES CO.**


_/s/  John B. Campbell_

Mike McKool
Texas Bar No. 13732100
Lead Attorney
Phillip Aurentz
Texas State Bar No. 24059404
Ivan Wang
Texas State Bar No. 24042679
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044
mmckool@mckoolsmith.com
paurentz@mckoolsmith.com
iwang@mckoolsmith.com

- 6 -

John B. Campbell
Texas Bar No. 24036314
MCKOOL SMITH, P.C.
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8714
jcampbell@mckoolsmith.com

**ATTORNEYS FOR DEFENDANT
AMERICAN AIRLINES, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Ruel CV-5(a)(3) on January 17, 2014.

/s/_____
Stefanie T. Scott