**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **LOYALTY CONVERSION SYSTEMS CORPORATION,** | |
| **Plaintiff,** | **CIVIL ACTION NO. 2:13-cv-655** |
| **v.** | |
| **AMERICAN AIRLINES, INC.,** | |
| **Defendant.** | **JURY TRIAL DEMANDED** |

## AMERICAN AIRLINES, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Civil Procedure Rule 7.1, Defendant American Airlines, Inc. hereby states that it is a wholly owned subsidiary of American Airlines Group Inc.

DATED:  January 23, 2014.                              Respectfully submitted,

/s/  John B. Campbell
Mike McKool
Texas Bar No. 13732100
Lead Attorney
Phillip Aurentz
Texas State Bar No. 24059404
Ivan Wang
Texas State Bar No. 24042679
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044
mmckool@mckoolsmith.com
paurentz@mckoolsmith.com
iwang@mckoolsmith.com

John B. Campbell
Texas Bar No. 24036314
**MCKOOL SMITH, P.C.**
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8714
jcampbell@mckoolsmith.com

**ATTORNEYS FOR DEFENDANT
AMERICAN AIRLINES, INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing was electronically filed with the CM/ECF system, and that all interested parties are being served with a true and correct copy of these documents via the CM/ECF system on January 23, 2014.

/s/ John B. Campbell
John B. Campbell