IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| NORMAN IP HOLDINGS, LLC, | § | |
| | § | |
| Plaintiff. | § | Civil Action No. 6:13-cv-278 LED-JDL |
| v. | § | CONSOLIDATED INTO Civil |
| | § | Action No. 6:13-cv-278-LED-JDL |
| JAGUAR LAND ROVER NORTH | § | |
| AMERICA, LLC | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendant. | § | |

### JOINT MOTION FOR DISMISSAL WITH PREJUDICE
### OF DEFENDANT JAGUAR LAND ROVER NORTH AMERICA, LLC

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Norman IP Holdings, LLC ("Norman") and Defendant Jaguar Land Rover North America, LLC ("Jaguar"), hereby jointly move for dismissal, with prejudice, of all claims by Norman against Jaguar in this cause.

Norman and Jaguar further move that the Court order that all costs and expenses relating to this litigation shall be borne by the party incurring same.

A proposed order is attached for the Court's consideration.

Dated: January 27, 2014          Respectfully submitted,

                                                          */s/ Andrew G. DiNovo*
                                                          Andrew G. DiNovo
                                                          Texas State No. 00790594
                                                          Adam G. Price
                                                          Texas State Bar No. 24027750
                                                          Chester J. Shiu
                                                          Texas State Bar No. 24071126
                                                          DiNovo Price Ellwanger & Hardy LLP
                                                          7000 N. Mopac Expressway, Suite 350
                                                          Austin, TX 78731
                                                          Tel:  (512) 539-2626
                                                          Fax:  (512) 539-2627

*Attorneys for Plaintiff*
*Norman IP Holdings, LLC*


*/s/ Michael E. Jones*
Michael E. Jones
Texas State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
Texas State Bar No. 24043679
allengardner@potterminton.com
Potter Minton, P.C.
110 N. College Ave., Suite 500
Tyler, Texas  75702
Tel: (903) 597-8311
Fax: (903) 593-0846

Matthew J. Moore
LATHAM &WATKINS, LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2278

Clement J. Naples
Cassius K. Sims
LATHAM &WATKINS, LLP
885 Third Avenue
New York, NY 10022-4834
Telephone: (212) 906-1200

*Attorneys for Defendant*
*Jaguar Land Rover North America, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27th day of January, 2014, the foregoing was electronically filed with the Clerk of the Court using CM/ECF which will send a notice of electronic filing to all counsel of record.

                                        */s/ Andrew G. DiNovo*
                                         Andrew G. DiNovo