IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION, § § § | |
| Plaintiff, § § | CIVIL ACTION NO. 2:13-CV-00655-JRG (LEAD CASE) |
| v. § § | |
| AMERICAN AIRLINES INC., et al., § § | |
| Defendants. § § | JURY TRIAL DEMANDED |

**DEFENDANT US AIRWAYS, INC.'S,**
**SUPPLEMENTAL CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Rule 7.1(b)(2) of the Federal Rules of Civil Procedure, Defendant US Airways, Inc. ("US Airways") hereby provides the following supplemental disclosure. As of December 9, 2013, American Airlines Group, Inc., a publicly traded company (NASDAQ: AAL), owns 100 percent of the stock of US Airways Group, Inc., which in turn owns 100 percent of the stock of US Airways. There is no publicly held corporation that owns more than 10 percent of the stock of American Airlines Group, Inc.

|  |  |
|---|---|
| OF COUNSEL: | By: */s/Dara M. Kurlancheek*<br>Dara M. Kurlancheek<br>New York Bar No. 4701181 |
| Stephen E. Baskin<br>Ann Marie Duffy (*pro hac vice*)<br>Saqib J. Siddiqui (*pro hac vice*)<br>MAYER BROWN LLP<br>1999 K Street, N.W.<br>Washington, DC  20006<br>Telephone:  (202) 263-3000<br>Facsimile:  (202) 263-3300<br>sbaskin@mayerbrown.com<br>aduffy@mayerbrown.com<br>ssiddiqui@mayerbrown.com | dkurlancheek@mayerbrown.com<br>MAYER BROWN LLP<br>1999 K Street, N.W.<br>Washington, DC  20006<br>Telephone:  (202) 263-3000<br>Facsimile:  (202)263-3300<br><br>Jennifer Parker Ainsworth<br>Texas Bar No. 00784720<br>jainsworth@wilsonlawfirm.com<br>909 ESE Loop 323, Suite 400<br>P. O. Box 7339 [75711] |
| Dated:  January 29, 2014 | Tyler, Texas 75701<br>Telephone:  (903) 509-5000<br>Facsimile:  (903) 509-5092 |

*Attorneys for Defendant/Counter-Plaintiff US Airways, Inc.*

### CERTIFICATE OF SERVICE

The undersigned certifies that on January 29, 2014, a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/Dara M. Kurlancheek
Dara M. Kurlancheek