N THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

LOYALTY CONVERSION SYSTEMS CORPORATION
    Plaintiff,

    v.

AMERICAN AIRLINES, INC., ET AL.
    Defendants.

Case No. 2:13-CV-655-JRG
(LEAD CASE)

## ORDER

Before the Court is Plaintiff Loyalty Conversion Systems Corporation's ("Loyalty Conversion") Third Unopposed Motion (Dkt. No. 26) for Extension of Time to Respond to Defendant Hawaiian Airlines, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction (the "Motion for Extension of Time").  The parties agree that limited jurisdictional discovery is appropriate before responding to the Motion. The Court hereby GRANTS Loyalty Conversion's Motion for Extension of Time.

IT IS THEREFORE ORDERED that the deadline for Loyalty Conversion to respond to Defendant Hawaiian Airline Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. No. 12) is extended up to and including **April 10, 2013.**

**So Ordered and Signed on this**

**Jan 29, 2014**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE