# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION, § § § | |
| Plaintiff, § § | CIVIL ACTION NO. 2:13-CV-00655-JRG (LEAD CASE) |
| v. § § | |
| AMERICAN AIRLINES INC., et al., § § | JURY TRIAL DEMANDED |
| Defendants. § | |

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendants Delta Air Lines Inc., Frontier Airlines, Inc., United Airlines and US Airways, Inc. is serving a document subpoena on third party Frequent Flyer Services Club.

A COPY OF THE SUBPOENA IS ATTACHED HERETO.

|  |  |
|---|---|
| OF COUNSEL: | By: */s/Dara M. Kurlancheek*<br>Dara M. Kurlancheek<br>New York Bar No. 4701181 |
| Stephen E. Baskin<br>Ann Marie Duffy (*pro hac vice*)<br>Saqib J. Siddiqui (*pro hac vice*)<br>MAYER BROWN LLP<br>1999 K Street, N.W.<br>Washington, DC  20006<br>Telephone:  (202) 263-3000<br>Facsimile:  (202) 263-3300<br>sbaskin@mayerbrown.com<br>aduffy@mayerbrown.com<br>ssiddiqui@mayerbrown.com | dkurlancheek@mayerbrown.com<br>MAYER BROWN LLP<br>1999 K Street, N.W.<br>Washington, DC  20006<br>Telephone:  (202) 263-3000<br>Facsimile:  (202)263-3300<br><br>Jennifer Parker Ainsworth<br>Texas Bar No. 00784720<br>jainsworth@wilsonlawfirm.com<br>909 ESE Loop 323, Suite 400<br>P. O. Box 7339 [75711] |
| Dated:  February 3, 2014 | Tyler, Texas 75701<br>Telephone:  (903) 509-5000<br>Facsimile:  (903) 509-5092<br><br>*Attorneys for Defendant/Counter-Plaintiffs Delta Air Lines, Frontier Airlines, United Airlines and US Airways, Inc.* |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on February 3, 2014, a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/Dara M. Kurlancheek
Dara M. Kurlancheek