IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:13-CV-00655-JRG (LEAD CASE) |
| v. | § § § | JURY TRIAL DEMANDED |
| AMERICAN AIRLINES INC., et al., | § § | |
| Defendants. | § | |

**NOTICE OF SUBPOENA**

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendants Delta Air Lines Inc., Frontier Airlines, Inc., United Airlines and US Airways, Inc. is serving a document subpoena on third party Signature Systems, LLC.

A COPY OF THE SUBPOENA IS ATTACHED HERETO AS EXHIBIT 1.

OF COUNSEL:

Stephen E. Baskin
Ann Marie Duffy (*pro hac vice*)
Saqib J. Siddiqui (*pro hac vice*)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC  20006
Telephone:  (202) 263-3000
Facsimile:  (202) 263-3300
sbaskin@mayerbrown.com
aduffy@mayerbrown.com
ssiddiqui@mayerbrown.com

Dated:  February 3, 2014

By:  */s/Dara M. Kurlancheek*
Dara M. Kurlancheek
New York Bar No. 4701181
dkurlancheek@mayerbrown.com
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC  20006
Telephone:  (202) 263-3000
Facsimile:  (202)263-3300

Jennifer Parker Ainsworth
Texas Bar No. 00784720
jainsworth@wilsonlawfirm.com
909 ESE Loop 323, Suite 400
P. O. Box 7339 [75711]
Tyler, Texas 75701
Telephone:  (903) 509-5000
Facsimile:  (903) 509-5092

*Attorneys for Defendant/Counter-Plaintiffs Delta Air Lines, Frontier Airlines, United Airlines and US Airways, Inc.*

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on February 3, 2014, a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                          /s/Dara M. Kurlancheek
                                          Dara M. Kurlancheek