# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION<br><br>                    Plaintiff,<br>v.<br><br>SOUTHWEST AIRLINES CO.<br><br>                    Defendant. | CIVIL ACTION NO. 2:13-CV-00655<br><br>JURY TRIAL DEMANDED |

### DEFENDANT SOUTHWEST AIRLINES CO.'S NOTICE OF COMPLIANCE WITH PATENT RULES 3-3 AND 3-4

Defendant, Southwest Airlines Co. ("Southwest"), hereby notices the Court that, pursuant to Patent Rules 3-3 and 3-4 and the Court's December 17, 2013 Order, Southwest served its Patent Rule 3-3 disclosures and accompanying Patent Rule 3-4 document production upon counsel for plaintiff via electronic means on February 14, 2014.

Dated: February 14, 2014

Respectfully submitted,

/s/ *Max Ciccarelli*
Max Ciccarelli
  State Bar No. 00787242
  Max.Ciccarelli@tklaw.com
Daniel Murray
  State Bar No. 24086422
  Daniel.Murray@tklaw.com

THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, Texas 75201
214.969.1700

**ATTORNEYS FOR DEFENDANT SOUTHWEST AIRLINES, CO.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically on the 14th day of February, 2014 in compliance with Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service and all other counsel by regular mail.

/s/ *Daniel Murray*
Daniel Murray