# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN AIRLINES, INC., <br><br> Defendant. | C.A. No. 2:13-cv-00655-JRG |
| LOYALTY CONVERSION SYSTEMS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> DELTA AIRLINES, INC., <br><br> Defendant. | C.A. No. 2:13-cv-00659-JRG |
| LOYALTY CONVERSION SYSTEMS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> FRONTIER AIRLINES, INC., <br><br> Defendant. | C.A. No. 2:13-cv-00660-JRG |

1

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>     Plaintiff,<br> v.<br><br>HAWAIIAN AIRLINES, INC.,<br><br>     Defendant. | C.A. No. 2:13-cv-00661-JRG |
| LOYALTY CONVERSION SYSTEMS CORPORATION, LLC,<br><br>     Plaintiff,<br> v.<br><br>JETBLUE AIRWAYS CORP.,<br><br>     Defendant. | C.A. No. 2:13-cv-00662-JRG |
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>     Plaintiff,<br> v.<br><br>SPIRIT AIRLINES, INC.,<br><br>     Defendant. | C.A. No. 2:13-cv-00664-JRG |
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>     Plaintiff,<br> v.<br><br>UNITED AIRLINES, INC.,<br><br>     Defendant. | C.A. No. 2:13-cv-00665-JRG |

2

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION, | ) ) ) |
| Plaintiff, v. | ) ) ) C.A. No. 2:13-cv-00666-JRG ) |
| US AIRWAYS, INC., | ) ) ) ) |
| Defendant. | ) |

## DEFENDANTS' NOTICE OF COMPLIANCE WITH PATENT RULES 3-3 AND 3-4

Defendants American Airlines, Inc., Delta Air Lines Inc., Frontier Airlines, Inc., Hawaiian Airlines, Inc.[1], JetBlue Airways Corp., Spirit Airlines, Inc., United Airlines, Inc., and US Airways, Inc. (collectively, "Defendants"), hereby notice the Court that, pursuant to Patent Rules 3-3 and 3-4 and the Court's December 17, 2013, Order, Defendants served its Patent Rule 3-3 disclosures and accompanying Patent Rule 3-4 document production upon counsel for plaintiff via electronic means on February 14, 2014.

---

[1] Counsel for Hawaiian Airlines, Inc. make this submission on behalf of Hawaiian without waiver of its position with regard to the pending Motion to Dismiss.

Dated: February 18, 2014

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas Bar No. 00784720
jainsworth@wilsonlawfirm.com
909 ESE Loop 323, Suite 400
P. O. Box 7339 [75711]
Tyler, Texas 75701
Telephone:  (903) 509-5000
Facsimile:  (903) 509-5092

Stephen E. Baskin
Virginia Bar No. 47567
sbaskin@mayerbrown.com
Ann Marie Duffy (*pro hac vice*)
aduffy@mayerbrown.com
Dara M. Kurlancheek (*pro hac vice*)
dkurlancheek@mayerbrown.com
Saqib J. Siddiqui (*pro hac vice*)
ssiddiqui@mayerbrown.com
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

**ATTORNEYS FOR DEFENDANTS DELTA AIR LINES, INC., UNITED AIRLINES, INC., FRONTIER AIRLINES, INC., AND US AIRWAYS, INC.**

Respectfully submitted,

*/s/ Thomas C. Wright*
*(with permission by Jennifer P. Ainsworth)*
Ross Cunningham
Texas Bar No. 24007062
Thomas C. Wright
Texas Bar No. 24028146
Alex J. Whitman
Texas Bar No. 24081210
ROSE·WALKER, L.L.P.
3500 Maple Avenue, Suite 900
Dallas, Texas 75219
Phone:  214.752.8600
Facsimile 214.752.8700
rcunningham@rosewalker.com
twright@rosewalker.com
awhitman@rosewalker.com

Michael C. Smith
State Bar No. 18650410
Seibman, Burg, Phillips & Smith, LLP
113 E. Austin Street
P.O. Box 1556
Marshall, TX 75671
Phone: 903-938-8900
Fax: 903-767-4620
michaelsmith@seibman.com

**ATTORNEYS FOR DEFENDANT SPIRIT AIRLINES, INC.**

4

*/s/ John B. Campbell*
*(with permission by Jennifer P. Ainsworth)*
John B. Campbell
Texas Bar No. 24036314
MCKOOL SMITH, P.C.
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8714
jcampbell@mckoolsmith.com

Mike McKool
Texas Bar No. 13732100
Lead Attorney
Phillip Aurentz
Texas State Bar No. 24059404
Ivan Wang
Texas State Bar No. 24042679
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044
mmckool@mckoolsmith.com
paurentz@mckoolsmith.com
iwang@mckoolsmith.com

**ATTORNEYS FOR DEFENDANT**
**AMERICAN AIRLINES, INC.**

*/s/ Casey L. Griffith*
*(with permission by Jennifer P. Ainsworth)*
Casey L. Griffith
State Bar No. 24036687
Austin S. Champion
State Bar No. 24065030
KLEMCHUK KUBASTA LLP
8150 N. Central Expressway, 10th Floor
Dallas, Texas 75206
214.367.6000 (telephone)
214.367.6001 (facsimile)
casey.griffith@kk-llp.com
austin.champion@kk-llp.com
docketing_kkllp@me.com
**COUNSEL FOR DEFENDANT**
**JETBLUE AIRWAYS CORP.**

*/s/ Colin O. Miwa*
*(with permission by Jennifer P. Ainsworth)*
Colin O. Miwa
Cades Schutte
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813
Telephone: (800) 544-3841
Facsimile: (800) 540-5011
cmiwa@cades.com

**ATTORNEYS FOR DEFENDANT**
**HAWAIIAN AIRLINES, INC**

## **CERTIFICATE OF SERVICE**

I, hereby certify that on February 18, 2014, the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

*/s/  Jennifer P. Ainsworth*
Jennifer P. Ainsworth