UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **LOYALTY CONVERSION SYSTEMS CORPORATION,**   §<br>§<br>§<br>**Plaintiff,**   §<br>§<br>**v.**   §<br>§<br>**AMERICAN AIRLINES, INC., et al.**   §<br>§<br>**Defendant.**   § | Civil Action No. No. 2:13-cv-00655-JRG<br>(LEAD CASE)<br><br>Jury Trial Demanded |

## DEFENDANT SPIRIT AIRLINES, INC.'S NOTICE OF SUBPOENA

Please take notice that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant Spirit Airlines, Inc. is serving a document subpoena upon a third party, Bank of America Corporation. A copy of the subpoena is attached hereto as Exhibit 1.

Dated: March 14, 2014

                                                                    */s/ Thomas C. Wright*
                                                                    Ross Cunningham
                                                                    Texas Bar No. 24007062
                                                                    Thomas C. Wright
                                                                    Texas Bar No. 24028146
                                                                    Alex J. Whitman
                                                                    Texas Bar No. 24081210
                                                                    ROSE·WALKER, L.L.P.
                                                                    3500 Maple Avenue, Suite 900
                                                                    Dallas, Texas 75219
                                                                    Phone:  214.752.8600
                                                                    Facsimile 214.752.8700
                                                                    rcunningham@rosewalker.com
                                                                    twright@rosewalker.com
                                                                    awhitman@rosewalker.com

                      Michael C. Smith
                      State Bar No. 18650410
                      Seibman, Burg, Phillips & Smith, LLP
                      113 E. Austin Street
                      P.O. Box 1556
                      Marshall, TX 75671
                      Phone: 903-938-8900
                      Fax: 903-767-4620
                      michaelsmith@seibman.com

                      **ATTORNEYS FOR DEFENDANT**
                      **SPIRIT AIRLINES, INC.**

### CERTIFICATE OF SERVICE

The undersigned certifies that on this 14th day of March, 2014, a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service bia the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

                      */s/ Thomas C. Wright*
                      Thomas C. Wright