UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC., et al.<br><br>　　　　Defendant. | §<br>§<br>§　Civil Action No. No. 2:13-cv-00655-JRG<br>§　(LEAD CASE)<br>§<br>§<br>§<br>§　Jury Trial Demanded<br>§<br>§<br>§ |

## DEFENDANT SPIRIT AIRLINES, INC.'S NOTICE OF SUBPOENA

Please take notice that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant Spirit Airlines, Inc. is serving a document subpoena upon a third party, JPMorgan Chase Bank, N.A. A copy of the subpoena is attached hereto as Exhibit 1.

Dated: March 14, 2014

　　　　　　　　　　　　　　　　　　　　　　　/s/ Thomas C. Wright
　　　　　　　　　　　　　　　　　　　　　　Ross Cunningham
　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24007062
　　　　　　　　　　　　　　　　　　　　　　Thomas C. Wright
　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24028146
　　　　　　　　　　　　　　　　　　　　　　Alex J. Whitman
　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24081210
　　　　　　　　　　　　　　　　　　　　　　ROSE·WALKER, L.L.P.
　　　　　　　　　　　　　　　　　　　　　　3500 Maple Avenue, Suite 900
　　　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75219
　　　　　　　　　　　　　　　　　　　　　　Phone:  214.752.8600
　　　　　　　　　　　　　　　　　　　　　　Facsimile 214.752.8700
　　　　　　　　　　　　　　　　　　　　　　rcunningham@rosewalker.com
　　　　　　　　　　　　　　　　　　　　　　twright@rosewalker.com
　　　　　　　　　　　　　　　　　　　　　　awhitman@rosewalker.com

>Michael C. Smith
>State Bar No. 18650410
>Seibman, Burg, Phillips & Smith, LLP
>113 E. Austin Street
>P.O. Box 1556
>Marshall, TX 75671
>Phone: 903-938-8900
>Fax: 903-767-4620
>michaelsmith@seibman.com
>
>**ATTORNEYS FOR DEFENDANT**
>**SPIRIT AIRLINES, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 14th day of March, 2014, a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service bia the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

>*/s/ Thomas C. Wright*
>Thomas C. Wright