UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>       Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC., et al.<br><br>       Defendant. | §<br>§<br>§   Civil Action No. No. 2:13-cv-00655-JRG<br>§   (LEAD CASE)<br>§<br>§<br>§   Jury Trial Demanded<br>§<br>§<br>§<br>§ |

## DEFENDANT SPIRIT AIRLINES, INC.'S NOTICE OF SUBPOENA

Please take notice that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant Spirit Airlines, Inc. is serving a document subpoena upon a third party, Diner's Club International Ltd. A copy of the subpoena is attached hereto as Exhibit 1.

Dated: March 14, 2014

                                                          /s/ Thomas C. Wright
                                                          Ross Cunningham
                                                          Texas Bar No. 24007062
                                                          Thomas C. Wright
                                                          Texas Bar No. 24028146
                                                          Alex J. Whitman
                                                          Texas Bar No. 24081210
                                                          ROSE·WALKER, L.L.P.
                                                          3500 Maple Avenue, Suite 900
                                                          Dallas, Texas 75219
                                                          Phone:  214.752.8600
                                                          Facsimile 214.752.8700
                                                          rcunningham@rosewalker.com
                                                          twright@rosewalker.com
                                                          awhitman@rosewalker.com

        Michael C. Smith
        State Bar No. 18650410
        Seibman, Burg, Phillips & Smith, LLP
        113 E. Austin Street
        P.O. Box 1556
        Marshall, TX 75671
        Phone: 903-938-8900
        Fax: 903-767-4620
        michaelsmith@seibman.com

**ATTORNEYS FOR DEFENDANT
SPIRIT AIRLINES, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 14th day of March, 2014, a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service bia the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

        */s/ Thomas C. Wright*
        Thomas C. Wright