# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION, § § § | |
| Plaintiff, § § | CIVIL ACTION NO. 2:13-CV-00655-JRG (LEAD CASE) |
| v. § § | |
| AMERICAN AIRLINES INC., et al., § § | JURY TRIAL DEMANDED |
| Defendants. § § | |

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendants Delta Air Lines Inc., Frontier Airlines, Inc., United Airlines and US Airways, Inc. is serving a document subpoena on third party Starwood Hotels & Resorts Worldwide, Inc.

A COPY OF THE SUBPOENA IS ATTACHED HERETO AS EXHIBIT 1.

OF COUNSEL:

Stephen E. Baskin
Dara Kurlancheek
Saqib J. Siddiqui (*pro hac vice*)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC  20006
Telephone:  (202) 263-3000
Facsimile:  (202) 263-3300
sbaskin@mayerbrown.com
dkurlancheek@mayerbrown.com
ssiddiqui@mayerbrown.com

Dated:  March 19, 2014

By:  /s/Ann Marie Duffy
Ann Marie Duffy
Virginia Bar No. 48653
aduffy@mayerbrown.com
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC  20006
Telephone:  (202) 263-3000
Facsimile:  (202)263-3300

Jennifer Parker Ainsworth
Texas Bar No. 00784720
jainsworth@wilsonlawfirm.com
909 ESE Loop 323, Suite 400
P. O. Box 7339 [75711]
Tyler, Texas 75701
Telephone:  (903) 509-5000
Facsimile:  (903) 509-5092

*Attorneys for Defendant/Counter-Plaintiffs Delta Air Lines, Frontier Airlines, United Airlines and US Airways, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 19, 2014, a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/Ann Marie Duffy
Ann Marie Duffy