IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION<br>    Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC., ET AL.<br>    Defendants. | § § § § § § § § | Case No. 2:13-CV-655-JRG<br>(LEAD CASE) |
| LOYALTY CONVERSION SYSTEMS CORPORATION<br>    Plaintiff,<br><br>v.<br><br>HAWAIIAN AIRLINES, INC.,<br>    Defendant. | § § § § § § § § § | Case No. 2:13-cv-00661-JRG |

## ORDER

Before the Court is Plaintiff Loyalty Conversion Systems Corporation's ("Loyalty Conversion") Fourth Unopposed Motion for Extension of Time to Respond to Defendant Hawaiian Airlines, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction (the "Motion for Extension of Time"). The Court hereby GRANTS Loyalty Conversion's Motion for Extension of Time.

IT IS THEREFORE ORDERED that the deadline for Loyalty Conversion to respond to Defendant Hawaiian Airline Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction [Doc. No. 12] is extended up to and including **May 12, 2014.**