IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION, | § § § § § | |
| Plaintiff, | § | |
| vs. | § § | Case No. 2:13-cv-655-JRG |
| AMERICAN AIRLINES, INC., | § § | LEAD CASE |
| Defendant. | § § | |

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT**

Defendant American Airlines, Inc. ("AA") files this Notice of Appearance, and hereby notifies the Court and all parties of record that Jennifer Parker Ainsworth of the law firm Wilson, Robertson & Cornelius, P.C., One American Center, 909 ESE Loop 323, Suite 400, Tyler, Texas 75701, is appearing as counsel for AA in the above-referenced matter.

Dated:  April 4, 2014

Respectfully submitted,

 */s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone: (903) 509-5000
Facsimile: (903) 509-5092

>Stephen E. Baskin
>Virginia Bar No. 47567
>sbaskin@mayerbrown.com
>Ann Marie Duffy *(pro hac vice pending)*
>aduffy@mayerbrown.com
>Dara M. Kurlancheek
>New York Bar No. 4701181
>dkurlancheek@mayerbrown.com
>Saqib J. Siddiqui *(pro hace vice pending)*
>ssiddiqui@mayerbrown.com
>MAYER BROWN LLP
>1999 K Street, N.W.
>Washington, DC 20006
>Telephone: (202) 263-3000
>Facsimile: (202) 263-3300
>
>ATTORNEYS FOR DEFENDANT
>AMERICAN AIRLINES, INC.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a), on this the 4th day of April, 2014.

>*/s/ Jennifer P. Ainsworth*
>Jennifer P. Ainsworth

2