IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION | § § | |
| Plaintiff, | § § | Case No. 2:13-CV-00655-JRG (Lead Case) |
| vs. | § § | |
| AMERICAN AIRLINES, INC. | § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

## NOTICE OF APPEARANCE

Defendant American Airlines, Inc. ("AA") files this Notice of Appearance, and hereby notifies the Court and all parties of record that Stephen E. Baskin of the law firm Mayer Brown LLP, 1999 K Street, NW, Washington, D.C. 20006, is appearing as counsel for AA in the above-referenced matter.

DATED: April 4, 2014

Respectfully submitted,

/s/Stephen E. Baskin
Stephen E. Baskin
District of Columbia Bar No. 456015
Email: sbaskin@mayerbrown.com
MAYER BROWN LLP
1999 K Street, NW
Washington, D.C. 2006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

Jennifer Parker Ainsworth
Texas Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone:  (903) 509-5000
Facsimile:  (903) 509-5092

Ann Marie Duffy *(pro hac vice pending)*
aduffy@mayerbrown.com
Dara M. Kurlancheek
New York Bar No. 4701181
dkurlancheek@mayerbrown.com
Saqib J. Siddiqui *(pro hac vice pending)*
ssiddiqui@mayrbrown.com
MAYER BROWN LLP
1999 K Street, NW
Washington, D.C. 2006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300


ATTORNEYS FOR DEFENDANT
AMERICAN AIRLINES, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a), on this the 4th day of April, 2014.

/s/ Stephen E. Baskin
Stephen E. Baskin

2