IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **LOYALTY CONVERSION SYSTEMS CORPORATION,**<br><br>    Plaintiff,<br>v.<br><br>**AMERICAN AIRLINES, INC.,**<br><br>    Defendant. | **CIVIL ACTION NO. 2:13-cv-655**<br><br><br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

American Airlines, Inc. ("American") files this Unopposed Motion for Withdrawal of Counsel, and respectfully shows as follows:

Mike McKool, John Bruce Campbell, Ivan Wang, and Phillip M. Aurentz (collectively "Counsel"), counsel for American, request that Counsel be permitted to withdraw from this case. No other attorneys will be affected by this withdrawal, and attorneys from Mayer Brown, counsel for certain other Defendants in this matter, will represent American in this matter. Plaintiff is unopposed to the relief requested in this motion.

For these reasons, American respectfully requests that the Court grant the instant motion.

DATED:  April 4, 2014.                                        Respectfully submitted,

/s/ John B. Campbell
Mike McKool
Texas Bar No. 13732100
Lead Attorney
Phillip Aurentz
Texas State Bar No. 24059404

        Ivan Wang
Texas State Bar No. 24042679
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044
mmckool@mckoolsmith.com
paurentz@mckoolsmith.com
iwang@mckoolsmith.com

John B. Campbell
Texas Bar No. 24036314
**MCKOOL SMITH, P.C.**
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8714
jcampbell@mckoolsmith.com

**ATTORNEYS FOR DEFENDANT
AMERICAN AIRLINES, INC.**

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on April 4, 2014.  As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

        /s/ *Ivan Wang*
        Ivan Wang