IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **LOYALTY CONVERSION SYSTEMS CORPORATION,**<br><br>  Plaintiff,<br>v.<br><br>**AMERICAN AIRLINES, INC.,**<br><br>  Defendant. | CIVIL ACTION NO. 2:13-cv-655<br><br><br><br>**JURY TRIAL DEMANDED** |

## ORDER

  Before the Court is the unopposed motion of American Airlines, Inc. for Withdrawal of Counsel. The Court having considered the motion and having found good cause therefore hereby ORDERS that the motion is GRANTED.