## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION, | ) ) ) |
| Plaintiff, | ) Case No. 2:13-CV-655-JRG ) (Lead Case) |
| v. | ) ) |
| AMERICAN AIRLINES, INC., et. al., | ) **JURY TRIAL DEMANDED** ) ) |
| Defendants. | ) |

## ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

Having considered defendants Delta Air Lines, Inc., Frontier Airlines, Inc., United Airlines, Inc., US Airways, Inc., American Airlines, Inc., Southwest Airlines Co., and Spirit Airlines, Inc. (collectively, "Defendants") Motion to for Judgment on the Pleadings, and finding good cause in support of said motion, IT IS HEREBY ORDERED THAT:

The Court GRANTS Defendants' Motion for Judgment on the Pleadings. The above-captioned matter is hereby dismissed with prejudice.