# Exhibit 1

**Duffy, Ann Marie**

| | |
|---|---|
| **From:** | PRPS SYSTEM NOTIFICATION [PRPS_Trial@uspto.gov] |
| **Sent:** | Tuesday, April 01, 2014 12:38 PM |
| **To:** | Siddiqui, Saqib |
| **Subject:** | Petition Verification CBM2014-00095 |



## UNITED STATES PATENT AND TRADEMARK OFFICE
## PATENT TRIAL AND APPEAL BOARD

Petition Verification

| | |
|---|---|
| Case Number: | CBM2014-00095 |
| Petitioner: | Delta Air Lines, Inc. of Atlanta, GA |
| Patent Number: | 8313023 |
| Filing Date: | 3/17/2014 |
| Point of Contact: | Saqib Siddiqui, ssiddiqui@mayerbrown.com |

The Petition has been verified and has been accorded a filing date.

Questions regarding this receipt should be directed to the Patent Trial and Appeal Board at 571-272-7822. This e-mail is computer-generated. Do not reply because this e-mail address is not monitored.