# Exhibit 3



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Inter Parte* Reexamination Filing Data - Septeber 30, 2013

1. Total requests filed since start of *Inter Parte* reexam on 11/29/99……………......................  1919

2. Number of Filings by dicipline
   - a. Chemical Operation         286    15%
   - b. Electrical Operation       865    45%
   - c. Mechanical Operation       489    25%
   - d. Design Patents              19     1%

3. Annual *Inter Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|
| 2000 | 0 | 2004 | 27 | 2008 | 168 | 2012 | 530 |
| 2001 | 1 | 2005 | 59 | 2009 | 258 | 2013 | NA |
| 2002 | 4 | 2006 | 70 | 2010 | 281 | | |
| 2003 | 21 | 2007 | 126 | 2011 | 374 | | |

4. Number known to be in litigation………………..................  1449   76%

5. Decisions on requests……………....................   2005
   - a. No. granted                        1872   93%
     - (1) By examiner                     1863
     - (2) By Director (on petition)          9
   - b. No. denied                          133    7%
     - (1) By examiner                      127
     - (2) Reexam vacated                     6

6. Overall reexamination pendency (Filing date to certificate issue date)
   - a. Average pendency              36 (mos.)
   - b. Median pendency             31.8 (mos.)

7. Total ex parte reexamination certificates issued (1999 – present) ……………………   696
   - a. Certificates with all claims confirmed                  53     8%
   - b. Certificates with all claims canceled (or disclaimed)  219    31%
   - c. Certificates with claims changes                       424    61%

1 Total decisions on requests does not include requests that have been vacated or are pending.
updated as of 11/22/13



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Inter Partes* Reexamination Filing Data - September 30, 2012

1. Total requests filed since start of *inter partes* reexam on 11/29/99……………........................   1919

2. Number of Filings by dicipline
   - a. Chemical Operation        350    18%
   - b. Electrical Operation      985    51%
   - c. Mechanical Operation      564    29%
   - d. Design Patents             20     1%

3. Annual *Inter Partes* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|
| 2000 | 0 | 2004 | 27 | 2008 | 168 | 2012 | 530 |
| 2001 | 1 | 2005 | 59 | 2009 | 258 | | |
| 2002 | 4 | 2006 | 70 | 2010 | 281 | | |
| 2003 | 21 | 2007 | 126 | 2011 | 374 | | |

4. Number known to be in litigation………………................….............................    1272    66%

5. Decisions on requests……………………………………………………………………………....…    1789
   - a. No. granted……………………………………………………………..………    1682    94%
     - (1) By examiner                                                     1673
     - (2) By Director (on petition)                                          9
   - b. No. denied……………………………………………………………………..    107     6%
     - (1) By examiner                                                      101
     - (2) Reexam vacated                                                     6

6. Overall reexamination pendency (Filing date to certificate issue date)
   - a. Average pendency                                          39.5 (mos.)
   - b. Median pendency                                           34.1 (mos.)

7. Total *Inter partes* reexamination certificates issued (1999 – present) ……………………    373
   - a. Certificates with all claims confirmed                       44    12%
   - b. Certificates with all claims canceled (or disclaimed)       169    45%
   - c. Certificates with claims changes                            160    43%

updated 8/5/13



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Inter Partes* Reexamination Filing Data – September 30, 2011

1. Total requests filed since start of *inter partes* reexam on 11/29/99 ............................................................ 1389[1]

2. Number of filings by discipline

    | | | | |
    |---|---|---|---|
    | a. | Chemical Operation | 250 | 18% |
    | b. | Electrical Operation | 722 | 52% |
    | c. | Mechanical Operation | 401 | 29% |
    | d. | Design Patents | 16 | 1% |

3. Annual Reexam Filings

    | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
    |---|---|---|---|---|---|---|---|
    | 2000 | 0 | 2003 | 21 | 2006 | 70 | 2009 | 258 |
    | 2001 | 1 | 2004 | 27 | 2007 | 126 | 2010 | 281 |
    | 2002 | 4 | 2005 | 59 | 2008 | 168 | 2011 | 374 |

4. Number known to be in litigation…………….....……..………………….………..974………………....70%

5. Decisions on requests ................................................................................................................................. 1246

    a. No. granted ................................................................................................. 1187 ........................... 95%

    (1) By examiner   1178
    (2) By Director (on petition)   9

    b. No. not granted ................................................................................................. 59 ............................ 5%

    (1) By examiner   54
    (2) Reexam vacated   5

6. Overall reexamination pendency (Filing date to certificate issue date)
    a. Average pendency                                    36.2 (mos.)
    b. Median pendency                                     32.9 (mos.)

7. Total inter partes reexamination certificates issued (1999 - present) ............................................................ 305

    | | | | |
    |---|---|---|---|
    | a. | Certificates with all claims confirmed | 35 | 11% |
    | b. | Certificates with all claims canceled (or disclaimed) | 133 | 44% |
    | c. | Certificates with claims changes | 137 | 45% |

---

[1] Of the requests received in FY 2011, 3 requests have not yet been accorded a filing date, and 5 requests have had preprocessing terminated, for failure to comply with the requirements of 37 CFR 1.915. See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Inter Partes* Reexamination Filing Data – September 30, 2010

1. Total requests filed since start of *inter partes* reexam on 11/29/99............................................................1015[1]

2. Number of filings by discipline

   | | | | |
   |---|---|---|---|
   | a. | Chemical Operation | 193 | 19% |
   | b. | Electrical Operation | 506 | 50% |
   | c. | Mechanical Operation | 304 | 30% |
   | d. | Design Patents | 12 | 1% |

3. Annual Reexam Filings

   | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
   |---|---|---|---|---|---|---|---|
   | 2000 | 0 | 2003 | 21 | 2006 | 70 | 2009 | 258 |
   | 2001 | 1 | 2004 | 27 | 2007 | 126 | 2010 | 281 |
   | 2002 | 4 | 2005 | 59 | 2008 | 168 | | |

4. Number known to be in litigation……………....……….…………….………..694…………….…...68%

5. Decisions on requests ....................................................................................................................................... 881

   a. No. granted .................................................................................................................. 843 ........................... 96%

      (1) By examiner                    841
      (2) By Director (on petition)      2

   b. No. not granted ............................................................................................................. 38 ............................. 4%

      (1) By examiner                    34
      (2) Reexam vacated                 4

6. Overall reexamination pendency  (Filing date to certificate issue date)
   a. Average pendency                                                       36.1 (mos.)
   b. Median pendency                                                        31.4 (mos.)

7. Total inter partes reexamination certificates issued (1999 - present) ........................................................... 192

   | | | | |
   |---|---|---|---|
   | a. | Certificates with all claims confirmed | 20 | 11% |
   | b. | Certificates with all claims canceled (or disclaimed) | 91 | 47% |
   | c. | Certificates with claims changes | 81 | 42% |

---

[1] Of the requests received in FY 2010, 4 requests have not yet been accorded a filing date, and 24 requests have had preprocessing terminated, for failure to comply with the requirements of 37 CFR 1.915.  See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Inter Partes* Reexamination Filing Data - September 30, 2009

1. Total requests filed since start of *inter partes* reexam on 11/29/99 ............734[1]

2. Number of filings by discipline

   |   |   |   |   |
   |---|---|---|---|
   | a. | Chemical Operation | 148 | 20% |
   | b. | Electrical Operation | 332 | 45% |
   | c. | Mechanical Operation | 243 | 33% |
   | d. | Design Patents | 11 | 2% |

3. Annual Reexam Filings

   | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
   |---|---|---|---|---|---|---|---|
   | 2000 | 0 | 2003 | 21 | 2006 | 70 | 2009 | 258 |
   | 2001 | 1 | 2004 | 27 | 2007 | 126 | | |
   | 2002 | 4 | 2005 | 59 | 2008 | 168 | | |

4. Number known to be in litigation…………………..498…………….....68%

5. Decisions on requests ............................................................................................ 650

   a. No. granted ................................................................. 619 ............................ 95%

      (1) By examiner         618
      (2) By Director (on petition)    1

   b. No. not granted .......................................................... 31 ............................. 5%

      (1) By examiner         27
      (2) Reexam vacated      4

6. Overall reexamination pendency (Filing date to certificate issue date)
   a. Average pendency                35.8 (mos.)
   b. Median pendency                 32.4 (mos.)

7. Total inter partes reexamination certificates issued (1999 - present) ........................................................... 105

   | | | | |
   |---|---|---|---|
   | a. | Certificates with all claims confirmed | 6 | 6% |
   | b. | Certificates with all claims canceled (or disclaimed) | 57 | 54% |
   | c. | Certificates with claims changes | 42 | 40% |

---

[1]Of the requests received in FY 2009, 4 requests have not yet been accorded a filing date, and 15 requests have had preprocessing terminated, for failure to comply with the requirements of 37 CFR 1.915. See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Inter Partes* Reexamination Filing Data - September 30, 2008

1. Total requests filed since start of *inter partes* reexam on 11/29/99 ............................................................476[1]

2. Number of filings by discipline

   | | | | |
   |---|---|---|---|
   | a. | Chemical Operation | 113 | 24% |
   | b. | Electrical Operation | 179 | 38% |
   | c. | Mechanical Operation | 173 | 36% |
   | d. | Design Patents | 11 | 2% |

3. Annual Reexam Filings

   | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
   |---|---|---|---|---|---|
   | 2000 | 0 | 2003 | 21 | 2006 | 70 |
   | 2001 | 1 | 2004 | 27 | 2007 | 126 |
   | 2002 | 4 | 2005 | 59 | 2008 | 168 |

4. Number known to be in litigation………………...…….…………….……….. 278 …………….... 58%

5. Decisions on requests ............................................................................................................................. 420

   a. No. granted ................................................................................................ 401 ........................... 95%

      (1) By examiner              401
      (2) By Director (on petition)   0

   b. No. not granted ........................................................................................... 19 ............................ 5%

      (1) By examiner       16
      (2) Reexam vacated     3

6. Overall reexamination pendency (Filing date to certificate issue date)
   a. Average pendency              32.6 (mos.)
   b. Median pendency               30.8 (mos.)

7. Total inter partes reexamination certificates issued (1999 - present) ............................................................ 33

   | | | | |
   |---|---|---|---|
   | a. | Certificates with all claims confirmed | 4 | 12% |
   | b. | Certificates with all claims canceled (or disclaimed) | 22 | 67% |
   | c. | Certificates with claims changes | 7 | 21% |

---

[1] Of the requests received in FY 2008, 7 requests have not yet been accorded a filing date, and 7 requests had preprocessing terminated, for failure to comply with the requirements of 37 CFR 1.915. See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).