# Exhibit 7

# Delaware Secretary of State Gateway

**LexisNexis**

This data is for information purposes only, certification can only be obtained through the Division of Corporations, or from a Delaware Registered Agent's office located within the State of Delaware.

Source Info

## Detail Information

Date/Time of Results: 08-21-2013 at 09:43

File Number: 5381223  
Name Type: Delaware Company  
Stock Co Flag: Stock Company  

Name: LOYALTY CONVERSION SYSTEMS CORPORATION  

Kind: Corporation General  
Status: Good Standing as of 08-09-2013  
Tax Type: A/R Filing Required  

Residency: Domestic  
State of Incorp: DE  
Country: US  

Original Country:  
Incorp/Qualify Date: 08-09-2013  
Foreign Incorporation Date:  

Proclamation Date:  
Renewal Date:  
Expiration Date:  

Bankruptcy Status:  
Bankruptcy Date:  
State:  

Case Number:  
Merged To:  
State:  

Federal ID:  
Quarterly Filing?:  
Last Annual Report:  

Registered Agent: 9000010  
THE CORPORATION TRUST COMPANY  
CORPORATION TRUST CENTER  
1209 ORANGE ST  
WILMINGTON , DE19801  

Registered Agent County: New Castle  
Phone: 302-658-7581  
Fax: 302-655-2480  

| Stock Information: | | | | | |
|---|---|---|---|---|---|
| Amendment Number: 000   Effective Date: 08-09-2013   Effective Time: 14:19 | | | | | |
| Stock Seq Number | Description | Series | Class | Authorized | Par Value |
| 1 | COMMON | | | 1,000 | .010000 |

| Filing History: | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Seq Number | Filing Year | Doc Code | Doc Code Desc | Doc Pages | Dom Pages | Doc Filing Date | Doc Filing Time | Doc Effective Date | Co Filing Status | Co Prev Name | Merger Type |
| 1 | 2013 | 0102S | Incorp Delaware Stock Co. | 2 | | 08-09-2013 | 14:19 | 08-09-2013 | | | |

| Tax Info: | | | | | | | |
|---|---|---|---|---|---|---|---|
| As Of Date: 08-21-2013  Tax Balance: .00 | | | | | | | |
| Tax Year | Total Filing | Total Taxes | Total Penalty | Total Interest | Total Other | Total Paid | Total Balance |
| 2013 | .00 | 75.00 | .00 | .00 | .00 | .00 | 75.00 |

Go Back

Go Back to Search

About LexisNexis | Terms and Conditions | Change Password
Copyright © 2013 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.
Delaware graphic courtesy of The General Libraries, The University of Texas at Austin.