# Exhibit 8

Search for people, jobs, companies, and more...    Advanced    18   10

Home   Profile   Network   Jobs   Interests     Business Services   Upgrade

Women Partners Only - Apply Now to the National Association of Professional Women. | Read More »

## Brian Buchheit    3rd
Patent Attorney at Patents on Demand
Miami/Fort Lauderdale Area | Legal Services

Current: Patents on Demand
Previous: Akerman Senterfitt
Education: Florida State University College of Law

Connect   Send Brian InMail   **46** connections

www.linkedin.com/pub/brian-buchheit/b/6bb/232

### People Similar to Brian



**Jeff Lillywhite** 2nd
Founder and CEO of LabelPath
Connect

### Ads You May Be Interested In

**Are You JMU Alumni?**
See If You're Eligible For Inclusion In Madison Who's Who. Apply Now!

**Successful Women Network**
Apply now to see if you're eligible to be included

**Stanford Exec. Leadership**
Advanced Leadership Training for Senior Executives. Learn More.

### People Also Viewed


**Sean McGhie**
Vice President and General Counsel at Pace Americas, Inc.


**Peter Koziol**
Commercial Litigation Patent Attorney in Miami, Fort Lauderdale, Boca Raton, Florida


**Patrick Stellitano**
Patent Lawyer at Christopher & Weisberg, P.A.


**Rafael Perez**
Partner at Feldman Gale


**Luke Steward**
Patent Draftsman at Self Employed


**Scott Garrett**
Senior Patent Attorney at Patents on Demand


**Pablo Meles**
Chief Intellectual Property Officer at Personics Holdings, Inc.

**Terry Forsythe**
Partner at Cuenot, Forsythe & Kim, LLC


**Jon Gibbons**
Founding & Managing Member

**Barry Standig**
Intellectual Property Attorney

## Background

### Summary

Brian K. Buchheit is a registered patent attorney who focuses upon software, telecommunications, and electronic patents. He has drafted and prosecuted hundreds of patents for Fortune 500 companies. Brian managed multi-million dollar telecommunication and software projects when working as a communications officer/system engineer in the United States Air Force. Following his time at the USAF as a Captain, Brian decided to pursue a law career. Brian graduated in the top 5 percent of his law school class, where he had the distinction of briefly clerking for a federal judge (Judge Hinkle), whom he assisted in numerous patent cases. In 2005, Brian left Akerman Senterfitt and founded Patents on Demand, P.A., a law firm dedicated to high quality patent application preparation and prosecution.

Specialties: software systems, telecommunications, databases, networking, and electronic patent preparation and prosecution

### Experience

**CEO**
Patents on Demand
August 2005 – Present (8 years 7 months)

**Patent Attorney**
Patents on Demand, P.A.
January 2005 – Present (9 years 2 months)

In 2005, Brian Buchheit left Akerman Senterfitt to establish Patents on Demand, P.A., a boutique patent practice anchored in Weston, FL, with the idea of ensuring quality work product and customer service be emphasized over throughput alone. Patents on Demand focuses on patent law related to computer and electrical engineering (software systems, telecommunications, databases, networking, electronic circuits and processors, medical devices, etc.). Our patent attorneys have industry experience in the technical fields in which they practice, extensive large law firm experience, and/or inhouse counsel experience from a Fortune 500 company. Our investment in an advanced docketing system (CPA Global's Foundation IP), substantial infrastructure, and experienced administrative staff allows us to overcome the potential disadvantages of a smaller firm, while providing the advantages, including cost effectiveness, agility and a principle attorney's focus on your invention. Additionally, we maintain modest office spaces and minimal extraneous overhead (e.g., there is no tier of excessively paid, non-working attorneys absorbing a significant percentage of fees charged to clients.) A majority of our patent drafting efforts are performed on a fixed fee basis, which includes administrative costs like preparing/filing IDS's, assignments, etc. Office Action responses are generally capped at an agreed upon ceiling. Our business model is designed to ensure that our clients receive timely, cost effective patents of the highest quality.

**Patent Attorney**

Akerman Senterfitt
June 2001 – August 2005 (4 years 3 months)

In 2005, Brian left Akerman Senterfitt and founded Patents on Demand, P.A., a law firm dedicated to high quality patent application preparation and prosecution.

### Education

**Florida State University College of Law**
JD, Law
1999 – 2002

**Central Michigan University**
MS, Business Administration
1997 – 1998

**The Ohio State University**
BS, Computer Engineering
1989 – 1994

Activities and Societies: AF ROTC

### How You're Connected

You

Andrew (Drew) Sommer

Pradeep Victor

Mansi Shah

12 more connections can introduce you to someone who knows Brian
Get introduced ▸



Brian Buchheit

Help Center | About | Press | Blog | Careers | Advertising | Talent Solutions | Tools | Mobile | Developers | Publishers | Language | Upgrade Your Account

LinkedIn Corporation © 2014 | User Agreement | Privacy Policy | Community Guidelines | Cookie Policy | Copyright Policy | Send Feedback

http://www.linkedin.com/profile/view?id=34586246&authType=NAME_SEARCH&authToken=ckXD&locale=en_US&srchid=174761001393527157767&srchindex=… 2/2