# Exhibit 9



Search for people, jobs, companies, and more...

Home Profile Network Jobs Interests

E-Recycling Franchise - Territories in NC, VA, PA & NJ for e-recycling & data destruction. | Read More »

# Sean McGhie

3rd

Vice President and General Counsel at Pace Americas, Inc.

West Palm Beach, Florida Area | Legal Services

Previous Akerman Senterfitt, Multimedia Live, Bright Now! Dental

Education University of Florida - Fredric G. Levin College of Law

Connect Send Sean InMail

500+ connections

www.linkedin.com/pub/sean-mcghie/5/34/aa6

## Background

### Experience

**Vice President and General Counsel**
Pace Americas, Inc.
September 2007 – Present (6 years 7 months)

**Shareholder**
Akerman Senterfitt
January 2000 – September 2007 (7 years 9 months)

Corporate and Securities
Internet and E-Commerce
Technology Licensing
Mergers and Acquisitions
Private Equity and Venture Capital

**General Counsel**
Multimedia Live
July 1999 – December 1999 (6 mon

Next search result
Sean McGhie
Rehabilitation Support

**General Counsel - Florida**
Bright Now! Dental
December 1995 – January 1998 (2 years 2 months)

### Education

**University of Florida - Fredric G. Levin College of Law**
1992 – 1995

**University of Miami School of Law**
London Study Abroad Program
1994 – 1994

**University of Florida**
BS, English

## People Similar to Sean

Gary Papilsky 3rd
General Counsel at Dealertrack Technologi…
Connect

Grow Your Career By Following
Pace

You Pace

Cody, get the latest on Pace Jobs, News & more!
+ Follow

## People Also Viewed

**Anthony Dixon** – General Counsel & Company Secretary at Pace plc

**Josh Frank** – General Counsel -- DHL Americas

**Paula Abreu** – Owner, Writer & Life Coach at Escolha Sua Vida

**Brian Buchheit** – Patent Attorney at Patents on Demand

**KEN STRICK** – • General Counsel for Public & Private Companies • Corporate Secretary • Chief Legal Officer • Advisor to Board

**Jane Connor** – former Senior Legal Counsel at Pace

**Heather Gatley** – Associate General Counsel, Global Labor and Employment at Ryder System, Inc.

**suzanne perez** – at Norwegian Cruise Line

**Angela María Camacho (LCA)** – Associate General Counsel at Microsoft

**Chris Marlin** – President at Lennar International

1990 – 1992

### Florida State University
London Study Abroad Program (Imperial College)
1991 – 1991



### University of Colorado Boulder
English
1988 – 1990



---

Additional Info

**Personal Details**

Birthday      October 6

**How You're Connected**

 You

 Mark Klapow

 Brian Rosenthal

Brian Andrea

28 more connections can introduce you to someone who knows Sean
Get introduced ▸

 Sean McGhie