IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC., et al.,<br><br>Defendants. | Case No. 2:13-CV-655-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING DEFENDANTS' MOTION TO STAY

Having considered defendants Delta Air Lines, Inc., Frontier Airlines, Inc., United Airlines, Inc., US Airways, Inc., American Airlines, Inc., Southwest Airlines Co., and Spirit Airlines, Inc. (collectively, "Defendants") Motion to Stay Proceedings Pursuant to Section 18(b) of the America Invents Act, and finding good cause in support of said motion, IT IS HEREBY ORDERED THAT:

The Court GRANTS Defendants' Motion to Stay Proceedings Pursuant to Section 18(b) of the America Invents Act.  The above-captioned matter is hereby STAYED until the USPTO determines whether to institute Defendants' Petition for Covered Business Method Patent Review.