IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **LOYALTY CONVERSION SYSTEMS CORPORATION,**<br><br>    Plaintiff,<br>v.<br><br>**AMERICAN AIRLINES, INC.,**<br><br>    Defendant. | CIVIL ACTION NO. 2:13-cv-655 |

## ORDER

Before the Court is the unopposed motion of American Airlines, Inc. for Withdrawal of Counsel (Dkt. No. 59).  Defendant will continue to be represented by other counsel. The Court having considered the motion and having found good cause therefore hereby ORDERS that the motion is GRANTED. Mike McKool, John Bruce Campbell, Ivan Wang, and Philliip M. Aurentz are hereby WITHDRAWN from their representation of American Airlies, Inc. in this case.

So ORDERED and SIGNED this 8th day of April, 2014.

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE