**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **LOYALTY CONVERSION SYSTEMS CORPORATION,** | § | |
| | § | **Civil Action No. No. 2:13-cv-00655-JRG (LEAD CASE)** |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **Jury Trial Demanded** |
| **AMERICAN AIRLINES, INC., et al.** | § | |
| | § | |
| **Defendant.** | § | |

**DEFENDANT SPIRIT AIRLINES, INC.'S NOTICE OF AMENDED SUBPOENA**

Please take notice that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant Spirit Airlines, Inc. is serving an amended document subpoena upon a third party, Capital One Bank. A copy of the subpoena is attached hereto as Exhibit 1.

Dated: April 10, 2014

*<u>/s/ Thomas C. Wright</u>*
Ross Cunningham
Texas Bar No. 24007062
Thomas C. Wright
Texas Bar No. 24028146
Alex J. Whitman
Texas Bar No. 24081210
ROSE·WALKER, L.L.P.
3500 Maple Avenue, Suite 900
Dallas, Texas 75219
Phone: 214.752.8600
Facsimile 214.752.8700
rcunningham@rosewalker.com
twright@rosewalker.com
awhitman@rosewalker.com

Michael C. Smith
State Bar No. 18650410
Seibman, Burg, Phillips & Smith, LLP
113 E. Austin Street
P.O. Box 1556
Marshall, TX 75671
Phone: 903-938-8900
Fax: 903-767-4620
michaelsmith@seibman.com

**ATTORNEYS FOR DEFENDANT SPIRIT AIRLINES, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 10th day of April, 2014, a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

*/s/ Thomas C. Wright*
Thomas C. Wright