**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

LOYALTY CONVERSION SYSTEMS
CORPORATION
     Plaintiff,

     v.

AMERICAN AIRLINES, INC., ET AL.
     Defendants.

Case No. 2:13-CV-655-JRG
(LEAD CASE)

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO**
**RESPOND TO DEFENDANTS' MOTION FOR JUDGMENT**

Plaintiff Loyalty Conversion Systems Corporation ("Loyalty Conversion") hereby respectfully moves for an extension of time to respond to Defendants Delta Air Lines, Inc. ("Delta"), US Airways, Inc. ("US Airways"), United Airlines, Inc. ("United"), American Airlines, Inc. ("American"), Southwest Airlines, Co. ("Southwest"), Spirit Airlines, Inc. ("Spirit"), and Frontier Airlines, Inc. ("Frontier") (collectively "Defendants") Motion for Judgment on the Pleadings and Memorandum in Support filed on April 4, 2014 [Doc. No. 61] (the "Motion").  In support thereof, Plaintiff would show the Court the following:

Loyalty Conversion's response to the Motion is currently due on April 21, 2014.  The present Motion requests an extension until and including April 28, 2014.  Counsel for the parties have conferred with respect to this Motion, and counsel for Defendants have indicated Defendants are unopposed to the relief sought in this Motion. The extension is not sought for purposes of delay but so that justice may be done.

1

Dated:  April 18, 2014                       Respectfully submitted,


                                             By: /s/ Andrew G. DiNovo
                                                 Andrew G.  DiNovo
                                                 Texas State Bar No. 00790594
                                                 Jay D. Ellwanger
                                                 Texas State Bar No. 24036522
                                                 Adam G. Price
                                                 Texas State Bar No. 24027750
                                                 DiNovo Price Ellwanger & Hardy LLP
                                                 7000 N.  MoPac Expressway, Suite 350
                                                 Austin, Texas  78731
                                                 Telephone:  (512) 539-2626
                                                 Facsimile:   (512) 539-2627

                                                 ATTORNEYS FOR PLAINTIFF
                                                 LOYALTY CONVERSION SYSTEMS
                                                 CORPORATION


## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(i), the undersigned certifies that counsel have complied with the meet-and-confer requirements of Local Rule CV-7(h), and that Defendants are unopposed to the foregoing motion.


                                             /s/ Andrew G. DiNovo
                                             Andrew G. DiNovo


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel, who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true ad correct cope of the foregoing by email, on this the 18th day of April 2014.


                                             /s/ Andrew G. DiNovo
                                             Andrew G. DiNovo