N THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION<br>    Plaintiff,<br><br>    v.<br><br>AMERICAN AIRLINES, INC., ET AL.<br>    Defendants. | Case No. 2:13-CV-655-JRG<br>(LEAD CASE) |

### ORDER

Before the Court is Plaintiff Loyalty Conversion Systems Corporation's ("Loyalty Conversion") Unopposed Motion for Extension of Time to Respond to Defendants Delta Air Lines, Inc. ("Delta"), US Airways, Inc. ("US Airways"), United Airlines, Inc. ("United"), American Airlines, Inc. ("American"), Southwest Airlines, Co. ("Southwest"), Spirit Airlines, Inc. ("Spirit"), and Frontier Airlines, Inc. ("Frontier") (collectively "Defendants") Motion for Judgment on the Pleadings and Memorandum in Support. The Court hereby GRANTS Loyalty Conversion's Motion for Extension of Time.

IT IS THEREFORE ORDERED that the deadline for Loyalty Conversion to respond to Defendants' Motion for Judgment on the Pleadings and Memorandum in Support [Doc. No. 61] is extended up to and including **April 28, 2014.**