# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION, | § § § § § § § § § § | |
| Plaintiff, | | |
| | | Case No. 2:13-CV-655 |
| v. | | (LEAD CASE) |
| AMERICAN AIRLINES, INC., ET AL., | | |
| Defendants. | | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motion for Judgment (Dkt. No. 67). The motion is GRANTED. The deadline for Plaintiff to submit its response to Defendants' Motion for Judgment on the Pleadings and Memorandum in Support (Dkt. No. 61) is April 28, 2014.

IT IS SO ORDERED.

SIGNED this 18th day of April, 2014.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE

1