Search Advanced Search



Subscribe | Sign In

Platform Tools

- Cases

  **Overall**

  All cases

  Advanced search

  **Key cases**

  Class actions

  Public companies

  **Industries**

  Banking & finance

  Consumer goods

  Health

  Hospitality

  Life sciences

  Media & entertainment

  Oil & gas

  Retail

  Technology

  **Intellectual Property**

  Copyright

  Patent

    Trademark

**Labor & Employment**

    Employment class actions

    Discrimination

    ERISA

    Labor/management

**Corporate**

    Antitrust

    Bankruptcy appeals

    Commercial contracts

    Environmental

    Insurance

    Product liability

    Real estate

    Securities

    Tax

- Tracking

    Law Firms

    Companies

    Industries

    Government Agencies

- News

    **Practice Areas**

    Appellate

    Bankruptcy

Class Action

Commercial Contracts

Competition

Consumer Protection

Corporate

Employment

Environmental

Government Contracts

Insurance

Intellectual Property

International Trade

Mergers & Acquisitions

Privacy

Product Liability

Project Finance

Public Policy

Securities

Tax

White Collar

**Industries**

Aerospace & Defense

Automotive

Banking

Energy

Health

Hospitality

Life Sciences

Media & Entertainment

Private Equity

Real Estate

Technology

**Regions**

California

Florida

New Jersey

New York

Pennsylvania

Texas

**Legal Industry**

- Rankings

  FCPA Powerhouses

  Glass Ceiling Report

  Global 20

  Innovative Managing Partners

  Law360 400

  MVPs of the Year

  Most Feared Plaintiffs Firms

  Practice Groups of the Year

  Pro Bono Firms of the Year

  Rising Stars

Top Female Trial Attorneys

- Jobs

## Overall

All cases

Advanced search

## Key cases

Class actions

Public companies

## Industries

Banking & finance

Consumer goods

Health

Hospitality

Life sciences

Media & entertainment

Oil & gas

Retail

Technology

## Intellectual Property

Copyright

Patent

Trademark

## Labor & Employment

Employment class actions

Discrimination

ERISA

Labor/management

**Corporate**

Antitrust

Bankruptcy appeals

Commercial contracts

Environmental

Insurance

Product liability

Real estate

Securities

Tax

**Practice Areas**

Appellate

Bankruptcy

Class Action

Commercial Contracts

Competition

Consumer Protection

Corporate

Employment

Environmental

Government Contracts

Insurance

Intellectual Property

International Trade

Mergers & Acquisitions

Privacy

Product Liability

Project Finance

Public Policy

Securities

Tax

White Collar

**Industries**

Aerospace & Defense

Automotive

Banking

Energy

Health

Hospitality

Life Sciences

Media & Entertainment

Private Equity

Real Estate

Technology

**Regions**

California

Florida

New Jersey

New York

Pennsylvania

Texas

**Legal Industry**

Law Firms

Companies

Industries

Government Agencies

FCPA Powerhouses

Glass Ceiling Report

Global 20

Innovative Managing Partners

Law360 400

MVPs of the Year

Most Feared Plaintiffs Firms

Practice Groups of the Year

Pro Bono Firms of the Year

Rising Stars

Top Female Trial Attorneys

# PTAB Says It's Not A 'Death Squad' For Patents

Share us on: Twitter  Facebook  LinkedIn  By **Erica Teichert**  0 Comments

Law360, Washington (April 15, 2014, 8:16 PM ET) -- The U.S. Patent Trial and Appeal Board said on Tuesday that it is not a "death squad" attempting to invalidate every patent undergoing administrative review, noting that only a small fraction of patents under inter partes review end up being completely invalidated.

Although 167 patents have been brought to the PTAB for inter partes review since the appeals board implemented the America Invents Act trial process, only nine of those patents have been completely invalidated and another 19 have had some of their claims thrown out,...

To view the full article, take a free trial now.

Try Law360 FREE for seven days

Already a subscriber? Click here to login

# Sections

- Intellectual Property

# Companies Mentioned

- American Bar Association

# Government Agencies Mentioned

- U.S. Patent and Trademark Office

# Related Articles

- AIA Reviews A Growing Worry For Patent Owners, Attys Say
- Navigating The Looming Changes To Post-Grant Challenges
- In Rare Feat, 2 Patents Emerge Unscathed From AIA Reviews

© Copyright 2014, Portfolio Media, Inc. | Home | About | Contact Us | Site Map | Site Index | Jobs | Careers at Law360 | Mobile | Terms | Privacy Policy

**Beta Tools:** Track docs | Track attorneys | Track judges