FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

LOYALTY CONVERSION SYSTEMS
CORPORATION
    Plaintiff,

  v.

AMERICAN AIRLINES, INC., *et al*.
    Defendants.

Case No. 2:13-CV-655-JRG
(LEAD CASE)

## ORDER

Before the Court is the Motion to Stay Proceedings filed by Defendants Delta Air Lines, Inc. ("Delta"), Frontier Airlines, Inc. ("Frontier"), United Airlines, Inc. ("United"), US Airways, Inc. ("US Airways"), American Airlines, Inc. ("American"), Southwest Airlines, Co. ("Southwest") and Spirit Airlines, Inc. ("Spirit") (collectively "Defendants") [Civil Action No. 2:13-cv-00662, Dkt. No. 63] (the "Motion").  After consideration of the same, all responsive briefing, and all evidence presented, the Court is of the opinion that Defendants' Motion should be, and hereby is, DENIED.

IT IS THEREFORE ORDERED that Defendant's Motion to Stay Proceedings is DENIED.