# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION, <br><br> Plaintiff, <br> v. <br><br> AMERICAN AIRLINES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 2:13-cv-00655-JRG <br><br> LEAD CASE |
| LOYALTY CONVERSION SYSTEMS CORPORATION, <br><br> Plaintiff, <br> v. <br><br> DELTA AIRLINES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) C.A. No. 2:13-cv-00659-JRG |
| LOYALTY CONVERSION SYSTEMS CORPORATION, <br><br> Plaintiff, <br> v. <br><br> FRONTIER AIRLINES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) C.A. No. 2:13-cv-00660-JRG |

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>HAWAIIAN AIRLINES, INC.,<br><br>　　　　　　Defendant. | C.A. No. 2:13-cv-00661-JRG |
| LOYALTY CONVERSION SYSTEMS CORPORATION, LLC,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>JETBLUE AIRWAYS CORP.,<br><br>　　　　　　Defendant. | C.A. No. 2:13-cv-00662-JRG |
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>　　　　　　Defendant. | C.A. No. 2:13-cv-00663-JRG |
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>SPIRIT AIRLINES, INC.,<br><br>　　　　　　Defendant. | C.A. No. 2:13-cv-00664-JRG |

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>        Plaintiff,<br>v.<br><br>UNITED AIRLINES, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 2:13-cv-00665-JRG<br>)<br>)<br>)<br>)<br>) |
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>        Plaintiff,<br>v.<br><br>US AIRWAYS, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 2:13-cv-00666-JRG<br>)<br>)<br>)<br>)<br>) |

### **DEFENDANTS' NOTICE OF COMPLIANCE WITH PATENT RULE 4-1**

Defendants American Airlines, Inc., Delta Air Lines Inc., Frontier Airlines, Inc., Hawaiian Airlines, Inc.[1], JetBlue Airways Corp., Spirit Airlines, Inc., United Airlines, Inc., and US Airways, Inc. (collectively, "Defendants"), hereby notice the Court that, pursuant to Patent Rule 4-1 and the Court's December 17, 2013, Order, Defendants served proposed terms for construction upon counsel for plaintiff via electronic means on April 24, 2014.

---

[1] Counsel for Hawaiian Airlines, Inc. make this submission on behalf of Hawaiian without waiver of its position with regard to the pending Motion to Dismiss.

3

Dated: April 25, 2014                                                     Respectfully submitted,

/s/ Stephen E. Baskin                                                     /s/ Thomas C. Wright
(with permission by Jennifer P. Ainsworth)           (with permission Jennifer P. Ainsworth)
Stephen E. Baskin                                                        Ross Cunningham
Virginia Bar No. 47567                                                 Texas Bar No. 24007062
sbaskin@mayerbrown.com                                      Thomas C. Wright
Ann Marie Duffy (*pro hac vice*)                          Texas Bar No. 24028146
aduffy@mayerbrown.com                                        Alex J. Whitman
Dara M. Kurlancheek (*pro hac vice*)                 Texas Bar No. 24081210
dkurlancheek@mayerbrown.com                           ROSE·WALKER, L.L.P.
Saqib J. Siddiqui (*pro hac vice*)                         3500 Maple Avenue, Suite 900
ssiddiqui@mayerbrown.com                                  Dallas, Texas 75219
MAYER BROWN LLP                                                Phone:  214.752.8600
1999 K Street, N.W.                                                    Facsimile 214.752.8700
Washington, DC 20006                                              rcunningham@rosewalker.com
Telephone: (202) 263-3000                                     twright@rosewalker.com
Facsimile: (202) 263-3300                                       awhitman@rosewalker.com

Jennifer Parker Ainsworth                                       Michael C. Smith
Texas Bar No. 00784720                                           State Bar No. 18650410
jainsworth@wilsonlawfirm.com                          Seibman, Burg, Phillips & Smith, LLP
909 ESE Loop 323, Suite 400                                113 E. Austin Street
P. O. Box 7339 [75711]                                            P.O. Box 1556
Tyler, Texas 75701                                                      Marshall, TX 75671
Telephone:  (903) 509-5000                                  Phone: 903-938-8900
Facsimile:  (903) 509-5092                                     Fax: 903-767-4620
                                                                                         michaelsmith@seibman.com
**ATTORNEYS FOR DEFENDANTS**                    **ATTORNEYS FOR DEFENDANT**
**AMERICAN AIRLINES, INC., DELTA**             **SPIRIT AIRLINES, INC.**
**AIR LINES, INC., UNITED AIRLINES,**
**INC., FRONTIER AIRLINES, INC., AND**
**US AIRWAYS, INC.**                                                /s/ Casey L. Griffith
                                                                                         (with permission by Jennifer P. Ainsworth)
                                                                                         Casey L. Griffith
/s/Colin O. Miwa                                                         State Bar No. 24036687
(with permission by Jennifer P. Ainsworth)           Austin S. Champion
Colin O. Miwa                                                              State Bar No. 24065030
Cades Schutte                                                             KLEMCHUK KUBASTA LLP
1000 Bishop Street, Suite 1200                              8150 N. Central Expressway, 10th Floor
Honolulu, Hawaii 96813                                          Dallas, Texas 75206
Telephone: (800) 544-3841                                    214.367.6000 (telephone)
Facsimile: (800) 540-5011                                      214.367.6001 (facsimile)
cmiwa@cades.com                                                    casey.griffith@kk-llp.com
                                                                                         austin.champion@kk-llp.com
                                                                                         docketing_kkllp@me.com
**ATTORNEYS FOR DEFENDANT**                       **COUNSEL FOR DEFENDANT**
**HAWAIIAN AIRLINES, INC.**                              **JETBLUE AIRWAYS CORP.**

**CERTIFICATE OF SERVICE**

I, hereby certify that on April 25, 2014, the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
