IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC., et. al.,<br><br>        Defendants. | Case No. 2:13-CV-655-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF SAQIB J. SIDDIQUI IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO STAY

I, Saqib J. Siddiqui, declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. The statements here reflect my present personal belief based on reasonable investigation and information presently known to me. If called as a witness, I could competently testify about these statements.

2. I am an attorney at law of the District of Columbia with the law firm of Mayer Brown LLP, 1999 K Street, N.W., Washington, D.C. 20006.

3. I am counsel for Defendants American Airlines, Inc., Delta Air Lines, Inc., Frontier Airlines, Inc., United Airlines, Inc., and US Airways, Inc. and am fully competent to make this declaration.

4. I submit this declaration in support of Defendants' Reply In Support of Motion to Stay Proceedings.

5. Attached hereto as Exhibit 11 is a true and correct copy of an article titled "AIA Review A Growing Worry For Patent Owners, Attys Say" that was published by Law360 on April 3, 2014.

2

May 5, 2014

                                                              _____
                                                              Saqib J. Siddiqui