# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:13-CV-655 (LEAD CASE) |
| AMERICAN AIRLINES, INC., et al., | § § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:13-CV-661 (CONSOLIDATED CASE) |
| HAWAIIN AIRLINES, INC., | § § | |
| Defendant. | § | |

## ORDER

Before the Court is the motion of plaintiff Loyalty Conversion Systems Corporation for an extension of time (Case No 2:13-cv-661, Dkt. No. 21) within which to file its response to the motion by defendant Hawaiian Airlines, Inc., to dismiss for lack of personal jurisdiction (Case No. 2:13-cv-661, Dkt. No. 12). The motion is GRANTED IN PART. The response will be due on May 20, 2014. No further extensions will be granted.

The motion to dismiss will be argued at 1 p.m. on June 10, 2014, in the Magistrate's Courtroom in the United States Courthouse in Marshall, Texas, along with other pending motions in the cases consolidated under the lead case.

IT IS SO ORDERED.

SIGNED this 8th day of May, 2014.


WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE