IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN AIRLINES, INC., et. al., <br><br> Defendants. | Case No. 2:13-CV-655-JRG <br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |

## DECLARATION OF SAQIB J. SIDDIQUI IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS

I, Saqib J. Siddiqui, declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. The statements here reflect my present personal belief based on reasonable investigation and information presently known to me. If called as a witness, I could competently testify about these statements.

2. I am an attorney at law of the District of Columbia with the law firm of Mayer Brown LLP, 1999 K Street, N.W., Washington, D.C. 20006.

3. I am counsel for Defendants Delta Air Lines, Inc., United Airlines, Inc., Frontier Airlines, Inc., American Airlines, Inc., and US Airways, Inc. and am fully competent to make this declaration.

4. I submit this declaration in support of Defendants' Reply In Support of Motion for Judgment on the Pleadings.

5. Attached hereto as Exhibit 1 is a true and correct copy from portions of the transcript from the oral arguments before the Supreme Court of the United States in *Alice Corporation Pty. Ltd., v. CLS Bank International, et al.* on March 31, 2014.

May 8, 2014

                                                                                     _____
                                                                                     Saqib J. Siddiqui