IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION | § § § | |
| | § | Case No. 2:13-CV-655-JRG |
| Plaintiff, | § § | (LEAD CASE) |
| v. | § § | **Jury Trial Demanded** |
| AMERICAN AIRLINES, INC., ET AL. | § § | |
| Defendants. | § § | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE SUR-REPLY TO DEFENDANTS' RESPONSE TO
PLAINTIFF'S OPPOSITION TO MOTION TO STAY**

Plaintiff Loyalty Conversion Systems Corporation ("Loyalty Conversion") hereby respectfully moves for an extension of time to file a Sur-reply to Defendants Delta Air Lines, Inc., Frontier Airlines, Inc., United Airlines, Inc., US Airways, Inc., American Airlines, Inc., Southwest Airlines Co., and Spirit Airlines, Inc. (collectively "Defendants") Response to Plaintiff's Opposition to Defendants' Motion to Stay filed on May 5, 2014 [Doc. No. 72] (the "Motion").  In support thereof, Plaintiff would show the Court the following:

Loyalty Conversion's Sur-reply to the Motion is currently due on May 15, 2014.  The present Motion requests an extension until and including May 22, 2014.  Counsel for the parties have conferred with respect to this Motion, and counsel for Defendants have indicated Defendants are unopposed to the relief sought in this Motion. The extension is not sought for purposes of delay but so that justice may be done.

Dated:  May 15, 2014                                              Respectfully submitted,

By: /s/ Andrew G. DiNovo
　　Andrew G.  DiNovo
　　Texas State Bar No. 00790594
　　Jay D. Ellwanger
　　Texas State Bar No. 24036522
　　Adam G. Price
　　Texas State Bar No. 24027750
　　DiNovo Price Ellwanger & Hardy LLP
　　7000 N.  MoPac Expressway, Suite 350
　　Austin, Texas  78731
　　Telephone:  (512) 539-2626
　　Facsimile:   (512) 539-2627

　　ATTORNEYS FOR PLAINTIFF
　　LOYALTY CONVERSION SYSTEMS
　　CORPORATION

### CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(i), the undersigned certifies that counsel have complied with the meet-and-confer requirements of Local Rule CV-7(h), and that Defendants are unopposed to the foregoing motion.

/s/ John D. Saba
John D. Saba

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel, who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true ad correct cope of the foregoing by email, on this the 15th day of May 2014.

/s/ Andrew G. DiNovo
Andrew G. DiNovo