IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION § § § <br> Plaintiff, § § <br> v. § § <br> AMERICAN AIRLINES, INC., ET AL. § § <br> Defendants. § | Case No. 2:13-CV-655-JRG <br> (LEAD CASE) <br><br> **Jury Trial Demanded** |

# ORDER

Before the Court is Plaintiff Loyalty Conversion Systems Corporation's Motion for Extension of Time to file a Sur-reply to Defendants Delta Air Lines, Inc., Frontier Airlines, Inc., United Airlines, Inc., US Airways, Inc., American Airlines, Inc., Southwest Airlines Co., and Spirit Airlines, Inc.'s (collectively "Defendants") Response to Plaintiff's Opposition to Defendants' Motion to Stay.  The Court hereby GRANTS Loyalty Conversion's Motion for Extension of Time.

IT IS THEREFORE ORDERED that the deadline for Loyalty Conversion to file a Sur-reply to Defendants' Response to Plaintiff's Opposition to Defendants' Motion to Stay [Doc. No. 72] is extended up to and including **May 22, 2014**.