IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION | § § § | |
| Plaintiff, | § § | Case No. 2:13-CV-655-JRG (LEAD CASE) |
| v. | § § § | **Jury Trial Demanded** |
| AMERICAN AIRLINES, INC., ET AL. | § § | |
| Defendants. | § | |

**UNOPPOSED MOTION TO EXTEND CERTAIN DEADLINES
RELATING TO DISCLOSSURES UNDER P.R.  4-2**

Plaintiff Loyalty Conversion Systems Corporation ("Loyalty Conversion"), hereby submits this Unopposed Motion to Extend Certain Deadlines Relating to Disclosures under P.R. 4-2.  Pursuant to the Court's Docket Control Order (Doc. No. 40) the current deadline to comply with P.R. 4-2 is May 15, 2014.  Plaintiff respectfully requests that the parties' deadline for P.R. 4-2 disclosures be extended by one week up to and including May 22, 2014.  The parties have conferred and Defendants do not oppose this request.

A Proposed Amended Docket Control Order attached as Exhibit A for the Court's consideration.

Dated:  May 15, 2014                                        Respectfully submitted,

                                                    By: /s/ Andrew G. DiNovo
                                                        Andrew G.  DiNovo
                                                        Texas State Bar No. 00790594
                                                        Jay D. Ellwanger
                                                        Texas State Bar No. 24036522
                                                        Adam G. Price
                                                        Texas State Bar No. 24027750
                                                        DiNovo Price Ellwanger & Hardy LLP
                                                        7000 N.  MoPac Expressway, Suite 350
                                                        Austin, Texas  78731
                                                        Telephone:  (512) 539-2626
                                                        Facsimile:   (512) 539-2627

                                                        ATTORNEYS FOR PLAINTIFF
                                                        LOYALTY CONVERSION SYSTEMS
                                                        CORPORATION

## CERTIFICATE OF CONFERENCE

     Pursuant to Local Rule CV-7(i), the undersigned certifies that counsel have complied with the meet-and-confer requirements of Local Rule CV-7(h), and that Defendants are unopposed to the foregoing motion.

                                                               /s/ John D. Saba
                                                               John D. Saba

## CERTIFICATE OF SERVICE

     The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel, who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true ad correct cope of the foregoing by email, on this the 15th day of May 2014.

                                                               /s/ Andrew G. DiNovo
                                                              Andrew G. DiNovo