IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN AIRLINES, INC., ET AL.<br><br>    Defendants. | Case No. 2:13-CV-655-JRG<br>(LEAD CASE)<br><br>**Jury Trial Demanded** |

### ORDER EXTENDING CERTAIN DEADLINES RELATING TO DISCLOSURES UNDER P.R. 4-2

On this date, this Court considered Plaintiff Loyalty Conversion Systems Corporation's Unopposed Motion to Extend Certain Deadlines Relating to Disclosures under P.R. 4-2, and the Court, after review of the subject Motion, hereby ORDERS that the Motion is GRANTED.

The parties' deadline to comply with P.R. 4-2 is extended to May 22, 2014.

IT IS SO ORDERED.