# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION, | §<br>§<br>§ | |
| Plaintiff, | §<br>§ | |
| v. | §<br>§ | Case No. 2:13-CV-655<br>(LEAD CASE) |
| AMERICAN AIRLINES, INC., ET AL., | §<br>§<br>§ | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Extension of Time to File Sur-Reply to Defendants' Response to Plaintiff's Opposition to Motion to Stay (Dkt. No. 75).  The Motion is GRANTED.  The deadline for Loyalty Conversion to file a Sur-reply to Defendants' Reply In Support of Motion to Stay Proceedings (Dkt. No. 71) is extended until May 22, 2014.

IT IS SO ORDERED.

SIGNED this 16th day of May, 2014.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE

1