IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION, | § § § § § § § § § § § | |
| Plaintiff, | | |
| | | Case No. 2:13-CV-655 |
| v. | | (LEAD CASE) |
| AMERICAN AIRLINES, INC., ET AL., | | |
| Defendants. | | |

## ORDER

Before the Court is the Unopposed Motion to Extend Certain Deadlines Relating to Disclosures Under P.R. 4-2 (Dkt. No. 76).  The Motion is GRANTED.  The parties' deadline to comply with P.R. 4-2 is extended to May 22, 2014.

IT IS SO ORDERED.

SIGNED this 16th day of May, 2014.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE