IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **LOYALTY CONVERSION SYSTEMS CORPORATION,**<br>      Plaintiff,<br>   v.<br>**AMERICAN AIRLINES INC.** | |
| | **Case No: 2:13-cv-655-JRG (Lead Case)** |
| **JETBLUE AIRWAYS CORPORATION,**<br>      Defendants. | Case No. 2:13-cv-662-JRG |

## NOTICE OF STIPULATION

Defendant, JetBlue Airways Corporation files this notice of stipulation regarding Defendants' Motion to Stay Proceedings and Memorandum in Support [Dkt. #63].  JetBlue hereby provides notice it agrees to be bound by any estoppel resulting to the petitioners in CBM2014-0095 and CBM2014-00096 pursuant to American Inventions Act § 18(a)(1)(D) provided the Court stays all proceedings; however, JetBlue respectfully requests the Court adjudicate JetBlue's Rule 12(b)(3) Motion to Dismiss for Improper Venue [Dkt. #11] filed in Civil Action No. 2:13-cv-00662 without regard to Defendants' Motion to Stay Proceedings.

        Respectfully submitted,

        KLEMCHUK KUBASTA LLP

        */s/ Casey L. Griffith*
        Casey L. Griffith
        State Bar No. 24036687
        Austin S. Champion
        State Bar No. 24065030
        8150 N. Central Expressway, 10th Floor
        Dallas, Texas 75206
        214.367.6000 (telephone)
        214.367.6001 (facsimile)
        casey.griffith@kk-llp.com
        austin.champion@kk-llp.com

        **COUNSEL FOR DEFENDANT**
        **JETBLUE AIRWAYS CORPORATION**

## CERTIFICATE OF SERVICE

        The undersigned certifies the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to FED. R. CIV. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 22nd day of May 2014.

        */s/ Casey L. Griffith*
        Casey L. Griffith