# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>    Plaintiff,<br> v.<br><br>AMERICAN AIRLINES, INC.,<br><br>    Defendant. | C.A. No. 2:13-cv-00655-JRG<br><br>LEAD CASE |
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>    Plaintiff,<br> v.<br><br>DELTA AIRLINES, INC.,<br><br>    Defendant. | C.A. No. 2:13-cv-00659-JRG |
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>    Plaintiff,<br> v.<br><br>FRONTIER AIRLINES, INC.,<br><br>    Defendant. | C.A. No. 2:13-cv-00660-JRG |

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>    Plaintiff,<br> v.<br><br>HAWAIIAN AIRLINES, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 2:13-cv-00661-JRG |
| LOYALTY CONVERSION SYSTEMS CORPORATION, LLC,<br><br>    Plaintiff,<br> v.<br><br>JETBLUE AIRWAYS CORP.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 2:13-cv-00662-JRG |
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>    Plaintiff,<br> v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 2:13-cv-00663-JRG |
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>    Plaintiff,<br> v.<br><br>SPIRIT AIRLINES, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 2:13-cv-00664-JRG |

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>                    Plaintiff,<br>        v.<br><br>UNITED AIRLINES, INC.,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 2:13-cv-00665-JRG<br>)<br>)<br>)<br>)<br>) |
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>                    Plaintiff,<br>        v.<br><br>US AIRWAYS, INC.,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 2:13-cv-00666-JRG<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANTS' NOTICE OF COMPLIANCE WITH PATENT RULE 4-2**

Defendants American Airlines, Inc., Delta Air Lines Inc., Frontier Airlines, Inc., Hawaiian Airlines, Inc.[1], JetBlue Airways Corp., Spirit Airlines, Inc., United Airlines, Inc., and US Airways, Inc. (collectively, "Defendants"), hereby notice the Court that, pursuant to Patent Rule 4-2 and the Court's December 17, 2013, Order, Defendants served proposed constructions and provided a preliminary identification of extrinsic evidence upon counsel for plaintiff via electronic means on May 22, 2014.

---

[1] Counsel for Hawaiian Airlines, Inc. make this submission on behalf of Hawaiian without waiver of its position with regard to the pending Motion to Dismiss.

Dated: May 22, 2014

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas Bar No. 00784720
jainsworth@wilsonlawfirm.com
909 ESE Loop 323, Suite 400
P. O. Box 7339 [75711]
Tyler, Texas 75701
Telephone: (903) 509-5000
Facsimile: (903) 509-5092

Stephen E. Baskin
Virginia Bar No. 47567
sbaskin@mayerbrown.com
Ann Marie Duffy (*pro hac vice*)
aduffy@mayerbrown.com
Dara M. Kurlancheek (*pro hac vice*)
dkurlancheek@mayerbrown.com
Saqib J. Siddiqui (*pro hac vice*)
ssiddiqui@mayerbrown.com
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
**ATTORNEYS FOR DEFENDANTS AMERICAN AIRLINES, INC., DELTA AIR LINES, INC., UNITED AIRLINES, INC., FRONTIER AIRLINES, INC., AND US AIRWAYS, INC.**

*/s/ Colin O. Miwa  (with permission by Jennifer P. Ainsworth)*
Colin O. Miwa
Cades Schutte
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813
Telephone: (800) 544-3841
Facsimile: (800) 540-5011
cmiwa@cades.com

**ATTORNEYS FOR DEFENDANT HAWAIIAN AIRLINES, INC**

Respectfully submitted,

*/s/ Thomas C. Wright  (with permission by Jennifer P. Ainsworth)*
Ross Cunningham
Texas Bar No. 24007062
Thomas C. Wright
Texas Bar No. 24028146
Alex J. Whitman
Texas Bar No. 24081210
ROSE·WALKER, L.L.P.
3500 Maple Avenue, Suite 900
Dallas, Texas 75219
Phone: 214.752.8600
Facsimile 214.752.8700
rcunningham@rosewalker.com
twright@rosewalker.com
awhitman@rosewalker.com

Michael C. Smith
State Bar No. 18650410
Seibman, Burg, Phillips & Smith, LLP
113 E. Austin Street
P.O. Box 1556
Marshall, TX 75671
Phone: 903-938-8900
Fax: 903-767-4620
michaelsmith@seibman.com
**ATTORNEYS FOR DEFENDANT SPIRIT AIRLINES, INC.**

>  */s/ Casey L. Griffith  (with permission by Jennifer P. Ainsworth)*
> Casey L. Griffith
> State Bar No. 24036687
> Austin S. Champion
> State Bar No. 24065030
> KLEMCHUK KUBASTA LLP
> 8150 N. Central Expressway, 10th Floor
> Dallas, Texas 75206
> 214.367.6000 (telephone)
> 214.367.6001 (facsimile)
> casey.griffith@kk-llp.com
> austin.champion@kk-llp.com
> docketing_kkllp@me.com
> **COUNSEL FOR DEFENDANT JETBLUE AIRWAYS CORP.**

## CERTIFICATE OF SERVICE

I, hereby certify that on May 22, 2014, the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

>  */s/  Jennifer Parker Ainsworth*
> Jennifer Parker Ainsworth