IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION, <br><br> *Plaintiff*, <br><br> v. <br><br> AMERICAN AIRLINES, INC., *et al.* <br><br> *Defendant*. | § § § § § § § § § § § <br> Civil Action No.  2:13-cv-00655 <br><br> Jury Trial Demanded |

## NOTICE OF DISCOVERY DISCLOSURE

Plaintiff Loyalty Conversion Systems Corporation ("Plaintiff" or "Loyalty Conversion") hereby provides notice to the Court that, pursuant to Patent Rule 4-2 and the Court's December 17, 2013, Order, Plaintiff served proposed constructions and provided a preliminary identification of extrinsic evidence upon counsel for Defendants American Airlines, Inc., Delta Air Lines Inc., Frontier Airlines, Inc., Hawaiian Airlines, Inc., JetBlue Airways Corp., Spirit Airlines, Inc., United Airlines, Inc., and US Airways, Inc. via electronic means on May 22, 2014.

Respectfully submitted,

Dated:  May 22, 2014

By: /s/ *Andrew G. DiNovo*
Andrew G.  DiNovo
Texas State Bar No. 00790594
Jay D. Ellwanger
Texas State Bar No. 24036522
Adam G. Price
Texas State Bar No. 24027750
**DiNovo Price Ellwanger & Hardy LLP**
7000 N.  MoPac Expressway, Suite 350
Austin, Texas  78731
Telephone:  (512) 539-2626
Telecopier:  (512) 539-2627

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to FED. R. CIV. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 22nd day of May, 2014.

                                        /s/ Andrew G. DiNovo
                                          Andrew G. DiNovo