IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>    Plaintiff,<br>v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 2:13-cv-00655-WCB<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' NOTICE OF COMPLIANCE WITH PATENT RULE 4-2

Defendant Southwest Airlines Co. ("Southwest") hereby notices the Court that, pursuant to Patent Rule 4-2 and the Court's December 17, 2013, Order, Southwest served proposed constructions and provided a preliminary identification of extrinsic evidence upon counsel for plaintiff via electronic means on May 22, 2014.[1] Southwest served these documents jointly with other defendants in related litigations with Loyalty Conversion Systems Corp.

---

[1] Southwest was inadvertently left off the Notice of Compliance that was filed and served on May 22 by the other defendants.

Dated: May 23, 2014                                          Respectfully submitted,

                         /s/ *Daniel Murray*
                         Max Ciccarelli
                           State Bar No. 00787242
                           Max.Ciccarelli@tklaw.com
                         Daniel Murray
                           State Bar No. 24086422
                           Daniel.Murray@tklaw.com

                        THOMPSON & KNIGHT LLP
                        One Arts Plaza
                        1722 Routh St., Suite 1500
                        Dallas, Texas 75201
                        214.969.1700

                        **ATTORNEYS FOR DEFENDANT**
                        **SOUTHWEST AIRLINES, CO.**

<u>**CERTIFICATE OF SERVICE**</u>

     I, hereby certify that on May 23, 2014, the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

                                  /s/ *Daniel Murray*
                                  Daniel Murray