IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION, <br><br>    Plaintiff, <br><br>    v. <br><br> AMERICAN AIRLINES INC. | Case No: 2:13-cv-655-JRG (Lead Case) |
| JETBLUE AIRWAYS CORPORATION, <br><br>    Defendants. | Case No. 2:13-cv-662-JRG |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that the undersigned attorney, Kelly J. Kubasta, of the law firm of Klemchuk Kubasta LLP, is appearing as additional counsel for Defendant JetBlue Airways Corporation in the above-referenced matter.

Dated: June 6, 2014                                      Respectfully submitted,

/s/ *Kelly K. Kubasta*
Kelly J. Kubasta
State Bar No. 24002430
KLEMCHUK KUBASTA LLP
8150 N. Central Expressway, 10th Floor
Dallas, Texas 75206
214.367.6000 (telephone)
214.367.6001 (facsimile)
kelly.kubasta@kk-llp.com

**COUNSEL FOR DEFENDANT
JETBLUE AIRWAYS CORPORATION**

## CERTIFICATE OF SERVICE

    I hereby certify that on June 6, 2014, the foregoing was electronically filed, in compliance with Local Rule CV-5(a) with the Clerk of the court using the CM/ECF system.  As such, this document has been electronically served on all counsel of record via the CM/ECF system.

                                                   /s/ *Kelly J. Kubasta*
                                                    Kelly J. Kubasta