IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION, | § § § | |
| Plaintiff, | § § | Civil Action No. 2:13-CV-655 –WCB<br>Lead Case |
| vs. | § § § | Civil Action No. 2:13-cv-661 – WCB |
| AMERICAN AIRLINES, INC., et al., | § § § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL FOR
## <u>DEFENDANT HAWAIIAN AIRLINES, INC.</u>

Defendant, Hawaiian Airlines, Inc., notifies the Court and parties of the appearance of Melvin R. Wilcox, III as counsel on its behalf.  Defendant respectfully requests that Mr. Wilcox, whose contact information is set forth below, be included on the Court's and parties' service lists.

DATED:  June 6, 2014

Respectfully submitted,

*/s/ Melvin R. Wilcox*
Melvin R. Wilcox
Bar No.  21454800
YARBROUGH WILCOX GUNTER, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
(903) 595-1133
Fax: (903) 595-0191
mrw@yw-lawfirm.com

Attorney for Defendant, Hawaiian Airlines, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 6th day of June, 2014.  All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.

*/s/ Melvin R. Wilcox*
Melvin R. Wilcox