# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION | § § § | Case No. 2:13-CV-655-JRG (LEAD CASE) |
| Plaintiff, | § § | |
| v. | § § | **Jury Trial Demanded** |
| AMERICAN AIRLINES, INC., ET AL. | § § § | |
| Defendants. | § | |

## JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Pursuant to P.R. 4-3 and the Court's Amended Docket Control Order (Dkt. No. 40), Loyalty Conversion Systems Corporation ("Loyalty Conversion" or "Plaintiff") and Defendants American Airlines, Inc., Delta Air Lines Inc., Frontier Airlines, Inc., Hawaiian Airlines, Inc., JetBlue Airways Corp., Southwest Airlines Co., Spirit Airlines, Inc., United Airlines, Inc., and US Airways, Inc. (collectively, "Defendants") file this Joint Claim Construction and Prehearing Statement.

At issue in this case are United States Patent No. 8,313,023 (the "'023 Patent"), and United States Patent No. 8,551,550 (the "'550 Patent) (together, the "Patents").

### A.  P.R. 4-3(a): Undisputed Claim Terms, Phrases, or Clauses

With respect to claim 1 of the '550 Patent, the parties agree that "a computer" and "the computer" refer to the same element.  The Parties do not thereby propose a construction of "computer."

With respect to claims 31 and 39 of the '023 Patent and claim 1 of the '550 Patent, the parties agree that "non-negotiable credits" means "credits accepted by the issuing entity but not by the commerce partner."

- 2 -

### B. P.R. 4-3(b): Proposed Constructions of Disputed Claim Terms, Phrases, or Clauses

Exhibit A includes Plaintiff's and Defendants' proposed constructions for the disputed claim terms, phrases, or clauses pursuant to Local Patent Rule 4-3(b).  The Parties request construction of these claim terms, phrases, or clauses by the Court.  Exhibit A also includes the intrinsic and extrinsic evidence that the Parties may rely on in support of their respective proposed constructions.

### C. P.R. 4-3(c): Anticipated Length Of Claim Construction Hearing

The Parties anticipate a claim construction hearing of 2-3 hours, including Defendants' allegations of indefiniteness.

### D. P.R. 4-3(d): Witnesses To Be Called At The Claim Construction Hearing

The Parties agree that neither side will call any witnesses at the claim construction hearing.

### E. P.R. 4-3(e): Issues For A Prehearing Conference

The Parties agree that there are no other issues that need to be taken up at a prehearing conference prior to the claim construction hearing.

Dated: June 10, 2014 Respectfully submitted,

By: /s/ *Max Ciccarelli*
    Max Ciccarell
    State Bar No. 00787242
    Max.ciccarelli@tklaw.com
    Daniel Murray
    State Bar No. 24086422
    Daniel.Murray@tklaw.com
    Thompson & Knight LLP
    One Arts Plaza
    1722 Routh St., Suite 1500
    Dallas, Texas 75201
    Tel: 214.969.1700

**ATTORNEYS FOR DEFENDANT SOUTHWEST AIRLINES CO.**

By: */s/ Stephen E. Baskin*
    Stephen E. Baskin
    Virginia Bar No. 47567
    sbaskin@mayerbrown.com
    Ann Marie Duffy (*pro hac vice*)
    aduffy@mayerbrown.com
    Dara M. Kurlancheek (*pro hac vice*)
    dkurlancheek@mayerbrown.com
    Saqib J. Siddiqui (*pro hac vice*)
    ssiddiqui@mayerbrown.com
    MAYER BROWN LLP
    1999 K Street, N.W.
    Washington, DC 20006
    Telephone: (202) 263-3000
    Facsimile: (202) 263-3300

By: /s/ *Andrew G. DiNovo*
    Andrew G. DiNovo
    Texas State Bar No. 00790594
    Adam G. Price
    Texas State Bar No. 24027750
    Stefanie T. Scott
    Texas State Bar No. 24061617
    **DiNovo Price Ellwanger & Hardy LLP**
    7000 N. MoPac Expressway, Suite 350
    Austin, Texas 78731
    Telephone: (512) 539-2626
    Telecopier: (512) 539-2627

**ATTORNEYS FOR PLAINTIFF LOYALTY CONVERSION SYSTEMS CORPORATION**

By: */s/ Colin O. Miwa*
    Colin O. Miwa
    Cades Schutte.
    1000 Bishop Street, Suite 1200
    Honolulu, Hawaii 96813
    Telephone: (800) 544-3841
    Facsimile: (800) 540-5011
    cmiwa@cades.com

**ATTORNEYS FOR DEFENDANT HAWAIIAN AIRLINES, INC**

| | |
|---|---|
| Jennifer Parker Ainsworth<br>Texas Bar No. 00784720<br>jainsworth@wilsonlawfirm.com<br>909 ESE Loop 323, Suite 400<br>P. O. Box 7339 [75711]<br>Tyler, Texas 75701<br>Telephone:  (903) 509-5000<br>Facsimile:  (903) 509-5092<br><br>**ATTORNEYS FOR DEFENDANTS AMERICAN AIRLINES, INC., DELTA AIR LINES, INC., UNITED AIRLINES, INC., FRONTIER AIRLINES, INC., AND US AIRWAYS, INC.** | By: */s/ Thomas C. Wright*<br>  Ross Cunningham<br>  Texas Bar No. 24007062<br>  Thomas C. Wright<br>  Texas Bar No. 24028146<br>  Alex J. Whitman<br>  Texas Bar No. 24081210<br>  ROSE·WALKER, L.L.P.<br>  3500 Maple Avenue, Suite 900<br>  Dallas, Texas 75219<br>  Phone:  214.752.8600<br>  Facsimile 214.752.8700<br>  rcunningham@rosewalker.com<br>  twright@rosewalker.com<br>  awhitman@rosewalker.com<br><br>  Michael C. Smith<br>  State Bar No. 18650410<br>  Seibman, Burg, Phillips & Smith, LLP<br>  113 E. Austin Street<br>  P.O. Box 1556<br>  Marshall, TX 75671<br>  Phone: 903-938-8900<br>  Fax: 903-767-4620<br>  michaelsmith@seibman.com<br><br>  **ATTORNEYS FOR DEFENDANT SPIRIT AIRLINES, INC.** |

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel, who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true ad correct cope of the foregoing by email, on this the 10th day of June 2014.

/s/ *Andrew G. DiNovo*
Andrew G. DiNovo