*Loyalty Conversion Systems Corporation v. American Airlines, Inc.*, **et al.**

**Joint Claim Construction and Prehearing Statement Pursuant to P.R. 4-3**

**EXHIBIT A**

**U.S. Patent Nos. U.S. Patent No. 8,313,023 ("the '023 Patent") and 8,511,550 ("the '550 patent")**

| Claim Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| "transfer(s) or conversion(s)" / "conversion or transfer"<br><br>'023 Patent, claims 31, 39 | Plain and ordinary meaning.<br><br>**Intrinsic Evidence**: '023 Patent, Abstract; Figs. 1-3 and corresponding discussion; 2:16-28; 2:40-49; 2:51-59; 2:64-3:12; 3:13-28; 3:46-51; 4:1-7; 4:15-20; 4:21-34; 4:36-43; 4:52-56; 5:3-12; 5:27-31; 5:32-58; claims of '023 Patent and '550 Patent; '023 Patent prosecution history, including Notice of Allowability dated September 19, 2012; Response to Office Action dated September 7, 2012; '550 Patent prosecution history, including Notice of Allowability dated July 1, 2013<br><br>**Extrinsic Evidence**: Plaintiff may offer expert testimony regarding the meaning of this phrase to a person of ordinary skill in the art.<br><br>Plaintiff further identifies all portions of the intrinsic and extrinsic record identified by any Defendant, including associated context. | "the approximately immediate transfer(s) or conversion(s)/ approximately immediate conversion or transfer"<br><br>**Intrinsic Evidence**: '023 Patent, Figs. 2, 3; 1:20-57; 2:32-48; 3:12-4:51; 5:53-6:12; claims of '023 Patent and '550 Patent.<br><br><br><br>**Extrinsic Evidence**: Defendants may offer expert testimony regarding the meaning of this phrase to a person of ordinary skill in the art. |

1

| Claim Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| "the at least one of the one or more computers" / "the one or more nontransitory computer-readable mediums"<br><br>'023 Patent, claims 31, 39 | Plain and ordinary meaning.<br><br>**Intrinsic Evidence**: '023 Patent, Abstract; Figs. 1-3 and corresponding discussion; 3:29-45; 3:46-4:20; 4:35-51; 5:59-6:15; claims of '023 Patent; '023 Patent prosecution history, including Notice of Allowability dated September 19, 2012; Response to Office Action dated September 7, 2012; '550 Patent prosecution history, including Notice of Allowability dated July 1, 2013<br><br>**Extrinsic Evidence**: Plaintiff may offer expert testimony regarding the meaning of this phrase to a person of ordinary skill in the art.<br><br>Plaintiff further identifies all portions of the intrinsic and extrinsic record identified by any Defendant, including associated context. | Indefinite<br><br>**Intrinsic Evidence**: '023 Patent, claims 31 and 39<br><br>**Extrinsic Evidence**: Defendants may offer expert testimony regarding the meaning of this phrase to a person of ordinary skill in the art. |
| "to convert"<br><br>'550 Patent, claim 1 | Plain and ordinary meaning.<br><br>**Intrinsic Evidence**: '550 Patent, Abstract; Figs. 1-3 and corresponding discussion; 2:37-49; 2:56-60; 2:61-3:2; 3:5-15; 3:21-34; 4:1-6; 4:37-40; 4:45-52; 4:60-65; 5:7-11; 5:25-33; 5:53-56; 5:61-67; 6:5-10; claims of '023 Patent and '550 Patent; '023 Patent prosecution history, including Notice of Allowability dated September 19, 2012; Response to Office Action dated September 7, 2012; '550 Patent prosecution history, including Notice of | "to convert in an approximately immediate fashion"<br><br>**Intrinsic Evidence**: '550 Patent, Figs. 2, 3; 1:40-2:12; 2:53-3:2; 3:35-5:6; 5:32-58; claims of '023 Patent and '550 Patent. |

| Claim Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| | Allowability dated July 1, 2013<br><br>**Extrinsic Evidence**: Plaintiff may offer expert testimony regarding the meaning of this phrase to a person of ordinary skill in the art.<br><br>Plaintiff further identifies all portions of the intrinsic and extrinsic record identified by any Defendant, including associated context. | **Extrinsic Evidence**: Defendants may offer expert testimony regarding the meaning of this phrase to a person of ordinary skill in the art. |