IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION | § § § | |
| v. | § § | Case No. 2:13-CV-655-WCB |
| | § § | |
| AMERICAN AIRLINES, INC. | § | |

Motions Heairng
JUDGE WILLIAM C. BYRSON PRESIDING
June 10, 2014

**OPEN: 1:00 pm**                                                                   **ADJOURN:   3:35 pm**

ATTORNEYS FOR PLAINTIFF:           See attached

ATTORNEY FOR DEFENDANTS:        See attached

COURT REPORTER:                            Chris Bickham

COURTROOM DEPUTY:                     Becky Andrews

Court opened.   Case called.    The parties introduced themselves to the Court.

The Court asked the parties to identify who will be arguing each motion and for clarification on certain matters.

The Court first heard argument on Defendants' Motion to Stay Proceedings (Dkt. #63).   Steve Baskin argued on behalf of Defendants and Drew DiNovo responded on behalf of Plaintiff.   The Court took this matter under submission.

The Court then heard argument from Steve Baskin on Defendants' Motion for Judgment on the Pleadings (Dkt. #61).   The Court took this matter under submission.

After a short break, the Court heard argument from Colin Miwa on Defendant Hawaiian Airlines, Inc.'s Motion to Dismiss for Lack of Jurisdiction (Dkt. #12 in 2:13cv661).   Adam Price responded for Plaintiff.   The Court took this matter under submission.

The Court heard argument from Kelly Kubasta on Defendant JetBlue Airways Corporation's Motion to Dismiss for Lack of Jurisdiction (Dkt. #11 in 2:13cv662).   Adam Price responded for Plaintiff.   The Court took this matter under submission.