# ATTORNEY SIGN-IN SHEET

2:13-CV-655-WCB
Loyalty Conversion Systems Corp. v. American Airline, Inc.
June 10, 2014    1:00 p.m.

## PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Drew DiNovo | Loyalty Conversion |
| Adam Price | Loyalty Conversion |
| COLIN MIWA | Hawaiian Airlines, Inc. |
| TREY YARBROUGH | Hawaiian Airlines, Inc. |
| Stephen Baskin | American Airlines, Delta, United, |
| Ann Marie Duffy | US Airways, Frontier |
| Jennifer Ainsworth | " " |
| Tom Wright | Spirit Airlines |
| Max Ciccarelli | Southwest |
| ~~Nadia H~~ | |
| Nadia Hghighatian | Southwest |
| Michael Smith | Spirit |
| Kelly Kubasta | Jet Blue |