IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION, | § § § § § § § § § § | |
| Plaintiff, | | |
| | | Case No. 2:13-CV-655 |
| v. | | (LEAD CASE) |
| | | |
| AMERICAN AIRLINES, INC., et al., Defendants. | | |

**UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL
FOR DEFENDANT HAWAIIAN AIRLINES, INC.**

Defendant, Hawaiian Airlines, Inc., respectfully moves that Debby E. Gunter, formerly with the law firm of Yarbrough Wilcox Gunter, PLLC, be authorized to withdraw as counsel for the defendant in the above-captioned civil action.  Movant is represented by other counsel in this matter and the granting of this motion will not result in prejudice to any party nor cause any delay in these proceedings.  Defendant further requests an order authorizing the clerk to terminate any further ECF notifications to the foregoing attorney.

DATED:  June 12, 2014                    Respectfully submitted,


                                          */s/ Trey Yarbrough*
                                          Trey Yarbrough
                                          Bar No. 22133500
                                          YARBROUGH WILCOX, PLLC
                                          100 E. Ferguson St., Ste. 1015
                                          Tyler, TX 75702
                                          (903) 595-3111
                                          Fax: (903) 595-0191
                                          trey@yw-lawfirm.com

                                          Attorney for Hawaiian Airlines, Inc.

**Certificate of Service**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 12th day of June, 2014. All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.

/s/ Trey Yarbrough
Trey Yarbrough