IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION, | § § § § § § § § § | |
| Plaintiff, | | |
| | | Case No. 2:13-CV-655 |
| v. | | (LEAD CASE) |
| | | |
| AMERICAN AIRLINES, INC., et al., Defendants. | | |

**ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL
FOR DEFENDANT HAWAIIAN AIRLINES, INC.**

The Court, having considered the Unopposed Motion for Withdrawal of Counsel filed by Defendant, Hawaiian Airlines, Inc., hereby grants the motion.

It is, therefore, Ordered that Debby E. Gunter is hereby terminated as counsel for Defendant, Hawaiian Airlines, Inc., in the above-captioned civil action.

It is further Ordered that the Clerk of the Court terminate any further ECF notices to Debby E. Gunter in this action.