IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION | § § § | |
| Plaintiff, | § § | Case No. 2:13-CV-655-JRG (LEAD CASE) |
| v. | § § | |
| AMERICAN AIRLINES, INC., *et al.*, | § § | **Jury Trial Demanded** |
| Defendants. | § § § | |

## ORDER

Before the Court is Plaintiff Loyalty Conversion Systems Corporation's ("Loyalty Conversion" or "Plaintiff") Motion to preliminarily enjoin Defendants Southwest Airlines, Co. ("Southwest"), JetBlue Airways Corporation ("JetBlue"), Delta Air Lines, Inc. ("Delta"), Frontier Airlines, Inc. ("Frontier"), United Airlines, Inc. ("United"), US Airways, Inc. ("US Airways"), American Airlines, Inc. ("American"), Hawaiian Airlines, Inc. ("Hawaiian") and Spirit Airlines, Inc. ("Spirit") (collectively "Defendants").  The Court hereby GRANTS Loyalty Conversion's Motion for Preliminary Injunction.

IT IS THEREFORE ORDERED that compulsory counterclaims under Fed. R. Civ. P. 13 and claims of unfair competition relating to Loyalty Conversion's allegations of patent infringement be filed in this Court in accordance with the Docket Control Order (Doc. No. 40) entered in this case, and in no other forum, unless and until this case is transferred.