IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

LOYALTY CONVERSION SYSTEMS
CORPORATION

v.

AMERICAN AIRLINES, INC., ET AL.

Case No. 2:13-CV-655-WCB
(LEAD CASE)

## Order

The Court has considered Loyalty Conversion Systems Corporation's Motion for Preliminary Injunction (ECF No. 91) and is of the opinion that the motion should be denied.

It Is Therefore Ordered that the motion is DENIED in its entirety.