**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>      Plaintiff,<br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>      Defendant. | Civil Action No. 2:13-cv-655-WCB<br>(LEAD CASE) |
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>      Plaintiff,<br>v.<br><br>DELTA AIR LINES, INC.,<br><br>      Defendant. | Civil Action No. 2:13-cv-659-WCB |
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>      Plaintiff,<br>v.<br><br>FRONTIER AIRLINES, INC.<br><br>      Defendant. | Civil Action No. 2:13-cv-660-WCB |

|  |  |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>     Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC.,<br><br>     Defendant. | Civil Action No. 2:13-cv-665- WCB |
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>     Plaintiff,<br><br>v.<br><br>US AIRWAYS, INC.<br><br>     Defendant. | Civil Action No. 2:13-cv-666-WCB |

**DEFENDANTS' AMERICAN AIRLINES, INC., DELTA AIR LINES, INC., FRONTIER AIRLINES, INC., UNITED AIRLINES, INC., AND US AIRWAYS, INC. RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION**

Defendants American Airlines, Inc., Delta Air Lines Inc., Frontier Airlines, Inc., United Airlines, Inc., and US Airways, Inc. (collectively, "Defendants"), submit this reply in response to Plaintiff's Motion for Preliminary Injunction (Dkt. 91) filed on June 13, 2014 ("Motion"). Defendants agree that Plaintiff's Motion is improper and should be denied for at least the reasons set forth in the Reply Motion concurrently filed herewith by co-Defendants Hawaiian Airlines, Inc., and Southwest Airlines Co. (Dkt. 92).

Plaintiff seeks an order barring Defendants from bringing unfair-competition claims or compulsory counterclaims in another court. The sole basis for Plaintiff's Motion appears to be a letter sent from co-Defendant, Southwest Airlines. This letter, however, has no association with any of Defendants, nor standing alone does it provide any justification for the relief Plaintiff seeks. Plaintiff has not shown, or even described, any threatened or actual threat from Defendants that would justify such a remedy. Thus, for at least this additional reason, Plaintiff's Motion should be denied.

Dated: June 30, 2014          Respectfully submitted,

                                        */s/ Jennifer Parker Ainsworth*
                                        Jennifer Parker Ainsworth
                                        Texas Bar No. 00784720
                                        jainsworth@wilsonlawfirm.com
                                        WILSON, ROBERTSON & CORNELIUS, P.C.
                                        909 ESE Loop 323, Suite 400
                                        P.O. Box 7339 [75711]
                                        Tyler, Texas 75701
                                        Telephone: (903) 509-5000
                                        Facsimile: (903) 509-5092

Stephen E. Baskin
Virginia Bar No. 47567
sbaskin@mayerbrown.com
Ann Marie Duffy *(pro hac vice)*
aduffy@mayerbrown.com
Saqib J. Siddiqui *(pro hac vice)*
ssiddiqui@mayerbrown.com
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

**ATTORNEYS FOR DEFENDANTS
AMERICAN AIRLINES, INC., DELTA AIR
LINES, INC., FRONTIER AIRLINES, INC.,
UNITED AIRLINES, INC. AND US
AIRWAYS, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a), on this the 30th day of June, 2014.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth