# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>    Plaintiff,<br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>    Defendant. | Civil Action No. 2:13-cv-655-WCB<br>(LEAD CASE) |
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>    Plaintiff,<br>v.<br><br>DELTA AIR LINES, INC.,<br><br>    Defendant. | Civil Action No. 2:13-cv-659-WCB |
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>    Plaintiff,<br>v.<br><br>FRONTIER AIRLINES, INC.<br><br>    Defendant. | Civil Action No. 2:13-cv-660-WCB |

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC.,<br><br>    Defendant. | Civil Action No. 2:13-cv-665-WCB |
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>US AIRWAYS, INC.<br><br>    Defendant. | Civil Action No. 2:13-cv-666-WCB |

## **ORDER**

Before the Court is Plaintiff Loyalty Conversion Systems Corporation's ("Loyalty Conversion" or "Plaintiff") Motion for Preliminary Injunction (Dkt. No. 91). After consideration of the same, all responsive briefing, and all evidence presented, the Court is of the opinion that Plaintiff's Motion should be, and hereby is, DENIED.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Preliminary Injunction is DENIED.