IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION | § § § | |
| Plaintiff, | § § § | Case No. 2:13-CV-655-JRG (LEAD CASE) |
| v. | § § § | **Jury Trial Demanded** |
| AMERICAN AIRLINES, INC., ET AL. | § § § | |
| Defendants. | § | |

## ORDER

On this date, this Court considered Plaintiff Loyalty Conversion Systems Corporation's Unopposed Motion for Extension of Time to Reply to Defendants' American Airlines, Inc., Delta Air Lines Inc., Frontier Airlines, Inc., United Airlines, Inc., and US Airways, Inc. Response to Motion for Preliminary Injunction. The Court hereby GRANTS Loyalty Conversion's Motion for Extension of Time.

IT IS THEREFORE ORDERED that the deadline for Loyalty Conversion to file a Reply to Defendants' Response to Motion for Preliminary Injunction [Doc. No .93] is extended up to and including **July 17, 2014**.