# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION, | § § § § | |
| Plaintiff, | § § | Case No. 2:13-CV-655 |
| v. | § § | (LEAD CASE) |
| AMERICAN AIRLINES, INC., et al., | § § § | |
| Defendants. | § | |

## ORDER

Before the Court are four unopposed motions by Loyalty Conversion Systems Corporation ("Loyalty") (Dkt. Nos. 96, 97, 98, and 99) for an extension of time to reply to each of defendants' responses (Dkt. Nos. 92, 93, 94, and 95) to Loyalty's Motion for a Preliminary Injunction (Dkt. No. 91). Each of those Motions (Dkt. Nos. 96, 97, 98, and 99) is GRANTED. The Court therefore ORDERS that the deadline for Loyalty to file the response briefs related to its Motion for a Preliminary Injunction is July 17, 2014.

IT IS SO ORDERED.

SIGNED this 9th day of July, 2014.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE