IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION, | § § § | |
| Plaintiff, | § § | |
| | § | Case No. 2:13-CV-655 |
| v. | § | (LEAD CASE) |
| | § | |
| AMERICAN AIRLINES, INC., et al., | § § | |
| Defendants. | § § | |

## ORDER

Before the Court is the Unopposed Motion for Withdrawal of Counsel for Defendant Hawaiian Airlines, Inc. (Dkt. No. 90). The Motion is GRANTED. The Court ORDERS that Debra E. Gunter is hereby terminated as counsel for Defendant, Hawaiian Airlines, Inc., in the above-captioned civil action. It is further ORDERED that the Clerk of the Court terminate any further ECF notices to Debra E. Gunter in this action.

IT IS SO ORDERED.

SIGNED this 9th day of July, 2014.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE

1