**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN AIRLINES, INC., <br><br> Defendant. | Civil Action No. 2:13-cv-655-WCB <br> (LEAD CASE) |
| LOYALTY CONVERSION SYSTEMS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> DELTA AIR LINES, INC., <br><br> Defendant. | Civil Action No. 2:13-cv-659-WCB |
| LOYALTY CONVERSION SYSTEMS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> FRONTIER AIRLINES, INC. <br><br> Defendant. | Civil Action No. 2:13-cv-660-WCB |

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO.<br><br>    Defendant. | Civil Action No. 2:13-cv-663-WCB |
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>SPIRIT AIRLINES, INC.<br><br>    Defendant. | Civil Action No. 2:13-cv-664-WCB |
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC.,<br><br>    Defendant. | Civil Action No. 2:13-cv-665-WCB |

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>US AIRWAYS, INC.<br><br>      Defendant. | Civil Action No. 2:13-cv-666-WCB |

**JOINT NOTICE OF SUPPLEMENTAL AUTHORITY RELATED TO MOTION TO STAY CASE PENDING COVERED BUSINESS METHOD PATENT REVIEW**

Plaintiff Loyalty Conversion Systems Corporation ("Plaintiff") and Defendants Delta Air Lines, Inc., Frontier Airlines, Inc., United Airlines, Inc., US Airways, Inc., American Airlines, Inc., Southwest Airlines Co., and Spirit Airlines, Inc. (collectively, "Defendants") respectfully submit this Joint Notice of Supplemental Authority attaching *VirtualAgility, Inc. v. Salesforce.com, Inc.*, 2014-1232, at 26 (Fed. Cir. Jul. 10, 2014). Plaintiff and Defendants cited to *VirtualAgility, Inc. v. Salesforce.com, Inc.*, 2:13-cv-00011-JRG, 2014 WL 94371 (E.D. Tex. Jan. 9, 2014) in their motion and responsive briefs. (s*ee* Dkt. 69 at 3, 4 and Dkt. 72 at 5). The attached Federal Circuit decision issued on July 10, 2014, and reverses the District Court's decision for the reasons provided therein.

Dated: July 11, 2014

Respectfully submitted,

| | |
|---|---|
| */s/ Andrew G. DiNovo* | */s/ Jennifer Parker Ainsworth* |
| *(with permission by Jennifer P. Ainsworth)* | Jennifer Parker Ainsworth |
| Andrew G. DiNovo | Texas Bar No. 00784720 |
| Texas State Bar No. 00790594 | jainsworth@wilsonlawfirm.com |
| Adam G. Price | WILSON, ROBERTSON & CORNELIUS, P.C. |
| Texas State Bar No. 24027750 | 909 ESE Loop 323, Suite 400 |
| Stefanie T. Scott | P.O. Box 7339 [75711] |
| Texas State Bar No. 24061617 | Tyler, Texas 75701 |
| DiNovo Price Ellwanger & Hardy LLP | Telephone: (903) 509-5000 |
| 7000 N. MoPac Expressway, Suite 350 | Facsimile: (903) 509-5092 |
| Austin, Texas 78731 | |
| Telephone: (512) 539-2626 | Stephen E. Baskin |
| Telecopier: (512) 539-2627 | Virginia Bar No. 47567 |
| | sbaskin@mayerbrown.com |
| **ATTORNEYS FOR PLAINTIFF LOYALTY CONVERSION SYSTEMS CORPORATION** | Ann Marie Duffy *(pro hac vice)* |
| | aduffy@mayerbrown.com |
| | Saqib J. Siddiqui *(pro hac vice)* |
| | ssiddiqui@mayerbrown.com |
| */s/ Max Ciccarelli* | MAYER BROWN LLP |
| *(with permission by Jennifer P. Ainsworth)* | 1999 K Street, N.W. |
| Max Ciccarelli | Washington, DC 20006 |
| State Bar No. 00787242 | Telephone: (202) 263-3000 |
| Max.ciccarelli@tklaw.com | Facsimile: (202) 263-3300 |
| Daniel Murray | |
| State Bar No. 24086422 | **ATTORNEYS FOR DEFENDANTS AMERICAN AIRLINES, INC., DELTA AIR LINES, INC., FRONTIER AIRLINES, INC., UNITED AIRLINES, INC. AND US AIRWAYS, INC.** |
| Daniel.murray@tklaw.com | |
| THOMPSON & KNIGHT LLP | |
| One Arts Plaza | |
| 1722 Routh Street, Suite 1500 | |
| Dallas, Texas 75201 | |
| Telephone: 214.969.1700 | |
| Facsimile: 214.969.1751 | |

**ATTORNEYS FOR DEFENDANT SOUTHWEST AIRLINES CO**.

*/s/ Thomas C. Wright*
*(with permission by Jennifer P. Ainsworth)*
Ross Cunningham
Texas Bar No. 24007062
Thomas C. Wright
Texas Bar No. 24028146
Alex J. Whitman
Texas Bar No. 24081210
ROSE WALKER, L.L.P.
3500 Maple Avenue, Suite 900
Dallas, Texas 75216
Telephone: 214.752.8600
Facsimile: 214.752.8700
rcunningham@rosewalker.com
twright@rosewalker.com
awhitman@rosewalker.com


Michael C. Smith
State Bar No. 18650410
Seibman, Burg, Phillips, LLP
113 E. Austin Street
P.O. Box 1556
Marshall, TX 75671
Telephone:  903-938-8900
Facsimile:  903.767.4620
michaelsmith@seibman.com

**ATTORNEYS FOR DEFENDANT
SPIRIT AIRLINES, INC.**

3

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a), on this the 11th day of July, 2014.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth