# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

LOYALTY CONVERSION SYSTEMS
CORPORATION
    Plaintiff,

    v.

AMERICAN AIRLINES, INC., *et al.*,
    Defendants.

Case No. 2:13-CV-655
(LEAD CASE)

**PLAINTIFF LOYALTY CONVERSION SYSTEMS CORPORATION'S
REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Loyalty Conversion Systems Corporation ("Loyalty Conversion" or "Plaintiff") files this Reply in support of its Motion to preliminarily enjoin Defendants[1] from filing related actions in other courts [Dkt. 91] ("Motion"), and in support thereof states as follows:

Despite Plaintiff filing a single Motion, Defendants collectively filed four responses to Plaintiff's Motion. *See* Dkt. Nos. 92, 93, 94, 95. Southwest and Hawaiian filed a joint Response to Plaintiff's Motion [Dkt. 92] (the "Hawaiian/Southwest Response"). In the separate Response filed by Defendants American Airlines, Delta, Frontier, United, and US Airways, those Defendants seemingly incorporate by reference the Hawaiian/Southwest Response rather than including any detailed legal arguments specific to American Airlines, Delta, Frontier, United, and US Airways. *See* Dkt. 93. Accordingly, Plaintiff incorporates herein all legal arguments contained in its Reply to the Hawaiian/Southwest Response, concurrently filed herewith.

Dated: July 17, 2014					Respectfully submitted,

/s/ Andrew G. DiNovo
Andrew G. DiNovo
Texas State Bar No. 00790594
Jay D. Ellwanger
Texas State Bar No. 24036522
Adam G. Price
Texas State Bar No. 24027750
Stefanie T. Scott
Texas State Bar No. 24061617
**DiNovo Price Ellwanger & Hardy LLP**
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Telecopier: (512) 539-2627

---

[1] Defendants Southwest Airlines, Co. ("Southwest"), JetBlue Airways Corporation ("JetBlue"), Delta Air Lines, Inc. ("Delta"), Frontier Airlines, Inc. ("Frontier"), United Airlines, Inc. ("United"), US Airways, Inc. ("US Airways"), American Airlines, Inc. ("American"), Hawaiian Airlines, Inc. ("Hawaiian") and Spirit Airlines, Inc. ("Spirit") (collectively "Defendants").

1

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 17th day of July, 2014, with a copy of the foregoing document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

                                           */s/ Andrew G. DiNovo*
                                           Andrew G. DiNovo