**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

LOYALTY CONVERSION SYSTEMS
CORPORATION
     Plaintiff,

       v.

AMERICAN AIRLINES, INC., *et al.*,
      Defendants.

Case No. 2:13-CV-655
(LEAD CASE)

**PLAINTIFF LOYALTY CONVERSION SYSTEMS CORPORATION'S
<u>REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION</u>**

Plaintiff Loyalty Conversion Systems Corporation ("Loyalty Conversion" or "Plaintiff") files this Reply in support of its Motion to preliminarily enjoin Defendants[1] from filing related actions in other courts [Dkt. 91] ("Motion"), and in support thereof states as follows:

Despite Plaintiff filing a single Motion, Defendants collectively filed four responses to Plaintiff's Motion.  *See* Dkt. Nos. 92, 93, 94, 95.  Southwest and Hawaiian filed a joint Response to Plaintiff's Motion [Dkt. 92] (the "Hawaiian/Southwest Response").  In the separate Response filed by Defendant JetBlue, JetBlue seemingly incorporates by reference the Hawaiian/Southwest Response rather than including any detailed legal arguments specific to JetBlue.  *See* Dkt. 95.  Accordingly, Plaintiff incorporates herein all legal arguments contained in its Reply to the Hawaiian/Southwest Response, concurrently filed herewith.

Dated: July 17, 2014                                              Respectfully submitted,


                                                                 /s/  Andrew G.  DiNovo_____
                                                                 Andrew G.  DiNovo
                                                                 Texas State Bar No. 00790594
                                                                 Jay D. Ellwanger
                                                                 Texas State Bar No. 24036522
                                                                 Adam G. Price
                                                                 Texas State Bar No. 24027750
                                                                 Stefanie T. Scott
                                                                 Texas State Bar No. 24061617
                                                                 **DiNovo Price Ellwanger & Hardy LLP**
                                                                 7000 N.  MoPac Expressway, Suite 350
                                                                 Austin, Texas  78731
                                                                 Telephone:  (512) 539-2626
                                                                 Telecopier:  (512) 539-2627


## CERTIFICATE OF SERVICE

---

[1] Defendants Southwest Airlines, Co. ("Southwest"), JetBlue Airways Corporation ("JetBlue"), Delta Air Lines, Inc. ("Delta"), Frontier Airlines, Inc. ("Frontier"), United Airlines, Inc. ("United"), US Airways, Inc. ("US Airways"), American Airlines, Inc. ("American"), Hawaiian Airlines, Inc. ("Hawaiian") and Spirit Airlines, Inc. ("Spirit") (collectively "Defendants").

2

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 17th day of July, 2014, with a copy of the foregoing document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

*/s/ Andrew G. DiNovo*
Andrew G. DiNovo