IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 2:13-cv-00655<br>(LEAD CASE) |
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION,<br><br>    Defendant. | CIVIL ACTION NO. 2:13-cv-00662 |

**DEFENDANT JETBLUE AIRWAYS CORPORATION'S
UNOPPOSED MOTION TO AMEND THE DOCKET CONTROL ORDER**

Defendant JetBlue Airways Corporation ("JetBlue") moves to amend the Docket Control Order (D.I. 40) to extend the deadline for JetBlue to Substantially Complete Document Production and Exchange Privilege Logs from July 17, 2014 to July 28, 2014. Plaintiff Loyalty Conversion Systems Corporation ("LCS") does not oppose this amendment. This amendment does not require the amendment of any other dates including the trial date.

DATED: July 17, 2014                    Respectfully submitted,

**KLEMCHUK KUBASTA LLP**

*/s/ Casey L. Griffith*
Casey L. Griffith
Texas Bar No. 24036687
Casey.Griffith@kk-llp.com

Austin S. Champion
Texas Bar No. 24065030
Austin.Champion@kk-llp.com

8150 North Central Expressway, 10th Floor
Dallas, Texas 75206
Telephone: (214) 367-6000
Facsimile: (214) 367-6001

**COUNSEL FOR DEFENDANT
JETBLUE AIRWAYS CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with LR 5.1(d). As such, this document was served on all counsel who are deemed to have consented to electronic service.

*/s/ Casey L. Griffith*
Casey L. Griffith

## CERTIFICATE OF CONFERENCE

In compliance with LR 7(h), I hereby certify that counsel for Defendant conferred with counsel for Plaintiff and this motion is unopposed.

*/s/ Casey L. Griffith*
Casey L. Griffith