# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 2:13-cv-00655<br>(LEAD CASE) |
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION,<br><br>    Defendant. | CIVIL ACTION NO. 2:13-cv-00662 |

**ORDER GRANTING DEFENDANT JETBLUE AIRWAYS CORPORATION'S
UNOPPOSED MOTION TO AMEND THE DOCKET CONTROL ORDER**

The Court, having considered Defendant JetBlue Airways Corporation's Unopposed Motion to Amend Docket Control Order ("Motion"), GRANTS the Motion and orders that the deadline for Defendant JetBlue to substantially complete document production and exchange privilege logs is extended until July 28, 2014.