IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION | § § § § | |
| Plaintiff, | § § | Case No. 2:13-CV-655-JRG (LEAD CASE) |
| v. | § § | **Jury Trial Demanded** |
| AMERICAN AIRLINES, INC., ET AL. | § § § | |
| Defendants. | § | |

## **PLAINTIFF'S UNOPPOSED MOTION TO MODIFY DOCKET CONTROL ORDER**

Plaintiff Loyalty Conversion Systems Corporation ("Loyalty Conversion" or "Plaintiff") hereby files this Unopposed Motion to Modify the Docket Control Order (Doc. No. 40).

This Unopposed Motion is submitted in order for Plaintiff to complete and file its opening brief and evidence supporting its claim construction, and substantially complete document production and exchange privilege logs. The additional time requested <u>will not</u> affect the dispositive motion deadline or the trial date set in this matter.

Specifically, Plaintiff requests that the Docket Control Order entered on February 14, 2014 (Doc. No. 40) be modified to extend the following deadlines:

| | |
|---|---|
| o Current date: August 14, 2014<br>o Proposed date: August 19, 2014 | *Comply with P.R. 4-5(d) (Joint Claim Construction Chart) |
| o Current date: August 7, 2014<br>o Proposed date: August 14, 2014 | *Comply with P.R. 4-5(c) (Reply Claim Construction Brief) |
| o Current date: July 31, 2014<br>o Proposed date: August 7, 2014 | Comply with P.R. 4-5(b) (Responsive Claim Construction Brief) |
| o Current date: July 17, 2014 | Comply with P.R. 4-5(a) (Opening Claim |

|  |  |
|---|---|
| o   Proposed date: July 24, 2014 | Construction Brief) and Submit Technical Tutorials (if any) |
| o   Current date: July 17, 2014<br>o   Proposed date: July 24, 2014 | Deadline to Substantially Complete Document Production and Exchange Privilege Logs<br><br>Counsel are expected to make good faith efforts to produce all required documents as soon as they are available and not wait until the substantial completion deadline. |

A copy of a proposed First Amended Docket Control Order incorporating these modified deadlines is attached as Exhibit A.  The requested relief will not delay this case or affect other pre-trial deadlines or the trial, and should not impact or delay the Court's calendar or prejudice any party.

      Counsel for the parties have conferred with respect to this Motion, and counsel for Defendants have indicated Defendants are unopposed to the relief sought in this Motion.  The extension is not sought for purposes of delay but so that justice may be done.

Dated:   July 17, 2014                                             Respectfully submitted,

                                                      By: /s/ Andrew G. DiNovo
                                                           Andrew G.   DiNovo
                                                           Texas State Bar No. 00790594
                                                           Jay D. Ellwanger
                                                           Texas State Bar No. 24036522
                                                           Adam G. Price
                                                           Texas State Bar No. 24027750
                                                           DiNovo Price Ellwanger & Hardy LLP
                                                           7000 N.   MoPac Expressway, Suite 350
                                                           Austin, Texas   78731
                                                           Telephone:   (512) 539-2626
                                                           Facsimile:    (512) 539-2627

                                                           **ATTORNEYS FOR PLAINTIFF**
                                                           **LOYALTY CONVERSION SYSTEMS**
                                                           **CORPORATION**

## **CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(i), the undersigned certifies that counsel have complied with the meet-and-confer requirements of Local Rule CV-7(h), and that Defendants are unopposed to the foregoing motion.

/s/ Andrew G. DiNovo
Andrew G. DiNovo

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel, who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true ad correct cope of the foregoing by email, on this the 17th day of July 2014.

                                                      /s/ Andrew G. DiNovo
                                                      Andrew G. DiNovo