IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION | § § § § | |
| Plaintiff, | § § | Case No. 2:13-CV-655-JRG (LEAD CASE) |
| v. | § § § | **Jury Trial Demanded** |
| AMERICAN AIRLINES, INC., ET AL. | § § | |
| Defendants. | § § | |

## **ORDER**

On this date, this Court considered Plaintiff Loyalty Conversion Systems Corporation's Unopposed Motion to Modify Docket Control Order ("the Motion"). The Court hereby GRANTS Loyalty Conversion's Motion to Modify Docket Control Order.