US008511550B1

# (12) United States Patent
McGhie et al.

(10) Patent No.: **US 8,511,550 B1**
(45) Date of Patent: ***Aug. 20, 2013**

(54) **GRAPHICAL USER INTERFACE FOR THE CONVERSION OF LOYALTY POINTS VIA A LOYALTY POINT WEBSITE**

(71) Applicants: **Sean I. McGhie**, Boca Raton, FL (US); **Brian K. Buchheit**, Davie, FL (US)

(72) Inventors: **Sean I. McGhie**, Boca Raton, FL (US); **Brian K. Buchheit**, Davie, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/863,556**

(22) Filed: **Apr. 16, 2013**

**Related U.S. Application Data**

(63) Continuation of application No. 11/420,255, filed on May 25, 2006, now Pat. No. 7,703,673, and a continuation of application No. 13/532,342, filed on Jun. 25, 2012, now Pat. No. 8,297,502, and a continuation-in-part of application No. 13/681,479, filed on Nov. 20, 2012, and a continuation-in-part of application No. 13/681,493, filed on Nov. 20, 2012.

(51) **Int. Cl.**
***G06K 5/00*** (2006.01)

(52) **U.S. Cl.**
USPC .......... **235/380**; 235/375; 235/379; 235/487; 463/25

(58) **Field of Classification Search**
USPC .......... 235/380, 375, 379, 487, 486; 705/14, 705/39; 463/25
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,918,716 A 11/1975 Nonaka et al.
4,087,660 A 5/1978 Sedley
4,358,672 A 11/1982 Hyatt et al.
4,473,825 A 9/1984 Walton
4,518,098 A 5/1985 Fleischer

(Continued)

FOREIGN PATENT DOCUMENTS

AU 6484498 11/1998
AU 2497399 11/1999

(Continued)

OTHER PUBLICATIONS

Joan Magretta—"Why Business Models Matter" Harvard Business Review—May 2002 pp. 1-8.

(Continued)

*Primary Examiner* — Edwyn Labaze
(74) *Attorney, Agent, or Firm* — Patents on Demand, P.A.; Brian K. Buchheit; Scott M. Garrett

(57) **ABSTRACT**

In one embodiment, a graphical user interface includes a conversion option to convert at least a subset of non-negotiable credits earned from one into entity independent funds in accordance with a conversion ratio. The entity independent funds are accepted by a commerce partner as at least partial payment for goods or services provided by the commerce partner. In absence of converting the non-negotiable credits into entity independent funds, the commerce partner does not accept the non-negotiable credits as payment for goods or services. Responsive to a received selection of the conversion option, the computer presents within the graphical user interface a quantity of available entity independent funds for use as payment for the goods or services provided by the commerce partner. The quantity of available entity independent funds results from converting the subset of non-negotiable credits into the quantity of available entity independent funds in accordance with the conversion ratio.

**20 Claims, 3 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

4,546,241 A 10/1985 Walton
4,582,324 A 4/1986 Koza et al.
4,607,155 A 8/1986 Nao et al.
4,609,812 A 9/1986 Drexler
4,621,814 A 11/1986 Stephan et al.
4,634,848 A 1/1987 Shinohara et al.
4,689,742 A 8/1987 Troy et al.
4,695,053 A 9/1987 Vazquez
4,760,527 A 7/1988 Sidley
4,764,666 A 8/1988 Bergeron
4,882,473 A 11/1989 Bergeron et al.
4,910,672 A 3/1990 Off et al.
4,941,090 A 7/1990 McCarthy
4,942,090 A 7/1990 Morin
4,968,873 A 11/1990 Dethloff
5,025,372 A 6/1991 Burton et al.
5,038,022 A 8/1991 Lucero
5,056,019 A 10/1991 Schultz et al.
5,080,364 A 1/1992 Seidman
5,105,184 A 4/1992 Pirani et al.
5,117,355 A 5/1992 McCarthy
5,128,752 A 7/1992 Von Kohorn
5,135,224 A 8/1992 Yamamoto
5,173,851 A 12/1992 Off et al.
5,179,517 A 1/1993 Sarbin et al.
5,200,889 A 4/1993 Mori
5,201,010 A 4/1993 Deaton et al.
5,202,826 A 4/1993 McCarthy
5,233,514 A 8/1993 Ayyoubi et al.
5,237,620 A 8/1993 Deaton et al.
5,256,863 A 10/1993 Ferguson et al.
5,265,874 A 11/1993 Dickinson
5,276,312 A 1/1994 McCarthy
5,287,268 A 2/1994 McCarthy
5,287,269 A 2/1994 Dorrough et al.
5,290,033 A 3/1994 Bittner et al.
5,305,196 A 4/1994 Deaton et al.
5,327,508 A 7/1994 Deaton et al.
5,332,076 A 7/1994 Ziegert
5,344,144 A 9/1994 Cannon
5,353,218 A 10/1994 De Lapa et al.
5,371,345 A 12/1994 LeStrange et al.
5,373,440 A 12/1994 Cohen et al.
5,382,779 A 1/1995 Gupta
5,388,165 A 2/1995 Deaton et al.
5,393,061 A 2/1995 Manship et al.
5,397,125 A 3/1995 Adams
5,398,932 A 3/1995 Eberhardt et al.
5,402,872 A 4/1995 Clurman
5,424,524 A 6/1995 Ruppert et al.
5,429,361 A 7/1995 Raven et al.
5,430,644 A 7/1995 Deaton et al.
5,434,394 A 7/1995 Roach et al.
5,448,471 A 9/1995 Deaton et al.
5,457,306 A 10/1995 Lucero
5,467,269 A 11/1995 Flaten
5,470,079 A 11/1995 LeStrange et al.
5,471,669 A 11/1995 Lidman
5,477,038 A 12/1995 Levine et al.
5,483,444 A 1/1996 Heintzeman et al.
5,491,326 A 2/1996 Marceau et al.
5,502,636 A 3/1996 Clarke
5,511,781 A 4/1996 Wood et al.
5,513,102 A 4/1996 Auriemma
5,535,407 A 7/1996 Yanagawa et al.
5,537,314 A 7/1996 Kanter
5,551,692 A 9/1996 Pettit et al.
5,559,312 A 9/1996 Lucero
5,559,313 A 9/1996 Claus et al.
5,564,546 A 10/1996 Molbak et al.
5,564,700 A 10/1996 Celona
5,580,309 A 12/1996 Piechowiak
5,586,936 A 12/1996 Bennett et al.
5,592,560 A 1/1997 Deaton et al.
5,609,337 A 3/1997 Clapper, Jr.
5,612,868 A 3/1997 Off et al.
5,613,912 A 3/1997 Slater
5,621,812 A 4/1997 Deaton et al.
5,635,696 A 6/1997 Dabrowski
5,638,457 A 6/1997 Deaton et al.
5,642,485 A 6/1997 Deaton et al.
5,643,088 A 7/1997 Vaughn et al.
5,644,723 A 7/1997 Deaton et al.
5,649,114 A 7/1997 Deaton et al.
5,649,115 A 7/1997 Schrader et al.
5,655,961 A 8/1997 Acres et al.
5,659,469 A 8/1997 Deaton et al.
5,672,109 A 9/1997 Natanian
5,673,322 A 9/1997 Pepe et al.
5,674,128 A 10/1997 Holch et al.
5,675,662 A 10/1997 Deaton et al.
5,677,952 A 10/1997 Blakley, III et al.
5,687,322 A 11/1997 Deaton et al.
5,689,100 A 11/1997 Carrithers
5,697,611 A 12/1997 Kelly et al.
5,708,782 A 1/1998 Larson et al.
5,710,886 A 1/1998 Christensen et al.
5,715,399 A 2/1998 Bezoz
5,725,428 A 3/1998 Achmuller
5,729,693 A 3/1998 Holda-Fleck
5,734,838 A 3/1998 Robinson et al.
5,741,183 A 4/1998 Acres
5,742,845 A 4/1998 Wagner
5,749,075 A 5/1998 Toader et al.
5,754,655 A 5/1998 Hughes
5,761,647 A 6/1998 Boushy
5,761,648 A 6/1998 Golden et al.
5,765,141 A 6/1998 Spector
5,766,075 A 6/1998 Cook et al.
5,769,716 A 6/1998 Saffari et al.
5,770,533 A 6/1998 Franchi
5,774,868 A 6/1998 Cragun et al.
5,774,869 A 6/1998 Toader
5,774,870 A 6/1998 Storey
5,779,242 A 7/1998 Kaufmann
5,779,549 A 7/1998 Walker et al.
5,794,230 A 8/1998 Horadan et al.
5,802,275 A 9/1998 Blonder
5,806,043 A 9/1998 Toader
5,806,044 A 9/1998 Powell
5,806,045 A 9/1998 Biorge et al.
5,809,482 A 9/1998 Strisower
5,814,796 A 9/1998 Benson et al.
5,816,918 A 10/1998 Kelly et al.
5,820,460 A 10/1998 Fulton
5,822,230 A 10/1998 Kikinis et al.
5,823,874 A 10/1998 Adams
5,832,457 A 11/1998 O'Brien et al.
5,832,458 A 11/1998 Jones
5,833,536 A 11/1998 Davids et al.
5,834,748 A 11/1998 Litman
5,836,817 A 11/1998 Acres
5,839,117 A 11/1998 Cameron et al.
5,844,230 A 12/1998 Lalonde
5,845,259 A 12/1998 West et al.
5,848,399 A 12/1998 Burke
5,851,148 A 12/1998 Brune et al.
5,855,007 A 12/1998 Jovicic et al.
D404,436 S 1/1999 McGahn et al.
5,857,175 A 1/1999 Day et al.
5,864,822 A 1/1999 Baker, III
RE36,116 E 2/1999 McCarthy
5,870,722 A 2/1999 Albert et al.
5,876,284 A 3/1999 Acres et al.
5,882,261 A 3/1999 Adams
5,882,262 A 3/1999 Balhorn
5,884,277 A 3/1999 Khosla
5,892,827 A 4/1999 Beach et al.
5,892,900 A 4/1999 Ginter et al.
5,892,905 A 4/1999 Brandt et al.
5,898,838 A 4/1999 Wagner
5,902,184 A 5/1999 Bennett
5,902,983 A 5/1999 Crevelt et al.
5,903,874 A 5/1999 Leonard et al.

| | | | |
|---|---|---|---|
| 5,903,880 | A | 5/1999 | Biffar |
| 5,905,246 | A | 5/1999 | Fajkowski |
| 5,905,908 | A | 5/1999 | Wagner |
| 5,907,830 | A | 5/1999 | Engel et al. |
| 5,907,831 | A | 5/1999 | Lotvin et al. |
| 5,909,023 | A | 6/1999 | Ono et al. |
| 5,909,486 | A | 6/1999 | Walker et al. |
| 5,911,418 | A | 6/1999 | Adams |
| 5,913,210 | A | 6/1999 | Call |
| 5,915,007 | A | 6/1999 | Klapka |
| 5,915,019 | A | 6/1999 | Ginter et al. |
| 5,915,243 | A | 6/1999 | Smolen |
| 5,915,244 | A | 6/1999 | Jack et al. |
| 5,918,211 | A | 6/1999 | Sloane |
| 5,918,213 | A | 6/1999 | Bernard et al. |
| 5,918,214 | A | 6/1999 | Perkowski |
| 5,919,091 | A | 7/1999 | Bell |
| 5,920,847 | A | 7/1999 | Kolling et al. |
| 5,923,016 | A | 7/1999 | Fredregill et al. |
| 5,933,811 | A | 8/1999 | Angles et al. |
| 5,935,000 | A | 8/1999 | Sanchez, III |
| 5,937,391 | A | 8/1999 | Ikeda et al. |
| 5,937,394 | A | 8/1999 | Wong et al. |
| 5,938,727 | A | 8/1999 | Ikeda |
| 5,940,506 | A | 8/1999 | Chang et al. |
| 5,941,771 | A | 8/1999 | Haste, III |
| 5,941,772 | A | 8/1999 | Paige |
| 5,943,241 | A | 8/1999 | Nichols et al. |
| 5,946,664 | A | 8/1999 | Ebisawa |
| 5,947,820 | A | 9/1999 | Morro et al. |
| 5,949,042 | A | 9/1999 | Dietz, II et al. |
| 5,950,173 | A | 9/1999 | Perkowski |
| 5,951,397 | A | 9/1999 | Dickinson |
| 5,952,638 | A | 9/1999 | Demers et al. |
| 5,953,005 | A | 9/1999 | Liu |
| 5,956,038 | A | 9/1999 | Rekimoto |
| 5,956,695 | A | 9/1999 | Carrithers et al. |
| 5,956,700 | A | 9/1999 | Landry |
| 5,959,277 | A | 9/1999 | Lucero |
| 5,967,896 | A | 10/1999 | Jorasch et al. |
| 5,970,469 | A | 10/1999 | Scroggie et al. |
| 5,970,470 | A | 10/1999 | Walker |
| 5,971,277 | A | 10/1999 | Cragun et al. |
| 5,974,135 | A | 10/1999 | Breneman et al. |
| 5,974,398 | A | 10/1999 | Hanson et al. |
| 5,978,777 | A | 11/1999 | Garnier |
| 5,979,757 | A | 11/1999 | Tracy et al. |
| 5,980,385 | A | 11/1999 | Clapper |
| 5,982,520 | A | 11/1999 | Weiser et al. |
| 5,983,196 | A | 11/1999 | Wendkos |
| 5,983,205 | A | 11/1999 | Brams et al. |
| 5,984,191 | A | 11/1999 | Chapin, Jr. |
| 5,988,500 | A | 11/1999 | Litman |
| 5,991,376 | A | 11/1999 | Hennessy et al. |
| 5,991,736 | A | 11/1999 | Ferguson et al. |
| 5,992,738 | A | 11/1999 | Matsumoto et al. |
| 5,992,752 | A | 11/1999 | Wilz, Sr. et al. |
| 5,993,316 | A | 11/1999 | Coyle |
| 5,995,942 | A | 11/1999 | Smith et al. |
| 5,999,624 | A | 12/1999 | Hopkins |
| 5,999,914 | A | 12/1999 | Blinn et al. |
| 6,000,608 | A | 12/1999 | Dorf |
| 6,002,771 | A | 12/1999 | Nielsen |
| 6,003,013 | A | 12/1999 | Boushy et al. |
| 6,007,426 | A | 12/1999 | Kelly et al. |
| 6,009,411 | A | 12/1999 | Kepecs |
| 6,009,412 | A | 12/1999 | Storey |
| 6,009,458 | A | 12/1999 | Hawkins |
| 6,012,039 | A | 1/2000 | Hoffman et al. |
| 6,012,051 | A | 1/2000 | Sammon, Jr. et al. |
| 6,012,636 | A | 1/2000 | Smith |
| 6,014,594 | A | 1/2000 | Heidel |
| 6,014,634 | A | 1/2000 | Scroggie et al. |
| 6,014,635 | A | 1/2000 | Harris et al. |
| 6,015,344 | A | 1/2000 | Kelly et al. |
| 6,016,476 | A | 1/2000 | Maes et al. |
| 6,018,695 | A | 1/2000 | Ahrens et al. |
| 6,018,718 | A | 1/2000 | Walker et al. |
| 6,018,724 | A | 1/2000 | Arent |
| 6,021,399 | A | 1/2000 | Demers et al. |
| 6,024,640 | A | 2/2000 | Walker et al. |
| 6,026,370 | A | 2/2000 | Jermyn |
| 6,026,375 | A | 2/2000 | Hall et al. |
| 6,026,377 | A | 2/2000 | Burke |
| 6,032,133 | A | 2/2000 | Hilt et al. |
| 6,032,136 | A | 2/2000 | Brake, Jr. et al. |
| 6,032,955 | A | 3/2000 | Luciano et al. |
| 6,035,280 | A | 3/2000 | Christensen |
| 6,035,281 | A | 3/2000 | Crosskey et al. |
| 6,036,601 | A | 3/2000 | Heckel |
| 6,038,321 | A | 3/2000 | Torigai et al. |
| 6,039,244 | A | 3/2000 | Finsterwald |
| 6,039,648 | A | 3/2000 | Guinn |
| 6,041,308 | A | 3/2000 | Walker et al. |
| 6,041,309 | A | 3/2000 | Laor |
| 6,044,360 | A | 3/2000 | Picciallo |
| 6,047,269 | A | 4/2000 | Biffar |
| 6,048,269 | A | 4/2000 | Burns et al. |
| 6,049,778 | A | 4/2000 | Walker et al. |
| 6,049,779 | A | 4/2000 | Berkson |
| 6,055,573 | A | 4/2000 | Gardenswartz et al. |
| 6,058,371 | A | 5/2000 | Dijan |
| 6,058,482 | A | 5/2000 | Liu |
| 6,061,660 | A | 5/2000 | Eggleston et al. |
| 6,062,980 | A | 5/2000 | Luciano |
| 6,064,979 | A | 5/2000 | Perkowski |
| 6,064,987 | A | 5/2000 | Walker |
| 6,065,120 | A | 5/2000 | Laursen et al. |
| 6,068,553 | A | 5/2000 | Parker |
| 6,072,468 | A | 6/2000 | Hocker et al. |
| 6,073,840 | A | 6/2000 | Marion |
| 6,075,863 | A | 6/2000 | Krishnan et al. |
| 6,076,101 | A | 6/2000 | Kamakura et al. |
| 6,078,898 | A | 6/2000 | Davis et al. |
| 6,081,900 | A | 6/2000 | Subramaniam et al. |
| 6,088,730 | A | 7/2000 | Kato et al. |
| 6,089,982 | A | 7/2000 | Holch |
| 6,092,069 | A | 7/2000 | Johnson et al. |
| 6,092,201 | A | 7/2000 | Turnbull et al. |
| 6,094,486 | A | 7/2000 | Marchant |
| 6,098,837 | A | 8/2000 | Izawa |
| 6,101,483 | A | 8/2000 | Petrovich et al. |
| 6,101,484 | A | 8/2000 | Halbert et al. |
| 6,101,485 | A | 8/2000 | Fortenberry et al. |
| 6,105,001 | A | 8/2000 | Masi et al. |
| 6,105,865 | A | 8/2000 | Hardesty |
| 6,110,041 | A | 8/2000 | Walker et al. |
| 6,110,042 | A | 8/2000 | Walker et al. |
| 6,113,098 | A | 9/2000 | Adams |
| 6,113,495 | A | 9/2000 | Walker et al. |
| 6,115,737 | A | 9/2000 | Ely et al. |
| 6,119,229 | A | 9/2000 | Martinez |
| 6,119,230 | A | 9/2000 | Carter |
| 6,124,947 | A | 9/2000 | Seo |
| 6,126,542 | A | 10/2000 | Fier |
| 6,128,599 | A | 10/2000 | Walker et al. |
| 6,128,603 | A | 10/2000 | Dent et al. |
| 6,129,274 | A | 10/2000 | Suzuki |
| 6,131,810 | A | 10/2000 | Weiss et al. |
| 6,134,318 | A | 10/2000 | O'Neil |
| 6,134,548 | A | 10/2000 | Gottsman et al. |
| 6,138,911 | A | 10/2000 | Fredregill et al. |
| 6,139,431 | A | 10/2000 | Walker et al. |
| 6,141,161 | A | 10/2000 | Sato et al. |
| 6,141,653 | A | 10/2000 | Conklin |
| 6,141,684 | A | 10/2000 | McDonald et al. |
| 6,145,739 | A | 11/2000 | Bertina et al. |
| 6,148,405 | A | 11/2000 | Liao et al. |
| 6,154,214 | A | 11/2000 | Uyehara et al. |
| 6,161,096 | A | 12/2000 | Bell |
| 6,162,122 | A | 12/2000 | Acres |
| 6,164,533 | A | 12/2000 | Barton |
| 6,165,071 | A | 12/2000 | Weiss |
| 6,168,522 | B1 | 1/2001 | Walker |
| 6,173,267 | B1 | 1/2001 | Cairns |
| 6,178,407 | B1 | 1/2001 | Lotvin et al. |
| 6,178,408 | B1 | 1/2001 | Copple et al. |
| 6,182,894 | B1 | 2/2001 | Hackett et al. |

| | | | |
|---|---|---|---|
| 6,183,362 | B1 | 2/2001 | Boushy |
| 6,183,366 | B1 | 2/2001 | Goldberg et al. |
| 6,185,541 | B1 | 2/2001 | Scroggie et al. |
| 6,186,893 | B1 | 2/2001 | Walker et al. |
| 6,186,894 | B1 | 2/2001 | Mayeroff |
| 6,189,103 | B1 | 2/2001 | Nevarez et al. |
| 6,193,608 | B1 | 2/2001 | Walker et al. |
| 6,195,677 | B1 | 2/2001 | Utsumi |
| 6,196,458 | B1 | 3/2001 | Walker et al. |
| 6,199,099 | B1 | 3/2001 | Gershman et al. |
| 6,216,129 | B1 | 4/2001 | Eldering |
| 6,222,914 | B1 | 4/2001 | McMullin |
| 6,224,483 | B1 | 5/2001 | Mayeroff |
| 6,227,972 | B1 | 5/2001 | Walker et al. |
| 6,229,533 | B1 | 5/2001 | Farmer |
| 6,231,442 | B1 | 5/2001 | Mayeroff |
| 6,234,896 | B1 | 5/2001 | Walker et al. |
| 6,236,978 | B1 | 5/2001 | Tuzhilin |
| 6,243,688 | B1 | 6/2001 | Kalina |
| 6,244,958 | B1 | 6/2001 | Acres |
| 6,249,773 | B1 | 6/2001 | Allard et al. |
| 6,267,671 | B1 | 7/2001 | Hogan |
| 6,273,820 | B1 | 8/2001 | Haste, III |
| 6,280,326 | B1 | 8/2001 | Saunders |
| 6,280,328 | B1 | 8/2001 | Holch |
| 6,289,261 | B1 | 9/2001 | Heidel |
| 6,289,322 | B1 | 9/2001 | Kitchen et al. |
| 6,292,786 | B1 | 9/2001 | Deaton et al. |
| 6,293,865 | B1 | 9/2001 | Kelly et al. |
| 6,293,866 | B1 | 9/2001 | Walker et al. |
| 6,293,867 | B1 | 9/2001 | Heidel |
| 6,298,335 | B1 | 10/2001 | Bernstein |
| 6,302,793 | B1 | 10/2001 | Fertitta, III et al. |
| 6,306,035 | B1 | 10/2001 | Kelly et al. |
| 6,311,976 | B1 | 11/2001 | Yoseloff et al. |
| 6,312,333 | B1 | 11/2001 | Acres |
| 6,315,665 | B1 | 11/2001 | Faith |
| 6,319,125 | B1 | 11/2001 | Acres |
| 6,327,573 | B1 | 12/2001 | Walker et al. |
| 6,332,099 | B1 | 12/2001 | Heidel |
| 6,332,157 | B1 | 12/2001 | Mighdoli et al. |
| 6,336,098 | B1 | 1/2002 | Fortenberry et al. |
| 6,341,353 | B1 | 1/2002 | Herman |
| 6,345,261 | B1 | 2/2002 | Feidelson et al. |
| 6,352,175 | B2 | 3/2002 | Izawa |
| 6,358,149 | B1 | 3/2002 | Schneider et al. |
| 6,363,362 | B1 | 3/2002 | Burfield et al. |
| 6,379,247 | B1 | 4/2002 | Walker et al. |
| 6,394,907 | B1 | 5/2002 | Rowe |
| 6,402,029 | B1 | 6/2002 | Gangi |
| 6,408,284 | B1 | 6/2002 | Hill et al. |
| 6,431,983 | B2 | 8/2002 | Acres |
| 6,438,527 | B1 | 8/2002 | Powar |
| 6,452,498 | B2 | 9/2002 | Stewart |
| 6,476,830 | B1 | 11/2002 | Farmer |
| 6,484,940 | B1 | 11/2002 | Dilday et al. |
| 6,486,768 | B1 | 11/2002 | French et al. |
| 6,491,584 | B2 | 12/2002 | Graham |
| 6,505,772 | B1 | 1/2003 | Mollett et al. |
| 6,510,998 | B1 | 1/2003 | Stanford et al. |
| 6,511,377 | B1 | 1/2003 | Weiss |
| 6,522,889 | B1 | 2/2003 | Aarnio |
| 6,533,664 | B1 | 3/2003 | Crumby |
| 6,547,131 | B1 | 4/2003 | Foodman |
| 6,549,912 | B1 | 4/2003 | Chen |
| 6,554,705 | B1 | 4/2003 | Cumbers |
| 6,572,471 | B1 | 6/2003 | Bennett |
| 6,575,832 | B1 | 6/2003 | Manfredi et al. |
| 6,578,015 | B1 | 6/2003 | Haseltine et al. |
| 6,579,179 | B2 | 6/2003 | Poole et al. |
| 6,593,640 | B1 | 7/2003 | Kalnitsky et al. |
| 6,601,040 | B1 | 7/2003 | Kolls |
| 6,607,441 | B1 | 8/2003 | Acres |
| 6,609,150 | B2 | 8/2003 | Lee et al. |
| 6,609,969 | B1 | 8/2003 | Luciano |
| 6,609,970 | B1 | 8/2003 | Luciano |
| 6,609,978 | B1 | 8/2003 | Paulsen |
| 6,623,357 | B2 | 9/2003 | Chowdhury |
| 6,629,890 | B2 | 10/2003 | Johnson |
| 6,631,358 | B1 | 10/2003 | Ogilvie |
| 6,631,849 | B2 | 10/2003 | Blossom |
| 6,645,077 | B2 | 11/2003 | Rowe |
| 6,648,755 | B1 | 11/2003 | Luciano, Jr. |
| 6,656,050 | B2 | 12/2003 | Busch |
| 6,685,559 | B2 | 2/2004 | Luciano |
| 6,687,679 | B1 | 2/2004 | Van Luchene et al. |
| 6,721,743 | B1 | 4/2004 | Sakakibara |
| 6,748,365 | B1 | 6/2004 | Quinlan et al. |
| 6,800,029 | B2 | 10/2004 | Rowe |
| 6,813,609 | B2 | 11/2004 | Wilson |
| 6,824,464 | B2 | 11/2004 | Weil et al. |
| 6,826,594 | B1 | 11/2004 | Pettersen |
| 6,837,436 | B2 | 1/2005 | Swartz et al. |
| 6,842,739 | B2 | 1/2005 | Postrel |
| 6,843,720 | B2 | 1/2005 | Luciano |
| 6,846,238 | B2 | 1/2005 | Wells |
| 6,852,031 | B1 | 2/2005 | Rowe |
| 6,856,976 | B2 | 2/2005 | Bible et al. |
| 6,866,586 | B2 | 3/2005 | Oberberger |
| 6,898,570 | B1 | 5/2005 | Tedesco et al. |
| 6,915,271 | B1 | 7/2005 | Meyer et al. |
| 6,920,611 | B1 | 7/2005 | Spaeth et al. |
| 6,929,550 | B2 | 8/2005 | Hisada |
| 6,931,538 | B1 | 8/2005 | Sawaguchi |
| 6,947,898 | B2 | 9/2005 | Postrel |
| 6,951,302 | B2 | 10/2005 | Potts |
| 6,985,876 | B1 | 1/2006 | Lee |
| 6,997,807 | B2 | 2/2006 | Weiss |
| 7,003,496 | B2 | 2/2006 | Ishii |
| 7,021,531 | B2 | 4/2006 | Myttenaere |
| 7,025,674 | B2 | 4/2006 | Adams et al. |
| 7,043,752 | B2 | 5/2006 | Royer et al. |
| 7,072,864 | B2 | 7/2006 | Brake, Jr. et al. |
| 7,096,190 | B2 | 8/2006 | Postrel |
| 7,124,109 | B2 | 10/2006 | Sakamoto et al. |
| 7,127,414 | B1 | 10/2006 | Awadallah et al. |
| 7,128,652 | B1 | 10/2006 | Lavoie |
| 7,130,828 | B2 | 10/2006 | Phillips et al. |
| 7,134,087 | B2 | 11/2006 | Bushold et al. |
| 7,134,959 | B2 | 11/2006 | Penrice |
| 7,137,883 | B1 | 11/2006 | Falciglia |
| 7,146,342 | B1 | 12/2006 | Angelin |
| 7,156,738 | B2 | 1/2007 | Rowe |
| 7,163,145 | B2 | 1/2007 | Cohagan et al. |
| 7,168,089 | B2 | 1/2007 | Nguyen |
| 7,174,315 | B2 | 2/2007 | Phillips et al. |
| 7,187,947 | B1 | 3/2007 | White et al. |
| 7,200,571 | B1 | 4/2007 | Jenniges et al. |
| 7,249,139 | B2 | 7/2007 | Chuah |
| 7,249,197 | B1 | 7/2007 | Roestenburg et al. |
| 7,289,970 | B1 | 10/2007 | Siegel |
| 7,290,061 | B2 | 10/2007 | Lentini et al. |
| 7,291,064 | B2 | 11/2007 | Yamada |
| 7,321,901 | B1 | 1/2008 | Blinn et al. |
| 7,329,185 | B2 | 2/2008 | Conover et al. |
| 7,341,518 | B2 | 3/2008 | Muskin |
| 7,349,867 | B2 | 3/2008 | Rollins et al. |
| 7,360,693 | B1 | 4/2008 | Sullivan |
| 7,360,699 | B2 | 4/2008 | Cohagan et al. |
| 7,387,571 | B2 | 6/2008 | Walker |
| 7,390,264 | B2 | 6/2008 | Walker |
| 7,398,226 | B2 | 7/2008 | Haines et al. |
| 7,410,422 | B2 | 8/2008 | Fine |
| 7,455,586 | B2 | 11/2008 | Nguyen |
| 7,613,629 | B2 | 11/2009 | Antonucci et al. |
| 7,636,874 | B2 | 12/2009 | Gutbrod et al. |
| 7,641,547 | B2 | 1/2010 | Walker et al. |
| 7,680,688 | B2 | 3/2010 | Hessburg et al. |
| 7,703,673 | B2 | 4/2010 | Buchheit et al. |
| 7,747,463 | B1 | 6/2010 | Phillips et al. |
| 7,765,124 | B2 | 7/2010 | Postrel |
| 7,827,056 | B2 | 11/2010 | Walker et al. |
| 7,827,057 | B1 | 11/2010 | Walker et al. |
| 7,828,206 | B2 | 11/2010 | Hessburg et al. |
| 7,856,376 | B2 | 12/2010 | Storey |
| 7,856,377 | B2 | 12/2010 | Cohagan et al. |
| 7,867,079 | B2 | 1/2011 | Govender et al. |
| 7,925,533 | B2 | 4/2011 | Shaw et al. |

| | | | |
|---|---|---|---|
| 8,019,679 | B2 | 9/2011 | Bennett et al. |
| 8,046,256 | B2 | 10/2011 | Chien et al. |
| 8,062,116 | B2 | 11/2011 | Lutnick et al. |
| 8,100,758 | B2 | 1/2012 | Walker et al. |
| 8,123,127 | B2 | 2/2012 | McGhie et al. |
| 8,162,209 | B2 | 4/2012 | Buchheit et al. |
| 8,181,863 | B1 | 5/2012 | McGhie et al. |
| 8,181,864 | B1 | 5/2012 | McGhie et al. |
| 8,186,583 | B1 | 5/2012 | McGhie et al. |
| 8,201,734 | B1 | 6/2012 | McGhie et al. |
| 8,234,164 | B2 | 7/2012 | Walker et al. |
| 8,245,925 | B1 | 8/2012 | McGhie et al. |
| 8,265,993 | B2 | 9/2012 | Chien et al. |
| 8,267,315 | B1 | 9/2012 | McGhie et al. |
| 8,297,502 | B1 | 10/2012 | McGhie et al. |
| 8,298,074 | B1 | 10/2012 | Gibase et al. |
| 2001/0032137 | A1 | 10/2001 | Bennett et al. |
| 2001/0032182 | A1 | 10/2001 | Kumar et al. |
| 2001/0032183 | A1 | 10/2001 | Landry |
| 2001/0034259 | A1 | 10/2001 | Luciano et al. |
| 2001/0034649 | A1 | 10/2001 | Acres |
| 2001/0034653 | A1 | 10/2001 | Yamamoto |
| 2001/0034720 | A1 | 10/2001 | Armes |
| 2001/0037295 | A1 | 11/2001 | Olsen |
| 2001/0041610 | A1 | 11/2001 | Luciano et al. |
| 2001/0044337 | A1 | 11/2001 | Rowe |
| 2001/0046891 | A1 | 11/2001 | Acres |
| 2001/0047342 | A1 | 11/2001 | Cuervo |
| 2001/0054003 | A1 | 12/2001 | Chien et al. |
| 2001/0054010 | A1 | 12/2001 | Bernabeo et al. |
| 2002/0002075 | A1 | 1/2002 | Rowe |
| 2002/0002532 | A1 | 1/2002 | Tso |
| 2002/0002538 | A1 | 1/2002 | Ling |
| 2002/0010025 | A1 | 1/2002 | Kelly et al. |
| 2002/0013728 | A1 | 1/2002 | Wilkman |
| 2002/0013767 | A1 | 1/2002 | Katz |
| 2002/0016734 | A1 | 2/2002 | McGill et al. |
| 2002/0020965 | A1 | 2/2002 | Potter |
| 2002/0026348 | A1 | 2/2002 | Fowler et al. |
| 2002/0039923 | A1 | 4/2002 | Cannon |
| 2002/0045476 | A1 | 4/2002 | Poole |
| 2002/0046110 | A1 | 4/2002 | Gallagher |
| 2002/0049631 | A1 | 4/2002 | Williams |
| 2002/0052940 | A1 | 5/2002 | Myers et al. |
| 2002/0055874 | A1 | 5/2002 | Cohen |
| 2002/0056044 | A1 | 5/2002 | Andersson |
| 2002/0062253 | A1 | 5/2002 | Dosh et al. |
| 2002/0065126 | A1 | 5/2002 | Miller et al. |
| 2002/0068624 | A1 | 6/2002 | Ellis |
| 2002/0069109 | A1 | 6/2002 | Wendkos |
| 2002/0069150 | A1 | 6/2002 | Ni |
| 2002/0072412 | A1 | 6/2002 | Young |
| 2002/0075844 | A1 | 6/2002 | Hagen |
| 2002/0077173 | A1 | 6/2002 | Luciano et al. |
| 2002/0077890 | A1 | 6/2002 | LaPointe et al. |
| 2002/0077978 | A1 | 6/2002 | O'Leary et al. |
| 2002/0082918 | A1 | 6/2002 | Warwick |
| 2002/0082920 | A1 | 6/2002 | Austin |
| 2002/0082990 | A1 | 6/2002 | Jones |
| 2002/0086733 | A1 | 7/2002 | Wang |
| 2002/0087468 | A1 | 7/2002 | Ganesan et al. |
| 2002/0091593 | A1 | 7/2002 | Fowler |
| 2002/0095365 | A1 | 7/2002 | Slavin et al. |
| 2002/0107072 | A1 | 8/2002 | Giobbi |
| 2002/0107733 | A1 | 8/2002 | Liu et al. |
| 2002/0111210 | A1 | 8/2002 | Luciano, Jr. |
| 2002/0111907 | A1 | 8/2002 | Ling |
| 2002/0111919 | A1 | 8/2002 | Weller et al. |
| 2002/0116257 | A1 | 8/2002 | Helbig |
| 2002/0120513 | A1 | 8/2002 | Webb et al. |
| 2002/0123949 | A1 | 9/2002 | VanLeeuwen |
| 2002/0143614 | A1 | 10/2002 | MacLean et al. |
| 2002/0146018 | A1 | 10/2002 | Kailamaki et al. |
| 2002/0147047 | A1 | 10/2002 | Letovsky |
| 2002/0151359 | A1 | 10/2002 | Rowe |
| 2002/0152116 | A1 | 10/2002 | Yan |
| 2002/0160838 | A1 | 10/2002 | Kim |
| 2002/0161630 | A1 | 10/2002 | Kern et al. |
| 2002/0169021 | A1 | 11/2002 | Urie |
| 2002/0169660 | A1 | 11/2002 | Taylor et al. |
| 2002/0177479 | A1 | 11/2002 | Walker |
| 2002/0194069 | A1 | 12/2002 | Thakur et al. |
| 2002/0198043 | A1 | 12/2002 | Chowdhry |
| 2003/0003996 | A1 | 1/2003 | Nguyen |
| 2003/0004802 | A1 | 1/2003 | Callegari |
| 2003/0004808 | A1 | 1/2003 | Elhaoussine et al. |
| 2003/0008707 | A1 | 1/2003 | Walker et al. |
| 2003/0009379 | A1 | 1/2003 | Narasimhan et al. |
| 2003/0013438 | A1 | 1/2003 | Darby |
| 2003/0018523 | A1 | 1/2003 | Rappaport et al. |
| 2003/0033534 | A1 | 2/2003 | Rand |
| 2003/0036425 | A1 | 2/2003 | Kaminkow et al. |
| 2003/0040964 | A1 | 2/2003 | Lacek |
| 2003/0045353 | A1 | 3/2003 | Paulsen |
| 2003/0050831 | A1 | 3/2003 | Klayh |
| 2003/0055722 | A1 | 3/2003 | Perreault et al. |
| 2003/0055780 | A1 | 3/2003 | Hansen et al. |
| 2003/0060264 | A1 | 3/2003 | Chilton |
| 2003/0061097 | A1 | 3/2003 | Walker |
| 2003/0062242 | A1 | 4/2003 | Hallowell et al. |
| 2003/0069787 | A1 | 4/2003 | Tendon et al. |
| 2003/0069842 | A1 | 4/2003 | Kight et al. |
| 2003/0074311 | A1 | 4/2003 | Saylors et al. |
| 2003/0078094 | A1 | 4/2003 | Gatto |
| 2003/0083943 | A1 | 5/2003 | Adams et al. |
| 2003/0087650 | A1 | 5/2003 | Aarnio |
| 2003/0087692 | A1 | 5/2003 | Weiss |
| 2003/0101131 | A1 | 5/2003 | Warren et al. |
| 2003/0104862 | A1 | 6/2003 | Acres |
| 2003/0104865 | A1 | 6/2003 | Itkis |
| 2003/0106769 | A1 | 6/2003 | Weiss |
| 2003/0115456 | A1 | 6/2003 | Kapoor |
| 2003/0130948 | A1 | 7/2003 | Algiene et al. |
| 2003/0148807 | A1 | 8/2003 | Acres |
| 2003/0149619 | A1 | 8/2003 | Stanley et al. |
| 2003/0163425 | A1 | 8/2003 | Cannon, Jr. |
| 2003/0182218 | A1 | 9/2003 | Blagg |
| 2003/0186747 | A1 | 10/2003 | Nguyen |
| 2003/0187762 | A1 | 10/2003 | Coyle |
| 2003/0200142 | A1 | 10/2003 | Hicks et al. |
| 2003/0200144 | A1 | 10/2003 | Antonucci et al. |
| 2003/0208445 | A1 | 11/2003 | Compiano |
| 2003/0211883 | A1 | 11/2003 | Potts |
| 2003/0216960 | A1 | 11/2003 | Postrel |
| 2003/0216967 | A1 | 11/2003 | Williams |
| 2003/0228902 | A1 | 12/2003 | Walker |
| 2003/0229584 | A1 | 12/2003 | Brown |
| 2003/0236704 | A1 | 12/2003 | Antonucci |
| 2003/0236749 | A1 | 12/2003 | Shergalis |
| 2004/0002369 | A1 | 1/2004 | Walker et al. |
| 2004/0006531 | A1 | 1/2004 | Kwan |
| 2004/0015438 | A1 | 1/2004 | Compiano et al. |
| 2004/0019522 | A1 | 1/2004 | Bortolin |
| 2004/0019560 | A1 | 1/2004 | Evans et al. |
| 2004/0035923 | A1 | 2/2004 | Kahr |
| 2004/0039644 | A1 | 2/2004 | Postrel |
| 2004/0039692 | A1 | 2/2004 | Shields et al. |
| 2004/0043806 | A1 | 3/2004 | Kirby |
| 2004/0048658 | A1 | 3/2004 | Sanders |
| 2004/0049439 | A1 | 3/2004 | Johnston et al. |
| 2004/0053693 | A1 | 3/2004 | An |
| 2004/0068438 | A1 | 4/2004 | Mitchell |
| 2004/0078273 | A1 | 4/2004 | Loeb et al. |
| 2004/0097287 | A1 | 5/2004 | Postrel |
| 2004/0098317 | A1 | 5/2004 | Postrel |
| 2004/0107140 | A1 | 6/2004 | Postrel |
| 2004/0111346 | A1 | 6/2004 | Macbeath |
| 2004/0111366 | A1 | 6/2004 | Schneider |
| 2004/0128197 | A1 | 7/2004 | Barn |
| 2004/0143500 | A1 | 7/2004 | Lopez et al. |
| 2004/0143501 | A1 | 7/2004 | Lopez et al. |
| 2004/0158492 | A1 | 8/2004 | Lopez et al. |
| 2004/0173673 | A1 | 9/2004 | Potts |
| 2004/0186773 | A1 | 9/2004 | George et al. |
| 2004/0215505 | A1 | 10/2004 | Sullivan |
| 2004/0220854 | A1 | 11/2004 | Postrel |
| 2004/0229671 | A1 | 11/2004 | Stronach |
| 2004/0262381 | A1 | 12/2004 | Mesaros |

| | | | |
|---|---|---|---|
| 2005/0015332 | A1 | 1/2005 | Chen |
| 2005/0021399 | A1 | 1/2005 | Postrel |
| 2005/0021400 | A1 | 1/2005 | Postrel |
| 2005/0021401 | A1 | 1/2005 | Postrel |
| 2005/0021457 | A1 | 1/2005 | Johnston et al. |
| 2005/0043082 | A1 | 2/2005 | Peterson |
| 2005/0060225 | A1 | 3/2005 | Postrel |
| 2005/0080727 | A1 | 4/2005 | Postrel |
| 2005/0080728 | A1 | 4/2005 | Sobek |
| 2005/0096124 | A1 | 5/2005 | Stronach |
| 2005/0107155 | A1 | 5/2005 | Potts et al. |
| 2005/0137015 | A1 | 6/2005 | Rogers |
| 2005/0143174 | A1 | 6/2005 | Goldman |
| 2005/0149394 | A1 | 7/2005 | Postrel |
| 2005/0177428 | A1 | 8/2005 | Ganz |
| 2005/0177519 | A1 | 8/2005 | Block |
| 2005/0182693 | A1 | 8/2005 | Alivandi |
| 2005/0192864 | A1 | 9/2005 | Ganz |
| 2005/0240472 | A1 | 10/2005 | Postrel |
| 2005/0250415 | A1 | 11/2005 | Barthold |
| 2005/0261056 | A1 | 11/2005 | Smolucha |
| 2006/0004629 | A1 | 1/2006 | Neemann et al. |
| 2006/0010033 | A1 | 1/2006 | Thomas |
| 2006/0020511 | A1 | 1/2006 | Postrel |
| 2006/0035692 | A1 | 2/2006 | Kirby |
| 2006/0046827 | A1 | 3/2006 | Saffari et al. |
| 2006/0052150 | A1 | 3/2006 | Hedrick et al. |
| 2006/0063580 | A1 | 3/2006 | Nguyen |
| 2006/0079150 | A1 | 4/2006 | Filoseta |
| 2006/0100018 | A1 | 5/2006 | Ganz |
| 2006/0148559 | A1 | 7/2006 | Jordan |
| 2006/0178217 | A1 | 8/2006 | Jung |
| 2006/0178899 | A1 | 8/2006 | Jung |
| 2006/0178964 | A1 | 8/2006 | Jung |
| 2006/0178965 | A1 | 8/2006 | Jung |
| 2006/0178966 | A1 | 8/2006 | Jung |
| 2006/0178967 | A1 | 8/2006 | Jung |
| 2006/0178968 | A1 | 8/2006 | Jung |
| 2006/0178970 | A1 | 8/2006 | Jung |
| 2006/0178972 | A1 | 8/2006 | Jung |
| 2006/0178975 | A1 | 8/2006 | Jung |
| 2006/0178985 | A1 | 8/2006 | Jung |
| 2006/0195376 | A1 | 8/2006 | Jung |
| 2006/0195377 | A1 | 8/2006 | Jung |
| 2006/0195378 | A1 | 8/2006 | Jung |
| 2006/0195394 | A1 | 8/2006 | Jung |
| 2006/0205481 | A1 | 9/2006 | Dominellil |
| 2006/0224505 | A1 | 10/2006 | Jung |
| 2006/0229976 | A1 | 10/2006 | Jung |
| 2006/0253321 | A1 | 11/2006 | Heywood |
| 2007/0073582 | A1 | 3/2007 | Jung |
| 2007/0087822 | A1 | 4/2007 | Van Luchene |
| 2007/0167218 | A1 | 7/2007 | Rothschild |
| 2007/0168266 | A1 | 7/2007 | Questembert |
| 2007/0239523 | A1 | 10/2007 | Yi |
| 2008/0086759 | A1 | 4/2008 | Colson |
| 2009/0023490 | A1 | 1/2009 | Moshal et al. |
| 2009/0063261 | A1 | 3/2009 | Scribner et al. |
| 2010/0174600 | A1 | 7/2010 | Walker et al. |
| 2010/0211469 | A1 | 8/2010 | Salmon et al. |
| 2010/0227675 | A1 | 9/2010 | Luxton et al. |
| 2010/0248823 | A1 | 9/2010 | Smith |
| 2011/0151976 | A1 | 6/2011 | Holloway |
| 2011/0183749 | A1 | 7/2011 | Allen |
| 2011/0207525 | A1 | 8/2011 | Allen |
| 2011/0256924 | A1 | 10/2011 | McGhie et al. |
| 2011/0275432 | A1 | 11/2011 | Lutnick et al. |
| 2012/0041810 | A1 | 2/2012 | Hofer |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| AU | 2497499 | | 11/1999 |
| AU | 2497599 | | 11/1999 |
| AU | 199924973 | | 11/1999 |
| AU | 199924974 | | 11/1999 |
| AU | 199924975 | | 11/1999 |
| AU | 3018500 | | 11/2000 |
| AU | 200030185 | | 11/2000 |
| AU | 2003200145 | A1 | 8/2003 |
| AU | 2004250640 | A1 | 12/2004 |
| EP | 0308224 | | 3/1989 |
| EP | 0525363 | | 2/1993 |
| EP | 0949596 | | 10/1999 |
| EP | 1014320 | A1 | 6/2000 |
| EP | 1107196 | | 6/2001 |
| EP | 1141876 | A1 | 10/2001 |
| EP | 1351180 | A2 | 10/2003 |
| EP | 1399897 | | 3/2004 |
| EP | 1330729 | A4 | 11/2005 |
| EP | 1598762 | A1 | 11/2005 |
| EP | 1746550 | A2 | 1/2007 |
| EP | 1787250 | A2 | 5/2007 |
| GB | 2319381 | | 5/1998 |
| GB | 2333879 | | 8/1999 |
| JP | 8235276 | | 9/1996 |
| JP | 2003132224 | | 5/2003 |
| WO | WO9215174 | A1 | 3/1992 |
| WO | 9323817 | | 11/1993 |
| WO | 9416781 | | 8/1994 |
| WO | 9503570 | A2 | 2/1995 |
| WO | 9713228 | | 4/1997 |
| WO | 9748078 | | 12/1997 |
| WO | 9926176 | | 5/1999 |
| WO | 9930256 | | 6/1999 |
| WO | 9952051 | | 10/1999 |
| WO | 9960503 | | 11/1999 |
| WO | 0014665 | | 3/2000 |
| WO | 0031658 | | 6/2000 |
| WO | 0033159 | | 6/2000 |
| WO | 0033222 | | 6/2000 |
| WO | 0038088 | A1 | 6/2000 |
| WO | 0079461 | | 12/2000 |
| WO | 0101282 | | 1/2001 |
| WO | 0152078 | | 7/2001 |
| WO | 0157617 | | 8/2001 |
| WO | 0164306 | | 9/2001 |
| WO | 0241556 | A3 | 5/2002 |
| WO | 02077884 | A2 | 10/2002 |
| WO | 2380687 | | 4/2003 |
| WO | 03083730 | A2 | 10/2003 |
| WO | 2004019257 | A1 | 3/2004 |
| WO | WO2005006113 | | 1/2005 |
| WO | 200582480 | | 9/2005 |
| WO | 2006020413 | | 2/2006 |
| WO | 2006022593 | A1 | 3/2006 |
| WO | 2009070889 | A1 | 6/2009 |
| WO | 2009094395 | | 7/2009 |

OTHER PUBLICATIONS

A. Parasuraman, Dhruv Grewal The Impact of Technology on the Quality-Value_Loyalty Chain: A Research Agenda; University of Miami—Journal of the Academy of Marketing Science; vol. 28, No. 1. pp. 168-174.

Byron Sharp & Anne Sharp "Loyalty Programs and their Impact on Repeat-Purchase Loyalty Patterns: a replication and extension"—Marketing Science Centre; University of South Australia—pp. 1-18.

David S. Evans "Some Empirical Aspects of Multi-sided Platform Industries" —NERA Economic Consulting; Review of network Economics; vol. 2 Issue 3—Sep. 2003; pp. 191-209.

Uncles et. al. "Customer Loyalty and Customer Loyalty programs"—Journal of Consumer Marketing, vol. 20; No. 4 pp. 294-316.

Dennis L. Duffy—"Customer Loyalty Strategies"—Journal of Consumer Marketing, vol. 15; No. 5 1998; pp. 435-448.

Louise O'Brien & Charles Jones—"Do Rewards Really Creat Loyalty"?—Harvard Business Review; May-Jun. 1995; pp. 73-83.

Frederick F. Reichheld & Phil Schefter—"E-Loyalty—Your secret Weapon on the Web"—Harvard Business Review; Jul.-Aug. 2000; pp. 105-113.

Molly Plozay & Julie Bohn—"How Merchant-Funded Rewards Give new Life to Customer Loyalty programs"—First Data; Oct. 2008; firstdata.com—pp. 1-10.

MilePoint.com—Turning Miles into Money; Internet Archieve—WayBack Machines; web.archieve.org/web/20010801155716/http://www.milepoint.com/about.faq.asp; pp. 1-5.

Rajiv Lal—"Harrah's Entertainment Inc."—Harvard Business School; 9-502-011; Rev. Jun. 14, 2004; pp. 1-27.
Avery Johnson—"Hotels Take 'Know Your Customer' to New Level"—The Wall Street Journal—Feb. 7, 2006; p. D1.
Anthony T.H.Chin—"Impact of Frequent Flyer Programs on the Demand for Air Travel"—Department of Economics; National University of Singapore; Journal of Air Transportation; vol. 7, No. 2-2002; pp. 53-86.
Frederick F. Reichheld—"Loyalty-Based Management"—Harvard Business Review; Mar.-Apr. 1993; pp. 63-74.
Points.com—"Get More Rewards, Faster"—Internet Archieve WayBack Machine; May 24, 2005.
points.com—Stuff It!—Stuff that stocking with a JCPenny Gift Certificate. She'll be happy to spend it.; Internet Archieve WayBack Machine; Dec. 10, 2005.
Peter Jin Hong, creative director at Tribal DDB in Vancouver—"Digital Eye".
Kumar et al. "Sales Promotions on the Internet"—USENIX Technical Program—Paper—Proceedings of the 3rd USENIX Workshop on Electronic Commerce, 1998; pp. 167-176; static.usenix.org/event/ef98/full_papers/kumar_promotions/kumar_html/kumar.html.
Christina Binkley—"Taking Retailers' Cues, Harrah's Taps into Science of Gambling"—The Wall Street Journal; Nov. 22, 2004-p. A1.
Werner Reinartz and V. Kumar—"The Mismanagement of Customer Loyalty"—Harvard Business Review; Jul. 2002 pp. 2-12.
points.com—exchange points. reward yourself. ; Internet Archieve WayBack Machine; Oct. 26, 2004.
"At Sports Superstore Online, Shoppers Get More for Their Money; 10,000 Reasons to Shop at Sports Superstore Online", Business Wire Dec. 4, 1998, 2 pp.
"Amazon.com and Netflix.com Establish Promotional Relationship for the Sale and Rental of DVD Titles" Business Wire Dec. 4, 1998, 3 pp.
Brook, Valerie. "GM turns up the heat with plan to cross-sell some financial products." Nov. 18, 1994 http://www.americanbanker.com/issues/159_150/-49630-1.html?zkPrintable=true.
"Beneficial, Casual Male Team Up on Card", American Banker. May 4, 1998. http://www.americanbanker.com.
"E-Centives," (http://www.emaginet.com/de...memfaq.shtml), download date: May 23, 1999, 3 pp.
Bloom, Jennifer Kingson. "Wal-Mart on Retail Road Less Traveled: Cobranding," The American Banker Sep. 11, 1998, 3 pp.
Elkin, Tobi "Promotions: Mastercard Wins Coveted On-Pack Real Estate in Tie-in with Microsoft" Brandweek Sep. 14, 1998, 1 page.
"Microsoft and First USA Announces $90 Million Online Advertising Alliance" EDP Weekly's IT Monitor Nov. 2, 1998, 2 pp.
Feldman, Amy "Paying with Plastic Not Such a Smart Idea", New York Daily News Nov. 4, 1998, 2 pp.
Cowell, Alan "America's Turn to Colonize; Creditcard Issuers Invade Britain, with U.S. Firepower", The New York Times Nov. 12, 1998, 5 pp.
Armstrong, Larry, "The Free-PC Game: Lure 'Em in and Lock 'Em Up," Business Week, Information Technology, Jul. 19, 1999, 1 pg.
"Shoppers Charge Accounts Co. to Administer Private Label Credit Card for Lew Magram LTD; Program Marks SCA,s Entry into Retail Catalog/Mail Order Industry" PR Newswire Jun. 29, 1998, 6 pp.
"About Click Rewards." Wired Magazine. http://www.wired.com/wired/subscribe/clickmiles.html.
Souccar, Miriam K. "Epidemic of Rate Shopping Spurs a Search for remedies," Jan. 7, 1999, Copyright 1999 American Banker, Inc.
"Wellsparks Group Launches V.I.P. Rewards; The Most Comprehensive Relationship Marketing Program Ever Created by a Mall Developer", Business wire May 19, 1998, 2 pp.
"Jay Jacobs Inc. Introduces Private Label Credit Card", Business Wire May 18, 1998, 1 page.
Meece, Mickey "Big Finance Companies May Want Piece of Limited's Private-Label Card Program", The American Banker Apr. 12, 1995, 2 pp.
"Points Earn Little Credit as Cardholders Fail to Cash In" Birmingham Post May 9, 1998, 2 pp.
"Card Briefs: Beneficial, Casual Male Team Up on Card" The American Banker May 4, 1998 1 pg.
AAdvantage Auction "Experience More with You AAdvantage Miles". http://www.aa.com/il8n/urls/auction.jsp?anchorLocation=DirectURL&title=auction.
Wald, Matthew L. "Spending It; Untying Cellular Phones From Those Annual Contracts" The New York Times Mar. 15, 1998, 2 pp.
Wijnen, Renee "Cendant Eyes Cross-Marketing Opportunities; CUC International-HFS Inc. Merger Expected to Yield an Additional 2 Million Club Members" DM News Feb. 2, 1998, 2 pp.
Sanders, Edmund "Tricky Business; The Magic of Rebate Cards can Quickly Disappear", Chicago Tribune Aug. 18, 1997, 3 pp.
Simon, Ruth "Make Sure Your Rebate Card Still Delivers the Goods", Money Aug. 1997, 2 pp.
Selasky, Susan "Easy-To-Swallow Savings; Diner Credit Cards Serve Wide menu of Discounts", Pittsburgh Post-Gazette Dec. 5, 1996, 3 pp.
"Chemical Bank and AT&T Smart Cards form Strategic Alliance", www.att.com/press/1193/931117.blb.html, 3 pp.
Kristof, Kathy "Card Sharks are in Season; be Wary of Discounts and Rebates as You Shop Around for Good Credit Deals", Chicago Tribune, Nov. 23, 1993, 2 pp.
Wessel, Harry "Rewarding Experience?; Credit Cards Offering Bonuses Not for Everyone", Chicago Poet-Gazette Dec. 5, 1996, 3 pp.
Ross, Chuck et al., "Coke Card promotion set for '98", (http //adage com/news.sub.--and.sub.--features/features/19971117/article3 html), Copyright Nov. 1997, 2 pp.
Singletary, Michelle, "Electronic World, Unchecked Problem?", The Washington Post, Mar. 4, 1997, Section: Financial, p. C01, 4 pp.
Ellin, Abby, "Listening to an Earful for Savings," (Hear the Pitches and talk for Free), The New York Times, Jan. 24, 1999, 1 pg.
Cox, Beth, "Visa, Travelweb Enter Online Marketing Partnership," Internetnews.com, Jan. 21, 1999, 1 pg.
Tedesco, Richard. "Pactel Pushes Net Access." Broadcasting & Cable. Jun. 3, 1996, pp. 64-65.
Colman, Price. "Cross-marketing Cuts Cable Bills." Broadcasting & Cable. Jul. 15, 1996, p. 44, 2 pp.
O'Brien, Timothy L., "The Market: Market Place—Taking the Danger out of Danger out of Risk; Chase says Models Helped it avoid Financial Minefields," The New York Times Business/Financial Desk, Jan. 20, 1999 Section C. col. 2 at p. 1, 4 pp.
"Rent from NetFlix.com Buy from Amazon.com," Official Press Release, Jan. 17, 1999, 1 pg.
"Let's Play the Cash Register Receipts Lottery", The New York Times, Dec. 25, 1990, Section: Section 1, p. 30, col. 4, Editorial Desk, 1 pg.
Dennis, Sylvia. "Visa Gets ready for Interactive Set-Top Boxes," Newsbytes, Dec. 14, 1998, 2 pp.
"Philips offers customers financing through Citicorp; Philips Medical Systems North America, Citicorp North America Inc." Health Industry Today, Jun. 1991, Section: vol. 54, No. 6, p. 4, ISSN: 0745-4678, 1 page.
Sinclair, Stewart. "To Mail or Not to Mail?" Strategy, Strategy Directresponse Special Report, Couponing, Oct. 12, 1998 at p. D21, 4 pp.
"Winn-Dixie/The Salvation Army Report Contributions for War Against Hunger", PR Newswire, Jun. 10, 1993, Section: Financial News, 1 pg.
Armstrong, Larry. "Coupon Clippers, save Your Scissors," Vons Supermarkets are Revolutionizing the Delivery of Discounts. Business week, Jun. 20, 1994, No. 3377 at p. 164, 2 pp.
Patch, Kimberly, "Sled InterNIC Debut Internet Services; Sled Corp Offers Electronic Coupons for Encryption software; InteNIC Information Services Launches InfoGuide to Internet Computer Network" PC Week, May 16, 1994 vol. 11 No. 19 at p. 130, ISSN: 0740-1604, 1 page.
"American Eagle Outfitters" PR Newswire. Mar. 26, 2010. www.printthis.clickability.com/pt/cpt?expire=&title=American+Eagle+Outfitters%2C+Inc+Introduces+the . . .
Andreoli, Tom et al., "Cash Machines Offer a Whole Lotto Money . . . ", Crain's Chicago Business, Jun. 19, 1995, Section: News, p. 8, 2 pp.
Brochure: "MyPoints (R)", MotivationNet, Inc. (TM), Homepage: www.mypoints.com, Copyright: Apr. 1998, 29 pp.

Bonnici, Joseph et al., "Consumer issues in coupon usage: An exploratory analysis", Journal of Applied Business Research, winter 1996/1997, vol. 13, No. 1, pp. 31-40, ISSNn: 0892-7626, CODEN: JPBEBK, 11 pp.
Hoeschen, Brad. "Brookfield Square Hopes Mall Card Strikes a Chord," Business Journal-Milwaukee, vol. 14, No. 50, p. 19, Sep. 12, 1997, 2 pp.
Armstrong, Larry. "The Free-PC Game: Lure 'Em in and Lock 'EM Up". Jul. 19, 1999 http://www.businessweek.com/1999/99_29/b3638169.htm?scriptFramed.
Iverson, Mark. "DataCard Partners With CSI to Offer Card-Based Loyalty Solution to Merchants." Jul. 19, 1998 http://www.thefreelibrary.com/_/print/PrintArticle.aspx?id=20883274.
"Cardbriefs: Stored-Value Card Designed for Casinos", The American Banker, Oct. 31, 1995, Section: Credit/Debit/ATMS, 1 pg.
"Tecmark Reward Terminal", (http //www tecmarkinc com/terminal htm), copyright, 1996 Tecmark Services, Inc., 1 pg.
WAP WTLS: Wireless Application Protocol Wireless Transport Layer Security Specification, Wireless Applications Forum, Limited, Apr. 30, 1998. [Retrieved on Jan. 19, 2009]. Retrieved from the Internet <Oct. 7, 2008>.
Fallon: "UK Retailers Loyal Customer 'Card Wars' Prove costly (Most major retailers in the UK have grown their sales over the past 2 years by lunching loyalty-card program" ; Supermarket News, May 5, 1997; vol. 47, No. 18, p. 57.
Booker, Ellis, "Checkout lines to offer more than just candy and waiting", Computer World, May 21, 1990, 1 pg.
Fickenscher, Lisa, "Merchant: American Express Seeks to Mine Its Data on Cardholder Spending Patters", The American Banker, Mar. 24, 1997, Credit/Debit/ATMS, 2 pp.
Fickenscher, Lisa, "Amex to Start Free Rewards Program with Discounts on Merchandise", The American Banker, Oct. 18, 1996, Section: Credit/Debit/ATMS, p. 10, 2 pp.
Fitzgerald, Kate, "Amex program moves loyalty to next level: Custom Extras finds a medium customers can't ignore: Billing Statements", Advertising Age, Nov. 4, 1996, Section: News, 2 pp.
Amato-McCoy, Deena, "Co-Branded Acme Credit Card Rewards Loyal Users" Supermarket News, Jun. 15, 1998, Section: p. 17, ISSN: 0039-5803, 2 pp. "DataCard Partners With CSI to Offer Card-Based Loyalty Solution to Merchants", Business Wire, Jul. 9, 1998, 1 pg.
Albright, Mark, "Grocery savings via Web coupons", St. Petersburg Times, Jul. 22, 1998, Section: Business, 2 pp.
Notice of Allowance; U.S. Appl. No. 13/441,365; Mailing Date Jun. 16, 2012.
Non Final Rejection dated May 4, 2012; U.S. Appl. No. 13/428,656; pp. 1-6.
Notice of Allowance; U.S. Appl. No. 13/428,656; Mailing Date May 15, 2012.
Non Final Rejection dated Mar. 6, 2012; U.S. Appl. No. 13/359,120; pp. 1-7.
Notice of Allowance; U.S. Appl. No. 13/359,120; Mailing Date Apr. 18, 2012.
Non Final Rejection dated Mar. 12, 2012; U.S. Appl. No. 13/359,104; pp. 1-8.
Notice of Allowance; U.S. Appl. No. 13/359,104; Mailing Date Apr. 13, 2012.
Non Final Rejection dated Mar. 6, 2012; U.S. Appl. No. 13/359,080; pp. 1-11.
Notice of Allowance; U.S. Appl. No. 13/359,080; Mailing date Apr. 11, 2012.
Non Final Rejection dated Jan. 10, 2012; U.S. Appl. No. 12/759,506; pp. 1-10.
Notice of Allowance; U.S. Appl. No. 12/759,506; Mail date Mar. 5, 2012.
Non Final Rejection dated Dec. 15, 2012; U.S. Appl. No. 12/720,743; pp. 1-10.
Notice of Allowance; U.S. Appl. No. 12/720,743; Mailing date Jan. 24, 2012.
Non Final Rejection dated May 12, 2009; U.S. Appl. No. 11/420,255; pp. 1-7.
Notice of Allowance; U.S. Appl. No. 11/420,255; Mailing Date Dec. 16, 2009.
Non Final Rejection dated Sep. 24, 2012; U.S. Appl. No. 13/542,451; pp. 1-6.
Notice of Allowance; U.S. Appl. No. 13/542,451; Mailing Date Nov. 5, 2012.
Non Final Rejection dated Sep. 7, 2012; U.S. Appl. No. 13/532,342; pp. 1-6.
Notice of Allowance; U.S. Appl. No. 13/532,342; Mailing Date Sep. 24, 2012.
Non Final Rejection dated Sep. 6, 2012; U.S. Appl. No. 13/531,904; pp. 1-6.
Notice of Allowance; U.S. Appl. No. 13/531,904; Mailing Date Sep. 19, 2012.
Non Final Rejection dated Jul. 17, 2012; U.S. Appl. No. 13/479,417; pp. 1-11.
Notice of Allowance; U.S. Appl. No. 13/479,417; Mailing Date Jul. 30, 2012.
Notice of Allowance; U.S. Appl. No. 13/441,365; Mailing Date Jun. 18, 2012.



100
Ecommerce Server
120
Consumer
105
Client
110
Network
115
Conversion Agency
Server
130
User Account
Data Store
135
Financial Institution
Server
140
Account Data
Store 142
Conversion Agency
Account 144
Associate Server
150
Customer Data
Store 155

FIG. 1



200
Ecommerce Site 210
Mr. Smith, you have 3 items in your shopping cart.
Purchase Options:
Credit Card
Check
E-wards
215
E-wards Account 220
Mr. Smith:
Airline Rewards
10,000
Loyalty Rewards
2,000
Entertainment Rewards
100.00
Funds
$100.00
222
Convert Checked Credits to Funds
225
E-wards Account 230
Mr. Smith,
You have selected to pay $100 credits (1 credit = 1 USD) to Ecommerce Site.
Is this correct?
Yes
Cancel
232
233
Ecommerce Site 240
Receipt
Mr. Smith, we have received your payment of $100.00 for 3 items.
Thank You

FIG. 2

300
Consumer logs onto a rewards Web site
305
Rewards web site accesses user account information to determine the quantity of user earned non-negotiable credits
310
Consumer elects to redeem the non-negotiable credits
315
Consumer optionally selects a conversion form for the non-negotiable credits
320
A conversion ratio is determined, either internally through the rewards Web site or via a system that is remote and/or independent of the Web site, and a selected type of negotiable funds
325
An electronic commerce transaction is initiated to establish a converted quantity of negotiable funds in a user account
330
The quantity of converted non-negotiable credits is subtracted from the user's account
335
Consumer is presented via the rewards Web site with an access means for using the negotiable credits
340
Consumer logs off of the rewards Web site
345

**FIG. 3**

# GRAPHICAL USER INTERFACE FOR THE CONVERSION OF LOYALTY POINTS VIA A LOYALTY POINT WEBSITE

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 13/532,342 now issued U.S. Pat. No. 8,297,502 titled "User Interface For the Exchange of Non-Negotiable Credits For Entity Independent Funds", which was a continuation of U.S. Pat. No. 7,703,673, which was filed on May 25, 2006. U.S. Pat. Nos. 8,297,502 and 7,703,673 have been issued and are not presently pending.

Our claim to the priority date is through pending U.S. application Ser. No. 13/681,479 and U.S. application Ser. No. 13/681,493, which are continuation-in-part applications that claim the benefit of U.S. Pat. No. 8,342,399 and U.S. Pat. No. 8,376,224, which were pending at the time of filing these two applications.

U.S. Pat. No. 8,376,224 is a continuation-in-part application claiming the benefit of U.S. Pat. Nos. 7,703,673; 8,123, 127; and 8,162,209, which were pending at the time of the filing of this patent.

U.S. Pat. No. 8,342,399 is a continuation-in-part application claiming the benefit of U.S. Pat. Nos. 7,703,673; 8,123, 127; and 8,162,209, which were pending at the time of the filing of this patent.

Thus, there is a continuous chain of active pending U.S. cases from the co-pending applications back to U.S. Pat. No. 7,703,673, which was filed on May 25, 2006, which the present case is a continuation of—hence claiming the benefit of priority to this case (U.S. Pat. No. 7,703,673) is proper.

## BACKGROUND

The present disclosure relates to the field of graphical user interfaces for exchanging non-negotiable credits for entity independent funds.

Entities often reward consumers for utilizing their services with non-negotiable credits, such as frequent flier miles, consumer loyalty points, and entertainment credits. These non-negotiable credits can be applied towards products and/or services provided by a granting entity or its affiliates. For example, consumers can apply frequent flyer credits towards the purchase of airline tickets or airline upgrades. In another example, a consumer can utilize purchase points from a credit card company to receive percentage discounts on goods provided by affiliates. In still another example, entertainment credits can be redeemed for prizes offered in a winnings storefront of an entertainment site.

Many problems are inherent to the current techniques for the redemption of entity provided credits. One such problem is the restriction on usage to goods and/or services of the entity. That is, a consumer may have no need for the products or services listed by the entity for which the non-negotiable credits can be redeemed. Further, additional restrictions and limitations can be placed upon the non-negotiable credits that lessen the usefulness of non-negotiable credits from the consumer's perspective. For instance, airlines often limit the choice of travel dates, known as black-out dates, to which frequent flyer credits can be applied.

Another problem encountered by consumers when redeeming non-negotiable credits is time. Once a consumer submits a request to redeem their non-negotiable credits, the consumer must wait for the entity to perform one or more actions required to fulfill their request. These steps often

require days or weeks to complete. For instance, consumers participating in online entertainment sites often are required to wait a minimum of three days for their entertainment credits to be redeemed. Redemption delay can be particularly aggravating to e-commerce consumers, who by nature of an e-commerce marketplace expect rapid responses and immediate consumer gratification.

Time can also be a factor for redeeming credits having an associated expiration date. A consumer's non-negotiable credits may expire before a sufficient quantity is acquired for a desired purchase. Lesser purchases requiring fewer credits may not have a significant appeal for the consumer. Hence, credit expiration dates can further decrease the consumer value of non-negotiable credits.

Yet another problem with conventional implementation of non-negotiable credits is that consumers often belong to multiple credit-earning programs that provide the consumers with multiple incompatible forms of non-negotiable credit. Each of these multiple programs can span a single industry or can span multiple industries. For example, a consumer can acquire a moderate number of frequent flyer miles with multiple airlines, where each airline specific account contains insufficient credits to have any meaningful consumer value. Consumers can also have many different types of non-negotiable credits, such as multiple merchant specific credit, credit card credits, and frequent flier miles, each having different redemption values and program redemption rules. These different programs, values, and rules can understandably confuse and frustrate consumers, who due to their confusion, often elect to avoid participating in an entity sponsored credit program.

## BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWINGS

FIG. **1** is a schematic diagram of a Web based conversion of non-negotiable credits associated with an entity to entity independent funds system in accordance with an embodiment of the inventive arrangements disclosed herein.

FIG. **2** is a schematic diagram of successive GUIs that illustrate the Web based conversion of non-negotiable credits associated with an entity to entity independent funds system in accordance with an embodiment of the inventive arrangements disclosed herein.

FIG. **3** is a flow chart of a method for the Web based conversion of non-negotiable credits associated with an entity to entity independent funds system in accordance with an embodiment of the inventive arrangements disclosed herein.

## DETAILED DESCRIPTION

The present disclosure permits consumers to transform non-negotiable credits provided by an entity to negotiable funds in an approximately immediate fashion using the Web. More specifically, a conversion agency can function as an intermediary that converts entity provided credits into entity independent funds. The conversion agency can be an independent entity that is not directly affiliated with the credit providing entities.

The conversion can occur automatically using a Web initiated action and can have approximately immediate results. Approximately immediate as used herein can signify that a transaction can occur within a single Web session with user acceptable delay tolerances, typically under half an hour and often under a few minutes. In one embodiment, credits can be automatically converted to funds as part of an e-commerce

checkout. In another embodiment, credits can be converted into a user accessible account held with a financial institution.

The present disclosure can be implemented in accordance with numerous aspects consistent with material presented herein. For example, one aspect of the present disclosure can include a method for converting credits to funds. The method can include a step of a Web site receiving user identification information. Non-negotiable credits can be identified that are associated with an entity with which the user has previously interacted. The previous interactions could have earned the non-negotiable credits. Responsive to a user request, a conversion agency can convert a quantity of the non-negotiable credits into a quantity of negotiable funds. The conversion agency can be an agency not directly associated with the entity. The user can be permitted to access the quantity of negotiable funds. The quantity of negotiable funds can be applied to user specified purchases. At least a portion of the purchases can involve at least one vender that does not honor the non-negotiable credits.

Another aspect of the present disclosure can include a software method for converting non-negotiable credits into negotiable funds. The method can receive a user request to convert a quantity of non-negotiable credits held in a user account associated with an entity. A conversion rate between the non-negotiable credits available to the user and a form of negotiable funds can be automatically determined. A quantity of non-negotiable credits can be automatically subtracted from the user account. A quantity of the negotiable funds based upon the determined conversion rate and quantity of subtracted funds can be automatically transferred to a financial account. The financial account can be an account that is not associated with the entity. The entire method can occur in an approximately immediate fashion.

Still another aspect of the present disclosure can include a Web-based credit to fund conversion system. The system can include a non-negotiable credit account, a negotiable funds account, and a conversion agency. The non-negotiable credit account can be associated with an entity. Non-negotiable credits contained within the non-negotiable credit account can be earned though previous interactions between a user and the entity. The negotiable funds account can include negotiable funds that the user is able to apply to user specified e-commerce purchases. One or more venders involved in the e-commerce purchases can be venders that do not honor the non-negotiable credits for the e-commerce purchases. The conversion agency can automatically and approximately immediately convert a quantity of credits from the non-negotiable credit account to a quantity of funds in the negotiable funds account responsive to a request from the user.

It should be noted that various aspects of the disclosure can be implemented as a program for controlling computing equipment to implement the functions described herein, or a program for enabling computing equipment to perform processes corresponding to the steps disclosed herein. This program may be provided by storing the program in a magnetic disk, an optical disk, a semiconductor memory, or any other recording medium. The program can also be provided as a digitally encoded signal conveyed via a carrier wave. The described program can be a single program or can be implemented as multiple subprograms, each of which interact within a single computing device or interact in a distributed fashion across a network space.

It should also be noted that the methods detailed herein can also be methods performed at least in part by a service agent and/or a machine manipulated by a service agent in response to a service request.

FIG. **1** is a schematic diagram of a Web based conversion of non-negotiable credits associated with an entity to entity independent funds system **100** in accordance with an embodiment of the inventive arrangements disclosed herein. System **100** includes consumer **105** and conversion agency server **130**.

Consumer **105** interacts with conversion agency server **130** via client **110**. Client **110** can be any of a variety of interfaces including, but not limited to, another human being, a personal computer, a kiosk, a graphical user interface (GUI), a Web page, a telephone, a personal data assistant (PDA), a mobile phone, and the like.

Client **110** can operate in a stand-alone fashion. Alternatively, client **110** can be a device that cooperatively participates in a network of distributed computing devices. Client **110** can also be another human being utilizing an alternate form of Client **110** to access conversion agency server **130** via network **115**. Network **115** can facilitate data exchanges over wireless as well as line-based communication pathways and protocols.

Both consumer **105** and conversion agency server **130** can interact with associate server **150**, e-commerce server **120**, and financial institution server **140** via network **115**. Conversion agency server **130** includes user account data store **135** in which consumer **105** is a member. Associate server **150** includes customer data store **155** in which consumer **105** is a member. Financial institution server **140** includes account data store **142**. Account data store **142** includes conversion agency account **144** corresponding to conversion agency **130**.

Consumer **105** earns non-negotiable credits from associate server **150**. The quantity of these non-negotiable credits is saved in customer data store **155**. The method in which consumer **105** earns credits can be any of a variety of activities including, but not limited to, making online purchases, making in-store purchases, playing online games, participating in online games of chance, participating in surveys, and the like. Consumer **105** uses conversion agency server **130** to convert the non-negotiable credits from associate server **150** into negotiable funds provided by e-commerce server **120** or financial institution **140**. In one embodiment, conversion agency **130** can include multiple reward accounts of consumer **105**.

For example, consumer **105** earns five hundred credits from participating in an online game of chance hosted by associate server **150**. Consumer **105** can choose to use conversion agency **130** to convert any or all of these credits to a monetary equivalent. Conversion agency **130** withdraws the necessary amount from conversion agency account **144** contained within the account data store **142** of financial institution **140** and transfers it to an account specified by consumer **105**. In another example, consumer **105** uses conversion agency **130** to complete a purchase at e-commerce server **120**. Again, conversion agency **130** withdraws the necessary amount from conversion agency account **144** contained within the account data store **142** of financial institution **140** and transfers it to the account of e-commerce server **120**.

E-commerce server **120** can be any Web site that supports online purchases of goods or services. In one embodiment, e-commerce server **120** can include a distinct payment option for conversion agency **130**. This distinct payment option could process the conversion of credits through their Web site. Alternatively, the distinct payment option could launch an application to process the conversion of credit that is separate from their Web site. In another embodiment, associate server **150** can act as e-commerce server **120**.

Financial institution server **140** can be any of a variety of entities including, but not limited to, a bank, a credit card

company, an investment firm, and the like. In one embodiment, financial institution server **140** can reside in the same country as consumer **105** and/or associate server **150**. In another embodiment, financial institution server **140** can reside in a country other than that of consumer **105** and/or associate server **150**.

FIG. **2** is a schematic diagram of successive GUIs that illustrate the Web based conversion of non-negotiable credits associated with an entity to entity independent funds system **200** in accordance with an embodiment of the inventive arrangements disclosed herein.

GUI **210** can be a checkout window from any e-commerce site. GUI **210** includes payment button **215**. Payment button **215** can represent a payment option that includes the conversion of non-negotiable credits to purchase the items in the shopping cart. Selection of payment button **215** by a user can produce GUI **220**.

GUI **220** can be a display window from a conversion agency. GUI **220** includes display box **222** and button **225**. GUI **220** can be rendered by any of a variety of means including, but not limited to, a Web browser, a JAVA applet, a PERL script, and the like. In one embodiment, GUI **220** can be contained within the e-commerce site. GUI **220** can display the balance of non-negotiable credits from one or more reward programs. GUI **220** contains a means by which the user selects the type of non-negotiable credits to convert including, but not limited to, a set of radio buttons, a set of checkboxes, a highlighting mechanism, and the like. Display box **222** can display the monetary value of the selected non-negotiable credits. The value displayed in display box **222** can be based on preset conversion factors. Button **225** can represent the initiation of the process by which the selected non-negotiable credits are converted to negotiable funds. Selection of button **225** by a user can produce GUI **230**.

GUI **230** can be a display window from a conversion agency. GUI **230** includes yes button **232** and cancel button **233**. GUI **230** can be rendered by any of a variety of means including, but not limited to, a Web browser, a JAVA applet, a PERL script, and the like. In one embodiment, GUI **230** can be contained within the e-commerce site. GUI **230** can display a summary message of the transaction initiated by GUI **220**. GUI **230** can include a means to continue the transaction, yes button **232**, and a means to cancel the transaction, cancel button **233**. Selection of cancel button **233** by a user cancels the transaction and can return the user to GUI **220**. Selection of yes button **232** by a user completes the transaction initiated in GUI **220** and can produce GUI **240**.

GUI **240** can be a display window from the same said e-commerce site. GUI **240** can contain a message acknowledging the successful conversion of the user's non-negotiable credits into negotiable funds for the purchase of the items in the shopping cart.

FIG. **3** is a flow chart of a method **300** for the Web based conversion of non-negotiable credits associated with an entity to entity independent funds system in accordance with an embodiment of the inventive arrangements disclosed herein.

Method **300** can begin in step **305**, where a consumer logs onto a rewards Web site. In step **310**, the rewards Web site utilizes the user information provided in step **305** to access the consumer's account information and display the amount of non-negotiable credits in the consumer's account. The consumer elects to redeem some quantity of non-negotiable credits in step **315**. If supported by the rewards Web site, step **320** can occur in which the consumer can select the form of negotiable funds to convert the non-negotiable credits. In step **325**, a ratio is determined for the conversion of the non-negotiable credits to the selected type of negotiable funds. This ratio can be determined by any of a variety of means including, but not limited to, an algorithm internal to the rewards Web site, an algorithm contained in a system that is remote and/or independent of the rewards Web site, and the like. An electronic commerce transaction is initiated in step **330** to establish the converted amount of negotiable funds in a user account. The quantity of converted non-negotiable credits is subtracted from the user's account in step **335**. In step **340**, the rewards Web site presents the consumer with an access means for the negotiable funds. Lastly, the consumer terminates the session by logging off the rewards Web site in step **345**.

The present disclosure may be realized in hardware, software, or a combination of hardware and software. The present disclosure may be realized in a centralized fashion in one computer system or in a distributed fashion where different elements are spread across several interconnected computer systems. Any kind of computer system or other apparatus adapted for carrying out the methods described herein is suited. A typical combination of hardware and software may be a general purpose computer system with a computer program that, when being loaded and executed, controls the computer system such that it carries out the methods described herein.

The present disclosure also may be embedded in a computer program product, which comprises all the features enabling the implementation of the methods described herein, and which when loaded in a computer system is able to carry out these methods. Computer program in the present context means any expression, in any language, code or notation, of a set of instructions intended to cause a system having an information processing capability to perform a particular function either directly or after either or both of the following: a) conversion to another language, code or notation; b) reproduction in a different material form.

This disclosure may be embodied in other forms without departing from the spirit or essential attributes thereof. Accordingly, reference should be made to the following claims, rather than to the foregoing specification, as indicating the scope of the disclosure.

What is claimed is:

**1**. A method comprising:

a computer serving a set of one or more Web pages for a loyalty program of an entity to one or more remotely located client machines, wherein the Web pages are able to be rendered within a client-side browser as a graphical user interface on the one or more client machines, wherein upon being rendered within the client-side browser said graphical user interface shows a quantity of non-negotiable credits, wherein said non-negotiable credits are loyalty points of the loyalty program possessed by a member, wherein upon being rendered within the client-side browser the graphical user interface comprises a conversion option to convert at least a subset of the shown non-negotiable credits into a quantity entity independent funds, wherein said entity independent funds are different loyalty points of a different loyalty program of a commerce partner, wherein said entity independent funds are possessed by the member, wherein an agreement exists between the entity and the commerce partner, wherein the agreement permits members to convert the non-negotiable credits to the entity independent funds in accordance with a fixed credits-to-funds conversion ratio, wherein the agreement specifies that the entity is to compensate the commerce partner in an agreed upon amount of cash or credit for conversions of non-negotiable credits to entity inde-

pendent funds, wherein said agreed upon amount is a multiple of a quantity of converted non-negotiable credits, wherein the entity independent funds are redeemable per the different loyalty program for commerce partner goods or for commerce partner services, wherein the commerce partner is not said entity, wherein in absence of being converted the non-negotiable credits are not accepted as payment for commerce partner goods or for commerce partner services;

the computer responsive to receiving a message indicating a selection of the conversion option, processing the selection to effectuate changes in the served set of Web pages; and

responsive to the processing, the computer serving one or more Web pages or Web page updates that include the effectuated changes to the one or more remotely located client machines, wherein upon being rendered within the client-side browser the graphical user interface is updated with the effectuated changes, wherein the updated graphical user interface shows a reduced quantity of non-negotiable credits possessed by the member in the loyalty program, said reduced quantity resulting at least in part from the subset of non-negotiable credits being converted into the quantity of entity independent funds in accordance with the fixed credits-to-funds conversion ratio.

**2**. The method of claim **1**, wherein the updated graphical user interface shows a quantity of entity independent funds resulting from converting the subset of non-negotiable credits into the quantity of entity independent funds in accordance with the fixed credits-to-funds conversion ratio.

**3**. The method of claim **1**, wherein the updated graphical user interface shows a quantity of available entity independent funds possessed by the member for use as payment for the goods or services provided by the commerce partner, said quantity of available entity independent funds including an amount resulting from the conversion operation.

**4**. The method of claim **1**, wherein the entity charges the member a fee for converting the non-negotiable credits to the entity independent funds, wherein the fee is specified in terms-of-use of the loyalty program.

**5**. The method of claim **1**, wherein the entity imposes a lower threshold on the quantity of non-negotiable credits able to be converted via conversion option the Web pages, wherein the lower threshold is greater than one hundred non-negotiable credits.

**6**. The method of claim **1**, wherein the loyalty program of the entity is an airline, hotel, or credit card loyalty program, wherein the different loyalty program of the commerce partner is an airline, hotel, or credit card loyalty program.

**7**. The method of claim **1**, wherein the computer serves the set of one or more Web pages, processes the selection, and serves the one or more Web pages or Web page updates that include the effectuated changes within a single user-interactive Web session.

**8**. The method of claim **1**, wherein the entity has contractual agreements with a plurality of different commerce partners establishing different agreed upon conversion ratios and different compensation amounts owed by the entity to the different commerce partners for exchanging non-negotiable credits of the loyalty program for funds of loyalty programs of the different commerce partners, wherein said Web pages when rendered within the graphical user interface show the different agreed upon conversion ratios to the member.

**9**. A method comprising:

a computer serving a set of one or more Web pages for a different loyalty program of an commerce partner to one or more remotely located client machines, wherein the Web pages are able to be rendered within a client-side browser as a graphical user interface on the one or more client machines, wherein upon being rendered within the client-side browser said graphical user interface shows a quantity of entity independent funds, wherein said entity independent funds are different loyalty points of the different loyalty program possessed by a member, wherein upon being rendered within the client-side browser the graphical user interface comprises

a conversion option to convert at least a subset of non-negotiable credits into a quantity of the entity independent funds, wherein said non-negotiable credits are loyalty points of a loyalty program of an entity, wherein said non-negotiable credits are possessed by the member, wherein an agreement exists between the entity and the commerce partner, wherein the agreement permits members to convert the non-negotiable credits to the entity independent funds in accordance with a fixed credits-to-funds conversion ratio, wherein the agreement specifies that the entity is to compensate the commerce partner in an agreed upon amount of cash or credit for conversions of non-negotiable credits to entity independent funds, wherein said agreed upon amount is a multiple of a quantity of converted non-negotiable credits, wherein the entity independent funds are redeemable per the different loyalty program for commerce partner goods or for commerce partner services, wherein the commerce partner is not said entity, wherein in absence of being converted the non-negotiable credits are not accepted as payment for commerce partner goods or for commerce partner services;

the computer responsive to receiving a message indicating a selection of the conversion option, processing the selection to effectuate changes in the served set of Web pages; and

responsive to the processing, the computer serving one or more Web pages or Web page updates that include the effectuated changes to the one or more remotely located client machines, wherein upon being rendered within the client-side browser the graphical user interface is updated with the effectuated changes, wherein the updated graphical user interface shows an increased quantity of entity independent funds possessed by the member, said increased quantity resulting at least in part from the subset of non-negotiable credits being converted into the quantity of entity independent funds in accordance with the fixed credits-to-funds conversion ratio.

**10**. The method of claim **9**, wherein the updated graphical user interface shows a quantity of non-negotiable credits expended as a result of converting the subset of non-negotiable credits into the quantity of entity independent funds in accordance with the fixed credits-to-funds conversion ratio.

**11**. The method of claim **9**, wherein the updated graphical user interface shows a quantity of available non-negotiable credits, said quantity of available non-negotiable credits representing an amount remaining after converting the subset of non-negotiable credits in accordance with the fixed credits-to-funds conversion ratio.

**12**. The method of claim **9**, wherein the commerce partner charges the member a fee for converting the non-negotiable credits to the entity independent funds, wherein the fee is specified in terms-of-use of the different loyalty program.

**13**. The method of claim **9**, wherein the commerce partner imposes a lower threshold on the quantity of non-negotiable

credits able to be converted via conversion option the Web pages, wherein the lower threshold is greater than one hundred non-negotiable credits.

**14**. The method of claim **9**, wherein the loyalty program of the entity is an airline, hotel, or credit card loyalty program, and wherein the different loyalty program of the commerce partner is an airline, hotel, or credit card loyalty program.

**15**. The method of claim **9**, wherein the computer serves the set of one or more Web pages, processes the selection, and serves the one or more Web pages or Web page updates that include the effectuated changes within a single user-interactive Web session.

**16**. The method of claim **9**, wherein the commerce partner has contractual agreements with a plurality of different entities establishing different agreed upon conversion ratios and different compensation amounts owed by the different entities to the commerce partner for exchanging non-negotiable credits of the different entities for entity independent funds of the commerce partner, wherein said Web pages when rendered within the graphical user interface show the different agreed upon conversion ratios to the member.

**17**. A method comprising:

a computer, comprising hardware, presenting a graphical user interface (GUI) on a display to a service agent and/or a machine manipulated by the service agent, wherein the service agent is a human agent authorized to act on behalf of an entity or a commerce partner, said graphical user interface showing a quantity of non-negotiable credits, wherein said non-negotiable credits are loyalty points of a loyalty program of the entity, wherein said shown quantity of non-negotiable credits are possessed by a member, wherein said shown quantity of non-negotiable credits were previously earned through previous interactions involving the loyalty program, the graphical user interface comprising a conversion option to convert at least a subset of the shown non-negotiable credits into a quantity entity independent funds, wherein said entity independent funds are different loyalty points of a different loyalty program of the commerce partner, wherein said entity independent funds are possessed by the member, wherein an agreement exists between the entity and the commerce partner, wherein the agreement permits the service agent to convert the non-negotiable credits to the entity independent funds in accordance with a fixed credits-to-funds conversion ratio, wherein the agreement specifies that the entity is to compensate the commerce partner in an agreed upon amount of cash or credit for conversions of non-negotiable credits to entity independent funds, wherein said agreed upon amount is a multiple of a quantity of converted non-negotiable credits, wherein the entity independent funds are redeemable per the different loyalty program for commerce partner goods or for commerce partner services, wherein the commerce partner is not said entity, wherein in absence of being converted the non-negotiable credits are not accepted as payment for commerce partner goods or for commerce partner services;

the computer receiving a selection of the conversion option; and

responsive to the received selection being processed, the computer presenting within the graphical user interface a reduced quantity of non-negotiable credits possessed by the member, said reduced quantity resulting at least in part from converting the subset of non-negotiable credits into the quantity of entity independent funds in accordance with the fixed credits-to-funds conversion ratio.

**18**. The method of claim **17**, wherein the computer charges the member a fee for converting the non-negotiable credits to the entity independent funds, wherein the fee is specified in terms-of-use of the loyalty program or is specified in terms-of-use of the different loyalty program.

**19**. The method of claim **17**, wherein the loyalty program is an airline, hotel, or credit card loyalty program, wherein the different loyalty program is an airline, hotel, or credit card loyalty program, wherein the computer presents the graphical user interface, receives the selection of the conversion option, and presents the reduced quantity of non-negotiable funds a single user-interactive session involving the computer and the service agent.

**20**. The method of claim **17**, wherein the service agent is an employee of an airline, a hotel, a credit card company, or of a company providing customer service for the loyalty program or for the different loyalty program, wherein the loyalty program is an airline, hotel, or credit card loyalty program, and wherein the different loyalty program is an airline, hotel, or credit card loyalty program.

* * * * *