# EXHIBIT A

10/17/13 The Balance Sheet Patent enforcement company sues ten airlines over rewards programs technology | The Balance Sheet – The Denver Post

Case 2:13-cv-00655-WCB Document 113-1 Filed 08/07/14 Page 2 of 3 PageID #: 1789

- The Balance Sheet - http://blogs.denverpost.com/thebalancesheet -

# Patent enforcement company sues ten airlines over rewards programs technology

Posted By Kristen Painter On August 21, 2013 @ 4:55 pm In Airlines,Colorado Business,Frontier Airlines,Southwest,United Airlines | No Comments

A patent enforcement company filed ten separate lawsuits against ten of the largest U.S. airlines after the close of business Tuesday for patent infringements on technology that is used to transfer points between rewards programs.

CopyTele, which "develops and acquires patented technologies for the purposes of patent monetization and patent assertion," claims that Alaska Airlines, American Airlines, Delta Airlines, Frontier Airlines, Hawaiian Airlines, JetBlue, Southwest Airlines, Spirit Air, United Airlines and U.S. Airways may be in violation of up to 16 patents for the electronic process used to convert, or sell, airline miles to partner companies.

"Rewards programs used to be self-contained and what this portfolio (of 16 patents) covers is the ability to transfer points from one program to other programs electronically in real-time," said Robert Berman, CEO of Long Island-based CopyTele.

According to Berman, this is just the first round of lawsuits he plans to file for The Loyalty Systems Conversion patents and applies specifically to coalition rewards programs. CopyTele claims that these airlines use the patented electronic conversion process to sell its miles hotel, rental car, grocery, credit card and other participating companies.

CopyTele is asking that the technology's inventors – a wholly-owned subsidiary of CopyTele – receive a royalty on each reward-point transaction between the airlines and its partners. If successful, that could mean a significant chunk of money for CopyTele.

"Loyalty programs have become products in and of themselves. These rewards programs are insanely profitable for the airlines," Berman said. "When the airlines go into bankruptcy, generally, the only thing making money are these programs and they are making billions of dollars."

The company currently has 20 active lawsuits in a variety of technology areas and has been called a "patent troll" by some for actively recruiting clients or ownership of patents. Berman, however, does not see that as a negative, arguing that CopyTele is simply defending the rights of inventors and innovators who otherwise may not have the know-how or resources to monetize their patents.

Loyalty Conversion Systems v. Frontier Airlines



SHOW ME MORE LIKE LOYALTY CONVERSION SYSTEMS V. FRONTIER AIRLINES
SIMILAR TO LOYALTY CONVERSION SYSTEMS V. FRONTIER AIRLINES
BACK TO DOC
Browse more like Loyalty Conversion Systems v. Frontier Airlines
Previous | Next
Copytele Inc. v E Ink Holdings
propertyintangible

Article printed from The Balance Sheet: **http://blogs.denverpost.com/thebalancesheet**

URL to article: **http://blogs.denverpost.com/thebalancesheet/2013/08/21/patent-enforcement-company-sues-airlines/10607/**

All contents Copyright © 2011 The Denver Post or other copyright holders. All rights reserved. | Privacy Policy | This material may not be published, broadcast, rewritten or redistributed for any commercial purpose.