# Zaydoon Jawadi

(650) 799-1252, zaydoonj@gmail.com

## *Summary*

Over eight years of technology litigation consulting experience, having inspected tens of millions of lines of source code and generated over 100 claim charts for more than 15 cases.  Over 35 years experience in software development, engineering, technology, consulting, and management.  Expertise spans software, data storage, database, Internet, data networking, and systems.  Excellent communication, writing, and public presentation skills.  Seasoned technical instructor, having taught thousands of technical professionals worldwide.

## *Technical Expertise*

- Business Software
- C, C++, Java, Assembly Language
- Client/Server Systems
- Data Networking
- Data Storage and Data Management
- Data Storage Development Systems
- Data Storage Device Testing
- Data Storage Interfaces: ATA (IDE), ATAPI, SATA, SCSI, SAS, FC, SSA
- Database and Related Software
- Device Drivers
- Diagnostics
- Disk Drive Software and Firmware
- Disk Drive Testing
- Embedded Systems and Software
- Firmware
- Internet Technologies
- I/O Interfaces
- I/O Devices and Subsystems
- Monitoring Software
- Network Analyzers
- Networking Protocols
- Protocol Analyzers
- Quality Assurance
- Real-Time Embedded Systems
- Software Design, Development, and Testing
- Speech Recognition Testing
- TCP/IP
- Telephony System Testing
- Website Technologies

*Litigation Support Experience*

2014, April: Retained as expert consultant for patent owner, Tierravision, Inc. for U.S. Patent No. RE41,983 reexamination.  Wrote Declaration.  Engagement completed.

2014, March-April: Retained as expert consultant for plaintiff in Parallel Networks vs. Abercrombie & Fitch, et al., for Buether Joe & Carpenter LLC in Dallas, TX, in a patent infringement case.  Federal, Judge Leonard Davis, Eastern District of Texas, Tyler Division, Case 6:10-CV-00111-LED.  Performed source code analysis of Internet web-based technology in JavaScript.  Performed investigation and analysis of MSJ brief, created detailed responses, and wrote Declaration for Defendant's MSJ.  Engagement completed.

2014, January-April: Retained as expert consultant for plaintiff in T-Jat Systems vs. Amdocs Software, for Shiboleth LLP in New York, NY, in a trade secret and copyright case.  Arbitrator Tobey B. Marzouk, Esq., Case 50 117 T 00845 13.  Performed source code inspection and analysis of contact list management software, messaging, and social networking software in Java.  Engagement completed.

2013, May-present: Retained as testifying expert and consultant for defendant in Quantum vs. Overland Storage, for DLA Piper in San Diego, CA, in a patent infringement case involving two patents.  Federal, Judge Barbara Lynn Major, in Southern District of California, San Diego, Case 3:12-cv-01599-JLS-BLM.  Performed analysis of infringement contentions regarding SCSI, data storage, and jukebox.  Advised in claim construction and prior art.  Matter ongoing.

2013, January-December: Retained as expert consultant for plaintiff in GeoTag vs. Frontier Communications, et al., for Mount, Spelman, and Fingerman in San Jose, CA, in a patent infringement case.  Federal, Judge Michael H. Schneider, Eastern District of Texas, Marshall, Cases 2:10-cv-265, et al.  Performed source code inspections and analysis of Internet web-based geographic search technology, geolocation, geocoding, mapping, store locators, business locators, restaurant locators, branch locators, dealer locators, job locators, and other locators.  Generated claim charts for 84 defendants.  Inspected millions of lines of source code of tens of websites in ASP.NET, C#, Java, JavaScript, Java Server Pages, Objective Perl, and VB as well as various relational database technologies.  Inspected five large mobile applications involving search, geolocation, geocoding, mapping, and locators for both iPhone and Android.  Performed investigation and analysis of invalidity expert report and prior art references and created detailed responses.  Performed investigation and analysis of ten non-infringement expert reports and created detailed responses.  Engagement completed.

2013, July-December: Retained as expert consultant for plaintiff in DDB Technologies vs. Fox Sports, et al., for McDonnell Boehnen Hulbert & Berghoff LLP in Chicago, IL, in a patent infringement case involving four patents.  Federal, Judge Lee Yeakel, in Western District of Texas, Austin, Case 1:11-cv-01014-LY.  Performed source code inspection and analysis of web-based sports event simulations involving millions of lines of code in Java and Objective C.  Engagement completed.

2013: Retained as expert consultant for defendant in Phaedrus and MDConsult vs. Kaiser, for Cooper Scully in San Francisco, CA, in a theft of trade secrets case.  Superior Court of California, Case No. RG-10494574, Judge Dennis Hayashi.  Performed research and analysis of hospital and medical software.  Engagement completed.

2012: Retained as expert consultant for defendant in Brocade Communications Systems and Foundry Networks vs. A10 Networks, et al., for Finnegan, Henderson, Farabow, Garrett & Dunner, venue in San Jose, CA, in a trade secret and copyright case.  Federal, Northern District of California, San Jose Division, Case No. 10-cv-03428 LHK.  Case involved Internet/web server load balancing, switching, routing, and networking device software and hardware.  Conducted source code inspection and analysis.  Analyzed alleged infringements.  Found, investigated, analyzed, and documented public domain references and prior art.  Generated trade secret expert rebuttal report and exhibits.  Participated in generating copyright expert rebuttal report.  Jury found partly for both parties.

2012: Designated as consulting expert for defendant in MicroStrategy vs. Acacia for Stradling Yocca in Newport Beach, CA, in a patent infringement case.  Superior Court, State of Delaware, Newcastle County, Case No. 5735-VCP.  Performed analysis of infringement contentions regarding business intelligence software.  Conducted research.  Wrote report.  Matter settled.

2009: Retained as expert consultant for plaintiff in Chirife vs. St. Jude Medical and Pacesetter, for The Lanier Law Firm and Ireland Carroll & Kelley, venue in Tyler, TX, in a patent infringement case.  Federal, Texas Eastern District Court, Case No. 6:08-cv-00480.  Conducted source code inspection and analysis of pace maker software, and generated infringement chart.  Matter settled before trial.

2009: Retained as expert consultant for defendant in Teradyne vs. Xyratex, for Kenyon & Kenyon, LLP, venue in Los Angeles, CA, in a patent infringement case involving two patents.  Federal, Central District of California, Case No. CV09-2580 (MMM)(CWx).  Found, investigated, and documented public domain prior art software and products involving automatic test equipment and disk drive testing.  Matter settled before trial.

2008 –2009: Retained as expert consultant for defendant in CA vs. Rocket Software, for Skadden, Arps, Slate, Meagher & Flom, LLP, venue in New York, in a copyright infringement case.  Federal, Eastern District of New York, Case No. 07-CV-1476 (LDW)(MLO).  Conducted source code inspection and analysis, analyzed alleged infringements involving database administration software.  Participated in expert rebuttal.  Found, investigated, and documented public domain prior art software.  Engagement lasted fourteen months.  Matter settled before trial.

2007: Retained as expert consultant for plaintiff in Block vs. Inisoft, for Young Conaway Stargatt & Taylor, LLP, venue in Delaware, in a trade secret and breach of contract case.  Superior Court, State of Delaware, Newcastle County, Case No. 03C-04-010 CLS.  Participated in trade secret expert rebuttal report related to publicly available information regarding Internet tax preparation software.  Found, investigated, installed, ran, analyzed, and documented publicly available prior art software.  Engagement lasted six months.  Judge found for plaintiff on all technical issues.

2006-2007: Retained as expert consultant for plaintiff in Timeline vs. ProClarity and Microsoft, for Rohde & Van Kampen and Susman Godfrey, venue in Seattle, WA, in a patent infringement case involving five patents.  Federal, Western District of Washington, Case No. C05-1013JLR.

Participated in generating validity reports and in response to obviousness expert reports related to database, data transformation, business intelligence, and data mining software.  Installed, ran, analyzed, and created reports about software and prior art.  Generated charts.  Engagement lasted eleven months.  Matter settled before trial.

2006: Retained as expert consultant for defendant in NetRatings vs. Coremetrics, for Ashby & Geddes and Heller Ehrman, venue in Delaware, in a patent infringement case involving five patents.  Federal, District of Delaware, Case No. 05-314 GMS.  Performed investigation and analysis for invalidity expert reports related to Internet technology and computer monitoring, collecting, analyzing, and reporting information concerning computer usage activity.  Found, investigated, and documented prior art and generated obviousness and anticipation charts.  Matter settled before trial.

## *Professional Experience*

### 2006 – Present, Independent Expert Consultant, Los Altos, California
- Consulting expert for plaintiffs and defendants in intellectual property cases involving software and technology

### 2010 – Present, President and Cofounder, Rate Speeches, Inc., Los Altos, California
Rate Speeches provides online services, resources, and technologies for creating, rating, evaluating, and enhancing public speaking, presentation, and communication skills.  The company operates the RateSpeeches.com website and the Speech Evaluator online software.  The system includes a database (implement using MySQL) of speakers, speeches, ratings, evaluations, and half a million speech topics.
*Technical Functions:*
- Co-designed an interactive online annotation and evaluation software for evaluating and commenting on live and recorded activities, such as public speaking.
- Co-designed a website for rating public speaking and speeches.
- Co-designed topic generator system.
- Performed detailed testing of all aspects of the website.
- Co-authored and filed a patent for an annotation and evaluation system.

### 2008 – Present, Instructor, California
- Adjunct instructor of public speaking, speech communication, and nonverbal communication courses at Menlo College, Foothill College, and Peak Presenter, Inc.

### 2001 – 2006, President and Cofounder, CoAssure, Inc., San Jose, California
CoAssure was a provider of Web-based technology services and solutions for automated telephony speech-recognition and touchtone applications.  The company's technology included: XML-based automated test generation software, automated test execution and phone call placement software, automated audio management software, Web-based test results analysis and reporting software, and database.
*Technical Functions:*
- Co-developed product and service technical requirements and specifications.
- Modeled tens of telephony applications using XML for use in generating automated tests.
- Performed automated testing of tens of telephony and speech recognition applications.
- Maintained, enhanced, and ported Web-based technology using: ASP, JavaScript, Perl, SQL, and HTML.
- Interfaced with clients to define technical requirements.
- Conducted customer product training.
- Assisted in technology porting to OEM partner's platform.

*Business Functions:*
- Performed marketing, product marketing, and marketing communications, as well as direct sales and customer support.  Customer wins include system integrators and major financial institutions.  Established exclusive OEM, private-label contract.

**1999 – 2001, CEO, Chairman, and Founder, Can Do, Inc., Sunnyvale, California**
CanDo.com was a startup Internet eCommerce company targeting people with disabilities.  The extensive website had over 10,000 items for sale, and extensive consumer features, such as news, chat, messages, and product information.  The company was funded by the leading venture capital firms US Venture Partners and Venrock.
*Technical Functions:*
- Participated in defining website requirements and design.
- Participated in conceiving and architecting of magnification technology to make websites more accessible and usable by vision-impaired people.
- Participated in conceiving and architecting of sound adaptation technology to make websites more accessible and usable by hearing-impaired people.

*Business Functions:*
From 1999 to 2000 was founder CEO; then became Chairman after the firm merged with another startup.  Was involved in business-to-business and direct-to-consumer marketing initiatives, business development, and partnerships.  Enlisted high-profile advisors, such as Ted Kennedy, Jr., and John Hockenberry.  Raised $17 million in two rounds of venture funding (requiring extensive marketing and selling of the company to investors and tens of presentations), recruited an accomplished management team, and engaged in mergers and acquisitions initiatives.

**1997 – 1998, General Manager, Data Networking Business Unit, Xyratex, San Jose, CA**
Xyratex International (NASDAQ: XRTX) is a data storage and data networking company, which used to be an IBM UK division.
*Technical Functions:*
- Participated in defining customer requirements, product specifications, and architecture.

*Business Functions:*
Was responsible for data networking analysis tools small business unit.  Launched Gigabit Ethernet protocol analyzer hardware/software product, which quickly became successful and profitable.  Signed an OEM contract with the world's leading supplier of network analyzers.

**1996 – 1997, General Manager, Northern California, Xyratex, San Jose, CA**
The Xyratex test division was a major supplier to each of the top five disk drive manufacturers.
*Technical Functions:*
- Participated in product specifications, architecture, and design.
- Provided technical product training to sales force.
- Interfaced regularly with customers about their technical requirements.

*Business Functions:*
In charge of the San Jose group, and responsible for the data storage interface (SCSI and ATA/IDE) test product line within Xyratex.  Participated in the sales process, both to high-level corporate executives as well as to technical engineers, winning millions of dollars in new business and two substantial accounts.  The Xyratex test division grew to be a major supplier to each of the top five disk drive manufacturers at the time.

**1992 – 1996, President and Founder, Zadian Technologies, Inc., San Jose, California**
In 1996 Zadian was the largest supplier of interface production test systems (SCSI and ATA/IDE) for data storage devices (disk, tape, CD-ROM, and RAID), with over 50,000 units installed worldwide in mission-critical customer operations.  The systems were used by

manufacturers in their high-volume production and QA processes, and by their customers to certify their products.  Other products were SCSI, ATA/IDE, SSA, and PCMCIA development systems.  Customers included Fujitsu, Conner, Quantum, Seagate, HP, DEC, IBM, EMC, Tandem, and Unisys.  The company had distribution channels in the US, Japan, Taiwan, Korea, and Europe, as well as sales and support offices in Colorado and Singapore.  The business expanded from operating profits and was sold to Xyratex in 1996.

*Technical Functions:*
- Co-conceived and co-architected the products.
- Hands-on, participated in all product specifications, architecture, and design.
- Developed technical product training courses and materials, and presented them regularly to customers, employees, and sales force.
- Taught SCSI and other technical seminars.
- Created and presented QA training for employees.

*Business Functions:*
Built the company from scratch to $20 million in revenues, with sustained profitable revenue growth, and 65% gross margins.  Recruited seasoned senior management team from Fortune-500 companies, while continuing to be actively involved in all business aspects, especially sales and marketing, and major customer wins.  Shipped two generations of products.

**1984 – 1994, Software and Data Storage Consultant, San Jose, California**
- Created and taught three SCSI seminars: SCSI the Nuts and Bolts (3-day detailed course), Introduction to SCSI, and Non-technical SCSI.
- Co-created and taught ATA/IDE course and SSA course.
- Taught Fiber Channel course.
- Authored and published a SCSI training video and manuals.
- Trained thousands of engineers and technical professionals worldwide from Fortune-500 companies.
- Architected software for validating SCSI and ATA/IDE implementations, as well as software for emulating ATA/IDE hosts, SCSI initiators (hosts), and SCSI disk, tape, and optical emulation with error injection simulation.
- Provided technical consulting services in SCSI, ATA/IDE, software design and development, system software, driver software, data storage, tools, testing software, protocol development systems, protocol analyzers, manufacturing software, to customers, such as Adaptec, IBM, Maxtor, NCR, Quantum, Seagate, and others in the US and Japan.
- Was lead developer and project leader of a relational database that was designed and implemented from scratch for AT&T / NCR.
- Programmed in C and assembly, under Unix, DOS, Windows, and other operating systems.
- Developed a PC internationalization software package and hardware conversion kit for personal computers and distributed it through an OEM relationship with a major computer company.
- Taught Data Structures computer science at San Jose City College.

**1981 – 1983, Software Engineer, Amdahl Corporation, Sunnyvale, California**
- Software design and development, diagnostics, testing software, software tools, disassembler, and defect tracking database software based on the Ingress relational database.
- Programmed in C and IBM assembly, under Unix, VM, and MVS.

**1978 – 1980, Engineer, Emirtel**
- Maintenance and installation of computerized (DEC) telephony and telex systems.
- Programmed and maintained software in assembly and Basic.

## *Education and Certification*

- 1980 – 1981, M.Sc., Computer Science, Columbia University, NY; Dean's Honor Student
- 1973 – 1977, B.Sc., Electrical Engineering, Mosul University
- California community college computer science lifelong instructor credential
- Numerous technical courses in data storage, data networking, operating systems, and programming at Stanford University, Santa Clara University, and others.
- College courses in communication studies totaling to 44.5 units
- Various public speaking and instructor training seminars
- Stanford Executive Program for Growing Companies
- Numerous business courses and seminars

## *Publications*

- SCSI training video, around 1990, sold at Computer Literacy stores
- SCSI Quick Reference Guide, around 1990, sold at Computer Literacy stores
- SCSI the Nuts and Bolts course manual, 1987-1993
- Introduction to I/O Interfaces course manual, around 1990
- Introduction to SSA course manual, around 1992