# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION § § § Plaintiff, § § v. § § AMERICAN AIRLINES, INC., *et al.*, § § Defendants. § | Case No. 2:13-CV-00655-WCB (LEAD CASE) |

## NOTICE OF APPEARANCE

Loyalty Conversion Systems Corporation ("Loyalty Conversion"), Plaintiff in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

    William M. Parrish
    Texas State Bar No. 15540325
    **DiNovo Price Ellwanger& Hardy LLP**
    7000 N. MoPac Expressway, Suite 350
    Austin, Texas  78731
    Telephone:  (512) 539-2626
    Telecopier:  (512) 539-2627
    Email: bparrish@dpelaw.com

Dated:  August 22, 2014        By: /s/  William M. Parrish
                                    William M. Parrish
                                    Texas State Bar No. 15540325
                                    Andrew G.  DiNovo
                                    Texas State Bar No. 00790594
                                    Jay D. Ellwanger
                                    Texas State Bar No. 24036522
                                    Adam G. Price
                                    Texas State Bar No. 24027750
                                    **DiNovo Price Ellwanger & Hardy LLP**
                                    7000 N.  MoPac Expressway, Suite 350
                                    Austin, Texas  78731
                                    Telephone:  (512) 539-2626
                                    Telecopier:  (512) 539-2627

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to FED. R. CIV. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 22nd day of August, 2014.

                                                /s/  William M. Parrish
                                                   William M. Parrish