IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>    Plaintiff,<br>v.<br><br>AMERICAN AIRLINES, INC., et al.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) CASE NO. 2:13-cv-00655-JRG<br>)         (LEAD CASE)<br>)<br>)<br>)<br>) |

### DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO AMEND THEIR INVALIDITY CONTENTIONS

Pursuant to Patent Rule 3-6(b) of the Court, Defendants American Airlines, Inc., Delta Air Lines Inc., Frontier Airlines, Inc., Hawaiian Airlines, Inc., JetBlue Airways Corp., Southwest Airlines Co., Spirit Airlines, Inc., United Airlines, Inc., and US Airways, Inc. (collectively, "Defendants"), respectfully request leave of the Court to supplement their Invalidity Contentions. Plaintiff is not opposed to this request.[1]

Good cause for this Motion exists. Defendants' supplementation is based on third-party discovery that was received in response to Defendants' subpoenas and is related to third-party prior art systems. These third-party systems were previously charted and/or identified in Defendants' Initial Invalidity Contentions served on February 14, 2014. Upon identification of these prior art systems, Defendants subpoenaed and/or contacted third-parties including

---

[1] With respect to the Hilton Honors Prior Art Supplementation, Plaintiff agreed to not oppose supplementation on the condition that Defendants provide Plaintiff with a date certain for a deposition of Ms. Tammy Philson of Hilton Worldwide. Defendants have identified September 26th, 29th, or 30th as potential dates for such deposition.

American Express, Hilton Worldwide, JP Morgan Chase, Marriott Worldwide, Starwood Hotels, and Points.com and diligently pursued discovery from these third-parties.

Throughout discovery Defendants diligently kept Plaintiff apprised of its supplemental invalidity positions by providing Plaintiff with invalidity charts and underlying third-party documents on a rolling basis and as these documents were being produced by third-parties. Thus, having had knowledge about these third-party prior art systems as early as February 14, 2014, and having received update invalidity charts on a rolling basis, Plaintiff will not suffer unfair prejudice due to supplementation of the invalidity contentions.

Further, granting this Motion will not impact the Court's schedule because the close of discovery is over two-months away, expert discovery has not began, and Plaintiff has adequate opportunity to seek any additional discovery on these third-party prior art systems.

Thus, Defendants respectfully request that this Unopposed Motion for Leave to Amend Their Invalidity Contentions pursuant to P.R. 3-6(b) be granted.

Dated:  August 22, 2014 　　　　　　　　　　　Respectfully submitted,

*/s/ Jennifer Parker Ainsworth*　　　　　　*/s/ Thomas C. Wright*
Jennifer Parker Ainsworth　　　　　　　　*(with permission by Jennifer P. Ainsworth)*
Texas Bar No. 00784720　　　　　　　　Ross Cunningham
jainsworth@wilsonlawfirm.com　　　　　Texas Bar No. 24007062
909 ESE Loop 323, Suite 400　　　　　　Thomas C. Wright
P. O. Box 7339 [75711]　　　　　　　　Texas Bar No. 24028146
Tyler, Texas 75701　　　　　　　　　　Alex J. Whitman
Telephone:  (903) 509-5000　　　　　　Texas Bar No. 24081210
Facsimile:  (903) 509-5092　　　　　　 ROSE·WALKER, L.L.P.
　　　　　　　　　　　　　　　　　　3500 Maple Avenue, Suite 900
Stephen E. Baskin　　　　　　　　　　Dallas, Texas 75219
Virginia Bar No. 47567　　　　　　　　Phone:  214.752.8600
sbaskin@mayerbrown.com　　　　　　Facsimile 214.752.8700
Ann Marie Duffy (*pro hac vice*)　　　　rcunningham@rosewalker.com
aduffy@mayerbrown.com　　　　　　　twright@rosewalker.com
　　　　　　　　　　　　　　　　　　awhitman@rosewalker.com

2

Dara M. Kurlancheek (*pro hac vice*)
dkurlancheek@mayerbrown.com
Saqib J. Siddiqui (*pro hac vice*)
ssiddiqui@mayerbrown.com
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

**ATTORNEYS FOR DEFENDANTS AMERICAN AIRLINES, INC., DELTA AIR LINES, INC., UNITED AIRLINES, INC., FRONTIER AIRLINES, INC., AND US AIRWAYS, INC.**

*/s/ Max Ciccarelli*
*(with permission by Jennifer P. Ainsworth)*
Max Ciccarelli
State Bar No. 00787242
Max.ciccarelli@tklaw.com
Daniel Murray
State Bar No. 24086422
Daniel.Murray@tklaw.com
Thompson & Knight LLP
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, Texas 75201
Tel: 214.969.1700

**ATTORNEYS FOR DEFENDANT SOUTHWEST AIRLINES CO.**

Michael C. Smith
State Bar No. 18650410
Seibman, Burg, Phillips & Smith, LLP
113 E. Austin Street
P.O. Box 1556
Marshall, TX 75671
Phone: 903-938-8900
Fax: 903-767-4620
michaelsmith@seibman.com

**ATTORNEYS FOR DEFENDANT SPIRIT AIRLINES, INC.**

*/s/ Colin O. Miwa*
*(with permission by Jennifer P. Ainsworth)*
Colin O. Miwa
Cades Schutte
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813
Telephone: (800) 544-3841
Facsimile: (800) 540-5011
cmiwa@cades.com

**ATTORNEYS FOR DEFENDANT HAWAIIAN AIRLINES, INC**

*/s/ Casey L. Griffith*
*(with permission by Jennifer P. Ainsworth)*
Casey L. Griffith
State Bar No. 24036687
Austin S. Champion
State Bar No. 24065030
KLEMCHUK KUBASTA LLP
8150 N. Central Expressway, 10th Floor
Dallas, Texas 75206
214.367.6000 (telephone)
214.367.6001 (facsimile)
casey.griffith@kk-llp.com
austin.champion@kk-llp.com
docketing_kkllp@me.com

**COUNSEL FOR DEFENDANT JETBLUE AIRWAYS CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a), on this the 22nd day of August, 2014.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth

## CERTIFICATE OF CONFERENCE

This is to certify that counsel for Defendants has conferred with Plaintiff's counsel concerning this motion and they do not oppose the motion.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth
