# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION, | ) ) ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:13-cv-00655-JRG ) (LEAD CASE) |
| AMERICAN AIRLINES, INC., et al., | ) ) ) |
| Defendant. | |

## ORDER

Before the Court is Defendants' Unopposed Motion for Leave to Amend their Invalidity Contentions. The Court, having reviewed the motion, and being well-advised, finds that the motion should be GRANTED. It is therefore

ORDERED that the Defendants are granted leave to serve their Amended Invalidity Contentions.

SO ORDERED.