IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION, | § § § § § § § § § § | |
| Plaintiff, | | |
| | | Case No. 2:13-CV-655 |
| v. | | (LEAD CASE) |
| AMERICAN AIRLINES, INC., et al., | | |
| Defendants. | | |

## ORDER

Before the Court is Defendants' Unopposed Motion for Leave to Amend Their Invalidity Contentions (Dkt. No. 121). The Motion is GRANTED IN PART. Defendants are granted leave to serve their Amended Invalidity Contentions. However, because the defendants have not proposed a deadline by which they must serve their amended invalidity contentions, and because the Court believes such a deadline is necessary, the Court ORDERS that the deadline for defendants to serve their amended invalidity contentions is August 29, 2014. If defendants do not believe that is sufficient time, they should seek further leave from the Court.

IT IS SO ORDERED.

SIGNED this 22nd day of August, 2014.

*William C. Bryson*

WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE

1