IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC., et al.,<br><br>Defendant. | )<br>)<br>)<br>)<br>) CASE NO. 2:13-cv-00655-JRG<br>)        (LEAD CASE)<br>)<br>)<br>) |

**DEFENDANTS' NOTICE OF COMPLIANCE**

Defendants American Airlines, Inc., Delta Air Lines Inc., Frontier Airlines, Inc., Hawaiian Airlines, Inc., JetBlue Airways Corp., Southwest Airlines Co., Spirit Airlines, Inc., United Airlines, Inc., and US Airways, Inc. (collectively, "Defendants"), hereby notice that, pursuant to the Court's Order dated August 22, 2014 (Dkt No. 122) granting in part leave to serve Amended Invalidity Contentions on or before August 29, 2014, and Patent Rule 3-6 of the Court, Defendants served their Supplemental Invalidity Contentions upon counsel for Plaintiff via electronic means on August 25, 2014.

Dated:  August 25, 2014

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas Bar No. 00784720
jainsworth@wilsonlawfirm.com
909 ESE Loop 323, Suite 400
P. O. Box 7339 [75711]
Tyler, Texas 75701
Telephone:  (903) 509-5000
Facsimile:  (903) 509-5092

Stephen E. Baskin
Virginia Bar No. 47567
sbaskin@mayerbrown.com
Ann Marie Duffy (*pro hac vice*)
aduffy@mayerbrown.com
Dara M. Kurlancheek (*pro hac vice*)
dkurlancheek@mayerbrown.com
Saqib J. Siddiqui (*pro hac vice*)
ssiddiqui@mayerbrown.com
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

**ATTORNEYS FOR DEFENDANTS AMERICAN AIRLINES, INC., DELTA AIR LINES, INC., UNITED AIRLINES, INC., FRONTIER AIRLINES, INC., AND US AIRWAYS, INC.**

*/s/ Max Ciccarelli*
*(with permission by Jennifer P. Ainsworth)*
Max Ciccarelli
State Bar No. 00787242
Max.ciccarelli@tklaw.com
Daniel Murray
State Bar No. 24086422
Daniel.Murray@tklaw.com
Thompson & Knight LLP
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, Texas 75201
Tel: 214.969.1700

Respectfully submitted,

*/s/ Thomas C. Wright*
*(with permission by Jennifer P. Ainsworth)*
Ross Cunningham
Texas Bar No. 24007062
Thomas C. Wright
Texas Bar No. 24028146
Alex J. Whitman
Texas Bar No. 24081210
ROSE·WALKER, L.L.P.
3500 Maple Avenue, Suite 900
Dallas, Texas 75219
Phone:  214.752.8600
Facsimile 214.752.8700
rcunningham@rosewalker.com
twright@rosewalker.com
awhitman@rosewalker.com
Michael C. Smith
State Bar No. 18650410
Seibman, Burg, Phillips & Smith, LLP
113 E. Austin Street
P.O. Box 1556
Marshall, TX 75671
Phone: 903-938-8900
Fax: 903-767-4620
michaelsmith@seibman.com

**ATTORNEYS FOR DEFENDANT SPIRIT AIRLINES, INC.**

*/s/ Colin O. Miwa*
*(with permission by Jennifer P. Ainsworth)*
Colin O. Miwa
Cades Schutte
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813
Telephone: (800) 544-3841
Facsimile: (800) 540-5011
cmiwa@cades.com

**ATTORNEYS FOR DEFENDANT HAWAIIAN AIRLINES, INC**

2

| | |
|---|---|
| **ATTORNEYS FOR DEFENDANT SOUTHWEST AIRLINES CO.** | */s/ Casey L. Griffith*<br>*(with permission by Jennifer P. Ainsworth)*<br>Casey L. Griffith<br>State Bar No. 24036687<br>Austin S. Champion<br>State Bar No. 24065030<br>KLEMCHUK KUBASTA LLP<br>8150 N. Central Expressway, 10th Floor<br>Dallas, Texas 75206<br>214.367.6000 (telephone)<br>214.367.6001 (facsimile)<br>casey.griffith@kk-llp.com<br>austin.champion@kk-llp.com<br>docketing_kkllp@me.com<br><br>**COUNSEL FOR DEFENDANT**<br>**JETBLUE AIRWAYS CORPORATION** |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a), on this the 25th day of August, 2014.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth