# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION | § § § | |
| | § | Case No. 2:13-CV-655-JRG |
| VS. | § § | |
| AMERICAN AIRLINES, INC. | § | |

## MINUTES FOR MARKMAN HEARING
## HELD BEFORE U. S. CIRCUIT JUDGE WILLIAM BRYSON
## APRIL 30, 2014

**OPEN: 1:25 p.m.**                                                                 **ADJOURN: 3:41 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| COURT REPORTER: | Shelly Holmes, CSR, TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

Court Opened. Mr. Ciccarelli presented claim construction argument on behalf of Defendants. Mr. Parrish argued on behalf of Plaintiff. The Court ruled that the disputed claim terms would be construed as proposed by Plaintiff.

Mr. Baskin argued on behalf of the indefiniteness issue on behalf of Defendants. Mr. Parrish argued on behalf of Plaintiff.

The Court will issue an Order on all Claim Construction issues.

Motion for Preliminary Injunction argument heard. Ms. Scott argued on behalf of Plaintiff. Mr. Heinlein argued on behalf of Defendants. The Court denied the Motion and will issue a written Order.

Pending upcoming issues discussed.

Court adjourned.