# ATTORNEY SIGN-IN SHEET

Judge William C. Bryson
2:13-CV-655-WCB
Loyalty Conversion Systems Corporation v. American Airlines, INc.
1:30 p.m.
August 28, 2014

**PLEASE PRINT CLEARLY**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Max Ciccarelli | Southwest Airlines |
| Melvin Wilcox | Hawaiian AL |
| Tom Wright | Spirit Airlines |
| Michael Smith | Spirit Airlines |
| Daniel Murray | Southwest Airlines |
| Shivan Mehta | Southwest Airlines |
| Stephen Baskin | American Airlines, Delta, Frontier, United and US Airways |
| Saqib Siddiqui | |
| Jennifer Ainsworth | |
| William M Parrish | Loyalty Conversion |
| Stephanie Scott | " " |
| Casey Griffith | Jet Blue Airways Corp. |
| Austin Champion | |