IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION, | § § § | |
| Plaintiff, | § § | Case No. 2:13-CV-655 |
| v. | § § | (LEAD CASE) |
| AMERICAN AIRLINES, INC., et al., | § § | |
| Defendants. | § § | |

## ORDER

For the reasons set forth in a Memorandum Opinion and Order filed today, the actions by plaintiff Loyalty Conversion Systems Corporation against American Airlines, Inc. (Case No. 2:13-cv-655); Delta Air Lines Inc. (Case No. 2:13-cv-659); Frontier Airlines, Inc. (Case No. 2:13-cv-660); Southwest Airlines Co. (Case No. 2:13-cv-663); Spirit Airlines, Inc. (Case No. 2:13-cv-664); United Airlines, Inc. (Case No. 2:13-cv-665); and U.S. Airways, Inc. (Case No. 2:13-cv-666) are all DISMISSED WITH PREJUDICE. In light of the Court's decision holding all of the asserted claims invalid, the remaining claims and counterclaims in each of the above-named cases are DISMISSED AS MOOT. Accordingly, each of the above cases is terminated, and no further proceedings in any of those cases are contemplated.

The consolidated cases of Loyalty Conversion Systems Corporation v. Hawaiian Airlines, Inc., Case No. 2:13-cv-661, and Loyalty Conversion Systems Corporation v. JetBlue Airways Corporation, Case No. 2:13-cv-662, remain pending.

IT IS SO ORDERED.

SIGNED this 2d day of September, 2014.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE