IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:13-CV-655 (LEAD CASE) |
| AMERICAN AIRLINES, INC., et al., | § § § | |
| Defendants. | § | |
| | | |
| LOYALTY CONVERSION SYSTEMS CORPORATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:13-CV-661 |
| HAWAIIAN AIRLINES, INC., et al., | § § § | |
| Defendant. | § | |

**ORDER REDESIGNATING LEAD CASE**

The Court ORDERS that case number 2:13-CV-655 is no longer the lead case in this consolidated action. The Court ORDERS that case number 2:13-CV-661 is the new lead case. All future filings made by parties to this consolidated action must be made in the new lead case, with the appropriate captioning.

1

It is so ORDERED.

SIGNED this 11th day of September, 2014.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE