IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC., ET AL.<br><br>    Defendant. | Civil Action No. 2:13-cv-655-JRG<br>(LEAD CASE) |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION REQUESTING ATTORNEY'S FEES**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants American Airlines, Inc., Delta Air Lines Inc., Frontier Airlines, Inc., United Airlines, Inc., US Airways, Inc., and Spirit Airlines, Inc. (collectively, "Defendants"), respectfully request a 14-day extension of time, from September 17, 2014 to and including October 1, 2014, for the filing of a motion requesting attorney's fees in this matter. In support of this request, Defendants state as follows:

1. The Plaintiff, Loyalty Conversion Systems Corp. ("Plaintiff"), does not oppose this motion.

2. The Court dismissed these cases with prejudice on September 3, 2014.

3. The Court may award attorneys' fees to Defendants under 35 U.S.C. § 285, if it determines that these cases qualify as "exceptional." *See Octane Fitness, LLC v. ICON Health & Fitness, Inc.*, 134 S. Ct. 1749 (2014).

4. A motion for attorney's fees is due 14 days after the Court's entry of judgment. *See* Fed. R. Civ. P. 54(d)(2). This rule controls a motion brought under Section 285. *See IPXL Holdings, L.L.C. v. Amazon.com, Inc.*, 430 F.3d 1377, 1384 (Fed. Cir. 2005).

5. A motion for attorney's fees is presently due on September 17, 2014.

6. The Court may extend this deadline upon a showing of "good cause." Fed. R. Civ. P. 6(b); *IPXL Holdings, L.L.C.*, 430 F.3d at 1384.

7. Good cause exists to extend the deadline. Because seven separate defendants are involved in this matter, coordination among the parties requires additional time.

8. Additionally, the parties are presently discussing a possible resolution of their claims that may negate the need for additional judicial resources. This requested extension will provide the parties sufficient time to continue these discussions.

## **CONCLUSION**

For the foregoing reasons, Defendants respectfully request that the Court extend the period of time for filing a motion for attorney's fees, pursuant to both Fed. R. Civ. P. 54(d)(2) and 35 U.S.C. § 285, to and including October 1, 2014.

Dated: September 16, 2014

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone: (903) 509-5000
Facsimile: (903) 509-5092

Stephen E. Baskin
Virginia Bar No. 47567
sbaskin@mayerbrown.com
Ann Marie Duffy *(pro hac vice)*
aduffy@mayerbrown.com
Dara M. Kurlancheek
New York Bar No. 4701181
dkurlancheek@mayerbrown.com
Saqib J. Siddiqui *(pro hace vice)*
ssiddiqui@mayerbrown.com
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

**ATTORNEYS FOR DEFENDANTS AMERICAN AIRLINES, INC., DELTA AIR LINES, INC., FRONTIER AIRLINES, INC., UNITED AIRLINES, INC. AND US AIRWAYS, INC.**

Respectfully submitted,

*/s/ Thomas C. Wright*
*(with permission by Jennifer P. Ainsworth)*
Ross Cunningham
Texas Bar No. 24007062
Thomas C. Wright
Texas Bar No. 24028146
Alex J. Whitman
Texas Bar No. 24081210
ROSE WALKER, L.L.P.
3500 Maple Avenue, Suite 900
Dallas, Texas 75216
Telephone: 214.752.8600
Facsimile: 214.752.8700
rcunningham@rosewalker.com
twright@rosewalker.com
awhitman@rosewalker.com

Michael C. Smith
State Bar No. 18650410
Seibman, Burg, Phillips, LLP
113 E. Austin Street
P.O. Box 1556
Marshall, TX 75671
Telephone: 903-938-8900
Facsimile: 903.767.4620
michaelsmith@seibman.com

**ATTORNEYS FOR DEFENDANT SPIRIT AIRLINES, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a), on this the 16th day of September, 2014.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth

## CERTIFICATE OF CONFERENCE

This is to certify that counsel for Defendants has conferred with Plaintiff's counsel concerning this motion and they do not oppose the motion.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth