IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC., ET AL.<br><br>　　　　Defendant. | Civil Action No. 2:13-cv-655-JRG<br>　　　　　　(LEAD CASE) |

## ORDER

On this date, this Court considered Defendants' (American Airlines, Inc., Delta Air Lines Inc., Frontier Airlines, Inc., United Airlines, Inc., US Airways, Inc., and Spirit Airlines, Inc.) Unopposed Motion for Extension of Time to File a Motion Requesting Attorneys' Fees. The Court hereby GRANTS Defendants' Motion for Extension of Time.

IT IS THEREFORE ORDERED that the deadline for Defendants' to file a Motion Requesting Attorneys' Fees is extended up to and including October 1, 2014.