IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION, | § § § § | |
| Plaintiff, | § § | Case No. 2:13-CV-655 |
| v. | § § | (LEAD CASE) |
| AMERICAN AIRLINES, INC., ET AL., | § § § | |
| Defendants. | § | |

# ORDER

    Before the Court is Defendants' Unopposed Motion for Extension of Time to File Motion Requesting Attorney's Fees (Dkt. No. 133). The Motion is GRANTED. The deadline for Defendants American Airlines, Inc., Delta Air Lines, Inc., Frontier Airlines, Inc., United Airlines, Inc., US Airways, Inc., and Spirit Airlines, Inc., (collectively, "Defendants") to file a Motion for attorney fees is extended until October 1, 2014.

    IT IS SO ORDERED.

    SIGNED this 17th day of September, 2014.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE