IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **LOYALTY CONVERSION SYSTEMS CORPORATION,** | § § § |
| *Plaintiff,* | § § |
| v. | § Civil Action No. 2:13-cv-00655 § (LEAD CASE) § |
| **AMERICAN AIRLINES, INC.** | § Jury Trial Demanded § |
| *Defendant.* | |
| **LOYALTY CONVERSION SYSTEMS CORPORATION,** | § § § |
| *Plaintiff,* | § § |
| v. | § Civil Action No. 2:13-cv-00662 § § |
| **JETBLUE AIRWAYS CORPORATION,** | § Jury Trial Demanded § |
| *Defendant.* | |

## PLAINTIFF'S RESPONSE TO DEFENDANT JETBLUE AIRWAYS CORPORATION'S COUNTERCLAIMS

Plaintiff Loyalty Conversion Systems Corporation ("Plaintiff" or "Loyalty Conversion"), by and through its attorneys, files the following Response to Defendant JetBlue Airways Corporation's ("Defendant" or "JetBlue") Answer, Affirmative Defenses, and Counterclaims to Loyalty Conversion's Original Complaint ("the Counterclaims"), as follows:

### PLAINTIFF'S RESPONSE TO COUNTERCLAIMS

#### JURISDICTION

1. Admitted.

2. Admitted.

3. Admitted.

## PARTIES

4. Upon information and belief, admitted.

5. Admitted.

6. Admitted.

## BACKGROUND

7. Admitted.

8. Admitted.

9. Admitted.

### COUNTERCLAIM 1: DECLARATION OF PATENT INVALIDITY

10. No new factual allegations are included in this paragraph.

11. Denied.

12. Admitted JetBlue seeks such a declaration; denied that such a declaration is meritorious.

### COUNTERCLAIM 2: DECLARATION OF NON-INFRINGEMENT

13. No new factual allegations are included in this paragraph.

14. Admitted.

15. Denied.

16. Admitted that JetBlue seeks such a declaration; denied that such a declaration is meritorious.

## DEMAND FOR JURY TRIAL

17. Admitted.

## ANSWER TO JETBLUE'S PRAYER FOR RELIEF

Plaintiff denies that JetBlue is entitled to any of the relief requested in its Counterclaims.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Loyalty Conversion Systems Corporation, requests that Defendant, JetBlue, take nothing against Plaintiff by reason of its Counterclaims against Plaintiff, that Plaintiff be awarded the relief sought in its Complaint, that the Court dismiss Defendant's Counterclaims against Plaintiff in their entirety with prejudice, that Plaintiff be awarded its costs of suit, including attorneys' fees, and that the Court grant such other and further relief as it deems just and proper.

Dated: October 3, 2014

By: /s/   *Jay D. Ellwanger*
    Andrew G. DiNovo
    Texas State Bar No. 00790594
    Jay D. Ellwanger
    Texas State Bar No. 24036522
    Adam G. Price
    Texas State Bar No. 24027750
    William M. Parrish
    Texas State Bar No. 15540325
    **DiNovo Price Ellwanger & Hardy LLP**
    7000 N. MoPac Expressway, Suite 350
    Austin, Texas 78731
    Telephone: (512) 539-2626
    Telecopier: (512) 539-2627

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 3rd day of October, 2013, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).

                                                              */s/ Jay D. Ellwanger*
                                                              Jay D. Ellwanger